# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

---

DOLBY LABORATORIES LICENSING
CORP.,

*Plaintiff*,

    v.

BLU PRODUCTS, INC.,

*Defendant*.

---

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Dolby Laboratories Licensing Corp. ("Plaintiff"), by its counsel and pursuant to Federal Rule of Civil Procedure 8(a), alleges the following in support of its Complaint against Defendant BLU Products, Inc. ("BLU Products" or "Defendant") for patent infringement:

## INTRODUCTION

1.    Plaintiff and its affiliates ("Dolby") are recognized as a world leader in the research and development of technologies that enhance and expand the capabilities of consumer electronics products. This case arises from Defendant's intentional and persistent infringement of Dolby-developed video-coding inventions after Defendant was provided multiple opportunities to license those inventions. The inventions at issue in this litigation (the "Inventions") are widely recognized as creating significant advancements in video-coding compression technologies. The Inventions have been adopted by industry organizations to materially improve earlier technologies, and have been awarded patents by the United States Patent and Trademark Office and other patent agencies around the world. The Inventions are widely used by product manufacturers and software developers to materially improve the video recording and/or playback capabilities of the products they sell.

2.     Among other products, the Inventions are used in mobile phones, TV receivers, set-top boxes, media players, personal computers, and game machines.  Dolby licenses the Inventions in a joint license for the AVC/H.264 (MPEG-4 Part 10) digital video-coding standard (the "AVC Standard") administered by Via Licensing Alliance ("Via") (formerly MPEG LA) with more than 40 other patentees who also have contributed to state-of-the-art technologies, or bilaterally.  The Inventions permeate the video industry, including as a part of the widely adopted AVC Standard; to date, more than 1,600 manufacturers of consumer products and software developers have taken a license to implement the AVC Standard, which enables clear video streaming on consumer devices such as smartphones.  Dolby cannot and will not allow manufacturers such as Defendant to intentionally infringe Dolby's patents and profit from the Inventions while refusing to pay a reasonable royalty for a license.  In short, Dolby will not allow the theft of its intellectual property, and files this case seeking to prevent Defendant from continuing to do so.

3.     Among others, the Inventions infringed by Defendant are claimed in U.S. Patent No. 11,887,560 ("'560 Patent") and U.S. Patent No. 10,297,008 ("'008 Patent") (together, the "Asserted Patents," attached as Exhibits 1 and 2 respectively).  These Inventions are directed to systems and methods of encoding and decoding video signals in a way that minimizes the loss of features that are perceptible to the human eye.  Using the Inventions allows devices to play high-quality video files and stream high-quality internet video content—so called "high definition" video that captures millions more colors and exponentially greater contrast and brightness than traditional video—regardless of the capabilities of the device.  This means that even video content captured on a high resolution/high definition camera can be displayed with minimal distortion on any smartphone that offers the invention.  Defendant offers this valuable

technology on its smartphones to increase its sales by offering an extraordinary viewing experience to its customers, but refuses to license it—in contrast to nearly all of its competitors.

4.    In its pursuit of providing consumers with ever-more high-quality and efficient video, Dolby has invested years and millions of dollars in developing technologies that allow viewers to see visual media in a manner that is as close as possible to what the creators of that media intended.  Dolby's inventions ensure that high-quality visual content is delivered efficiently, with minimal distortion, so that viewers can enjoy that content on a wide range of devices from high-end televisions and PC displays to mobile devices like smartphones and tablet computers.  The manufacturers of these devices, including almost every smartphone manufacturer, have licensed and recognized the value of Dolby's inventions (such as the technology claimed in the Asserted Patents), as well as the validity and enforceability of Dolby's patent rights with respect to that technology.  The manufacturers that have been licensed—including Apple, LG, Samsung, Sony, Huawei, and Lenovo (Motorola)—compete directly with Defendant, which sells and offers to sell infringing devices, including smartphones, in this country.  Unlike the Defendant, however, these other companies respect their intellectual property obligations and have obtained licenses for the right to incorporate Dolby's patented inventions into their products, hundreds of millions of which have been sold to U.S. consumers.

5.    Defendant has incorporated Dolby's patented technology in its products, thus recognizing the value of the inventions' advances, but has refused to take a license.  As a result of its use of Dolby's technology, including the Asserted Patents, Defendant's infringing devices can play high-definition video files and stream high-definition internet video content, offering higher-value products that customers often choose for these features.  And Defendant's

infringing devices compete directly with products manufactured by licensees who respect and pay for Dolby's intellectual property.

6.      Defendant has had numerous opportunities to license the patented inventions, but has refused to do so.  Defendant's failure to take a license has left Plaintiff no choice but to enforce its rights by bringing this action for damages and injunctive relief to remedy and prevent Defendant's unauthorized use of Dolby's patented technology.  Without such relief, Dolby will suffer irreparable harm because of, among other things, less resources to devote to Dolby's research and development efforts, resulting in fewer opportunities to develop innovative technologies, reputational damage and lost good will, and impairment of Dolby's licensing program (because licensees and potential licensees will be less willing to pay for Dolby's technology if they must compete with other companies that offer the technology without paying for it).  A subsequent money damages award alone will not make up for such harm.  In addition, and because Defendant's infringing conduct reflects its intentional infringement and willful disregard of patent rights, Plaintiff seeks enhanced damages and an award of its fees and costs.

## THE PARTIES

7.      Plaintiff Dolby Laboratories Licensing Corp. is a corporation headquartered in San Francisco, California, and is incorporated in New York.  Dolby Laboratories Licensing Corp. and its affiliates together have more than 2,000 employees in the United States and overseas.

8.      Defendant BLU Products is a corporation organized under the laws of Florida with its principal place of business at 8600 NW 36th Street, Suite 300, Doral, FL 33166.

9.      Defendant sells and offers to sell in the United States, and imports into the United States, including in this District, mobile devices including smartphones that infringe the Asserted Patents.

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

11.     This Court has personal jurisdiction over Defendant because Defendant is a Florida corporation and Defendant has established minimum contacts with Florida.  The Defendant is subject to personal jurisdiction in Florida under, at a minimum, Fla. Stat. § 48.193, Florida's long-arm statute, thereby submitting itself to the jurisdiction of the Florida courts because its transactions in the State of Florida—importing or causing to be imported, using or causing to be used, offering to sell or causing to be offered for sale, selling or causing to be sold directly, through intermediaries and/or as an intermediary, devices that infringe the Asserted Patents to customers in Florida—are (i) substantial and not isolated activity, and (ii) constitute operation or carrying on a business in the state.

12.     Venue is proper in this district pursuant to 28 U.S.C. § 1400(b), because, *inter alia*, Defendant is incorporated in Florida and has its principal place of business and committed acts of infringement in this district.

## THE ASSERTED PATENTS

### A.     Video Encoding and Decoding Technology

13.     Since its founding in 1965, Dolby has been dedicated to developing innovations that improve consumer enjoyment of audio and audio-visual, and subsequently video, content. Among the many Dolby inventions are video-processing and delivery methods employed by content creators, including movie, television, and video game makers, and used in TVs, computers, and mobile devices to play back and display such content.

14.     Dolby devotes substantial resources to cutting-edge research and development efforts that are often reflected in patented inventions that can be, and are, licensed and incorporated into products made and sold by others around the world, and to standards that are

used by many electronic products worldwide. Dolby's patented inventions, including those claimed in the Asserted Patents, allow consumer devices to record, compress/decompress, distribute, and play back video content in ways that would not be possible without those inventions.

15. Video content generally consists of a connected series of images, or "frames." A single frame consists of a two-dimensional array of picture elements, or "pixels," arranged in rows and columns. The visual aspects of each pixel can be represented by data bits that indicate its color and brightness, identified as the chrominance ("chroma") and luminance ("luma") of the pixel, respectively.

16. Depending on the resolution of the image, a single frame may include millions of pixels, each with its own chroma and luma values. Video encoding, also known as "compression," is a technological process for reducing the amount of digital information, including pixel information, that must be transmitted or stored to recreate the stream of frames in a video. The digital information is compressed (or "encoded") in part by the use of the Asserted Patents.

17. Coding/compression using the Asserted Patents allows the sequence of images to be stored efficiently as a file or to be streamed with a fewer number of bits (called "bit rate") via a transmission medium. The result of video coding is a "bitstream," a sequence of bits approximating, in their totality, the original image sequence—but using a much smaller amount of data. The bitstream can be decoded (*i.e.*, decompressed) using the same formatting rules in reverse to generate a series of images that can then be displayed on a screen. Encoding and decoding processes thus mirror each other, and fundamentally rely on the same technology.

18.     Upon information and belief, the compression used by Defendant's Accused Products (defined below) is "lossy," meaning that the video lacks some information present in the original video, so the decompressing process cannot produce video that is identical to the original.  Lossy encoding typically relies on a technique called "quantization" to reduce the number of bits required to represent the chroma and/or luma values of a particular pixel.  Quantization treats any value within a particular range, often called a quantization "step," as equal to a single value within the step; rounding and truncation are typical examples of quantization processes.  By way of example:  If video content has pixels with luma values anywhere from 1 unit to 100 units, one could quantize the value of each pixel using even steps of 1 unit by rounding any luma value between two integers (*e.g.*, between 1 and 2, or between 39 and 40) to the value of the lower integer; in this example, pixels with luma values of 39.2, 39.4, and 39.7 would all be quantized as 39, and the information regarding any difference between luma values of those pixels would be lost.  If the quantization step size is reduced (*e.g.*, by changing it to 0.5 instead of 1), less information is lost; the same pixels in this example would be quantized as 39, 39, and 39.5, preserving at least some of the difference between them.

19.     Each quantized level of the pixel's video content (*e.g.*, 1, 39, 39.5) is associated with a binary code value (*e.g.*, 0000000001 (the binary code equivalent of the number 1), 0000100111 (39), 1000000000 (512)).  For a given encoding format, the number of binary code values available to quantize the chroma or luma of a pixel is directly related to the number of bits used to represent the code, known as the "bit depth."

20.     A consequence of the loss of information due to quantization is that encoded video content has lower quality than the original, uncompressed video.  This had little impact in the past because the available display devices generally were unable to show the differences in

pixel chroma or luma that were lost in the encoding process. However, advances in technology now allow modern display designs to render image and video content with significant improvements in the range of chroma and luma values that can be displayed. As the '560 Patent explains, "more modern displays are capable of rendering content with a dynamic range (DR)"— the range of luma values that can be displayed—"that is higher than the standard dynamic range (SDR) of conventional or standard displays." '560 Patent at 1:54-60. These displays are known as high dynamic range, or "HDR" displays. Encoding video for display on an HDR system, absent the inventions claimed in the Asserted Patents, would either require higher bit depth or result in more information lost during the encoding process, because the encoded bitstream must capture and quantize a larger range of chroma and/or luma values.

### B. The '560 Patent

21.     On January 30, 2024, the United States Patent and Trademark Office issued the '560 Patent, entitled "Perceptual Luminance Nonlinearity-Based Image Data Exchange Across Different Display Capabilities," based on an application filed by inventors Jon Scott Miller, Scott Daly, Mahdi Nezamabadi, and Robin Atkins. The '560 Patent claims priority to U.S. Provisional Patent Application No. 61/703,449, filed on September 20, 2012, U.S. Provisional Patent Application No. 61/674,503, filed on July 23, 2012, and U.S. Provisional Patent Application No. 61/567,579, filed on December 6, 2011. A true and correct copy of the '560 Patent is attached hereto as Exhibit 1.

22.     The '560 Patent is assigned to Plaintiff. Plaintiff has standing to assert the '560 Patent under 35 U.S.C. § 281.

23.     The invention claimed in the '560 Patent stems from the inventors' recognition that encoding chroma and luma values using *uniform* quantization steps is wasteful and causes more loss than necessary because it leads to both (i) the retention of information that the human eye would not perceive and (ii) the loss of information about differences that the eye will perceive.  Human vision may not perceive a difference between two luma values if the two luma values are not sufficiently different from each other.  '560 Patent, at 4:1-5.  Instead, human vision only perceives a difference if the luma value differs more than what is called a "just noticeable difference" ("JND").  *Id.*  Due to the perceptual nonlinearity of human vision, the size of individual JNDs are not uniform across the range of light levels that may be captured in an image, but rather vary with different individual chroma or luma levels.  *See id.* at 4:63-5:4.  The inventors recognized that encoding image data with chroma or luma quantization steps of equal sizes does not match with the varying size of the JNDs that will be perceived.  *Id.* at 4:1-14.  Thus, using equal-sized quantization steps results in too many code values (or "words") in areas of an image where small luma differences between pixels will be invisible to a viewer, and too few code values in areas where such small differences will be perceived.  As the '560 Patent explains:

> In the overpopulated region, a multitude of code words may not produce perceptual differences, and are, for all practical purposes, therefore wasted.  In the underpopulated region, two adjacent code words may produce a perceptual difference much greater than a JND [leading to visual distortion and other artifacts].

*Id.* at 4:25-29.

24.     The inventions claimed in the '560 Patent are the result of lengthy and costly research by Dolby's scientists and engineers to develop what they called a Perceptual Quantizer ("PQ"), which consists of quantization systems and methods to encode and decode a bitstream.  The PQ efficiently distributes code values so that the system can capture chroma and luma

differences that will be perceived by the human eye and largely limits the data losses inherent in the encoding process to differences that would not be perceived. The inventions of the '560 Patent make it possible to efficiently and reliably capture changes in the contrast and colors of an image with greater precision and accuracy—at least those that will be perceived—and play it back without perceptible artifacts.

25.     An additional feature of the PQ, also claimed in the '560 Patent, is that video can be encoded according to the characteristics and parameters of one device, transmitted to a second device, and decoded for display according to the characteristics and parameters of the second device. The inventions of the '560 Patent allow video media captured on a high-quality camera to display on a lower-quality device with different display capabilities, such as peak brightness, maximum ranges, or limited color capabilities. Using these inventions, the same video can be enjoyed by viewers with different devices with fewer noticeable errors, even when that content was captured on a system with entirely different display and recording capabilities. For example, a movie camera is generally capable of capturing video with higher brightness and contrast than a consumer's smartphone or tablet computer is capable of displaying. That mismatch can lead to visually noticeable errors when the movie is played on the consumer's device. The '560 Patent provides a solution to that problem.

26.     The claimed inventions of the '560 Patent work to encode images by associating code values with "normalized" luma values (described below) for each pixel in the image. Normalized (rather than absolute) values are used to enable the same encoded image to be rendered optimally regardless of the different characteristics and parameters of the devices used to capture or display that image. As discussed above, different cameras and device displays have different capabilities—a high-quality camera may capture brightness levels from 0 to 10,000, for

example, while a device display may be able to show only levels from 100 to 5,000. By normalizing the luma value associated with a normalized code value, the image captured by the high-quality camera can be properly rendered on the lower-quality display with minimal distortion or other visual artifacts.

27. The inventions claimed in the '560 Patent encode and decode video in which normalized code values are associated with normalized luma values through the use of software comprising an opto-electrical transfer function ("OETF"). In the OETF, each code value can correspond to a luma or chroma value. *Id.* at 41:39-45 The number of code values available is determined by the bit depth of the system. For example, a system with a bit depth of 10 can have up to 1024 binary code values, while a system with a bit depth of 12 can have up to 4096 code values.

28. A luma value is normalized by dividing it by the maximum range of luma values the device can capture or display. For example, for a camera that can capture a range of 10,000, a luma value of 5,000 might have a normalized value of 0.5. That normalized luma value of 0.5 is associated with a normalized code value and, ultimately, an actual code value by the encoder. For example, in an 8-bit system, a normalized luma value of 0.5 might be associated with a normalized code value of 0.5, which is then converted into an actual code value of 128 (*i.e.*, 0.5 x 256 code values available on an 8-bit system) that is stored by the encoder.

29. When the encoded signal is decoded using the claimed inventions, the decoder reverses the process. For each pixel, the decoder determines a normalized code from the actual stored code value for each pixel. It then uses the inverse of the encoder OETF, known as an electro-optical transfer function, or "EOTF," to derive the normalized luma value corresponding to the normalized code. Finally, it uses the normalized luma value to "render," or display, an

absolute luma value for each pixel based on the luma range available on the display device. In the above example, the decoder would associate the code value of 128 with a normalized code value of 0.5, which in turn corresponds to a normalized luma value of 0.5; if the device display were capable of rendering luma values of 0 to 4,900, the device would render a luma value of 2,450 (*i.e.*, 0.5 x 4900). The net result is that the encoded luma value of 5,000 captured by the camera (capable of capturing luma values from 0 to 10,000) is decoded for rendering on a less-capable display (capable of displaying luma values of 0 to 4,900) as a value of 2,450.

30. An encoder implementing the inventions claimed in the '560 Patent will carry out the following steps:

- Convert an absolute luma value for a pixel to a normalized luma value. For a device capable of capturing a luma range of 10,000, the following may be used:

$$Y = \frac{L}{10,000}$$

Where L is the absolute luma value and Y is the normalized value.

- Convert the normalized luma value to a corresponding normalized code value using the code value distribution specified by the PQ in an OETF. In one embodiment disclosed and claimed in the Asserted Patent, the following OETF is used:

$$V = \left(\frac{c_1 + c_2 Y^n}{1 + c_3 Y^n}\right)^m$$

Where Y is the normalized luma value and V is the normalized code value, and $c_1$, $c_2$, $c_3$, n, and m are parameters with the following values:

$$n = \frac{2610}{4096} \times \frac{1}{4} \cong 0.1593017578125;$$

$$m = \frac{2523}{4096} \times 128 \cong 78.84375;$$

$$c_1 = c_3 - c_2 + 1 = \frac{3424}{4096} \cong 0.8359375;$$

$$c_2 = \frac{2413}{4096} \times 32 \cong 18.8515656; \text{ and}$$

$$c_3 = \frac{2392}{4096} \times 32 \cong 18.6875.$$

- Convert the normalized code value to a code value that represents the captured luminance, again according to a distribution specified by the PQ.

31.    A decoder implementing the same disclosed and claimed inventions will reverse the process, using the same PQ-based distribution of code values in the form of an EOTF:

- Decode the encoded code value to a normalized code value, using the inverse of the normalization distribution used by the encoder.

- Convert the normalized code value to a corresponding normalized luma value by using an EOTF that is the *inverse* of the OETF used by the encoder.  In one embodiment disclosed and claimed in the Asserted Patent, the following EOTF is used:

$$Y = \left( \frac{\max\left[\left(V^{1/m} - c_1\right), 0\right]}{c_2 - c_3 V^{1/m}} \right)^{1/n},$$

where Y is the normalized luma value and V is the normalized code value, and $c_1$, $c_2$, $c_3$, n, and m are the same parameters described above.

- Convert the normalized luma value to an actual luma value, based on the parameters and features of the display, and use that value to render the pixel on the display.

32.    As discussed above, the number of code values a system can use to capture luma and chroma information is determined by the bit depth of the system.  The inventions of the '560

Patent (and the other Asserted Patent) enable the use of bit depths of 8, bits 10 bits, or 12 bits, providing 256, 1024, or 4096 code values, respectively.

33.     Using the inventions claimed in the '560 Patent increases the quality of video displayed on a consumer's device by permitting video captured on devices with different imaging capabilities to be played back without introduction of visual perception errors.

34.     Claims 3 and 4 of the '560 Patent are directed to stored computer software that, when executed, causes the processor of a device to decode a PQ-encoded video bitstream.  The claimed software includes instructions for decoding a PQ-encoded video bitstream by converting a normalized luma code value V into a normalized luma value Y based on the PQ implementation set out in claim 3.  Claim 4 is directed to software for decoding PQ-encoded video when the code values have a bit depth of 8, 10, or 12 bits.

35.     Claim 3 of the '560 Patent claims the following:

> A non-transitory computer-readable medium storing instructions that, when executed by a processor, cause the processor to perform operations, the operations comprising: receiving encoded image data; and decoding the image data, characterized in that the decoding comprises mapping digital code values in the encoded image data to normalized luminance values based at least in part on a functional model of:
>
> $$Y = \left( \frac{\max\left[ \left( V^{1/m} - c_1 \right), 0 \right]}{c_2 - c_3 V^{\frac{1}{m}}} \right)^{1/n},$$
>
> wherein: Y is a normalized luminance value, wherein $0 \leq Y \leq 1$,
>
> V is a normalized value of a corresponding one of the digital code values D of the encoded image data, wherein $0 \leq V \leq 1$, and
>
> n, m, $c_1$, $c_2$, and $c_3$ are predetermined values, with:
>
> $$n = \frac{2610}{4096} \times \frac{1}{4} \cong 0.1593017578125;$$
>
> $$m = \frac{2523}{4096} \times 128 \cong 78.84375;$$

$$c_1 = c_3 - c_2 + 1 = \frac{3424}{4096} \cong 0.8359375;$$

$$c_2 = \frac{2413}{4096} \times 32 \cong 18.8515656; \text{ and}$$

$$c_3 = \frac{2392}{4096} \times 32 \cong 18.6875.$$

36.     Claim 4 of the '560 Patent claims "[t]he non-transitory computer-readable medium of claim 3, wherein the digital code values D are 8, 10, or 12 bits code values."

### C.     The '008 Patent

37.     On May 21, 2019, the United States Patent and Trademark Office issued the '008 Patent, entitled "Method and System for Improving Compressed Image Chroma Information," based on an application filed by inventor Gary Demos, an Oscar award-winning motion picture technologist.  The '008 Patent claims priority to U.S. Provisional Patent Application No. 09/905,039, filed on July 12, 2001.  A true and correct copy of the '008 Patent is attached hereto as Exhibit 2.

38.     The '008 Patent was originally assigned to Plaintiff.  In 2023, Plaintiff sold the '008 Patent to Tagivan II, LLC, a Delaware limited liability company, while retaining an exclusive license to the '008 Patent within a "Retained Field" (video compression associated with the AVC Standard and that encompasses Blu's infringing conduct as alleged herein), and retaining the right to sue for infringement of the '008 Patent within that Retained Field.  As the exclusive licensee with all substantial rights in the patent with respect to the infringing conduct alleged herein, Plaintiff has standing to assert the '008 Patent in this action under 35 U.S.C. § 281.

39.     The technology disclosed and claimed in the '008 Patent reflects a related, but different, insight about the relationship between human visual perception and quantization than that giving rise to the inventions of the '560 Patent.  Video encoding and decoding schemes used

today typically employ what is known as a "YUV" (also known as "YCbCr") luma/chroma

coding format. In the YUV format, "Y" refers to the luma value or component of the pixel,

while U and V (or Cb and Cr) refer to the chroma components of a pixel. It has long been

recognized that, as the '008 Patent explains, "the human visual system is less sensitive to

changes in U and V than it is in changes to luminance, Y." '008 Patent, at 3:30-32. To reflect

this difference and reduce the total number of bits required to code an image, more pixel

subsamples, and thus bits, are allocated to coding the Y values and fewer to coding either U or

V. Moreover, although U and V are generally allocated the same number of bits, "the human

visual system is more sensitive to U . . . than to V . . . ." *Id.* at 3:38-39. As a result, "U

[coding] often requires higher precision and clarity than is commonly used in video

compression." *Id.* at 5:14-16.

      40.     In video coding, a quantization parameter ("QP") is a number that reflects the step

size used to quantize an encoded luma or chroma value. A larger quantization parameter reflects

a larger step size and generates a smaller coded bitstream. In video coding, QP values are used

to trade off between the bit rate of the output and quality.

      41.     The inventions of the '008 Patent reflect the inventor's insight that by using the

same QP for Y, U, and V, additional information is lost in the coding process, introducing

distortion and artifacts into the decoded, displayed image. As the '008 Patent explains:

> [One] aspect of the present invention is a technique for reducing the
> level of chroma noise that results from any given value of the
> quantization parameter (QP) used during compression, thereby
> improving image quality. This is accomplished by utilizing a lower
> value of QP for the U [red] channel than for the Y [luminance]
> channel. Similarly, the quality of V [blue] may also be improved by
> utilizing a lower QP value for the V channel than for the Y channel.

*Id.* at 6:13-21.

42.     In one embodiment described in the '008 Patent, the invention is implemented by "subtracting a specified difference value"—called a "QP bias"—"from the QP value for Y to yield a QP value for each of U and V." *Id.* at 6:32-37. It explains that different QP bias values can be used for U and V:

> For example, '2' might be subtracted from the QP value for Y to yield the QP value for U, and '1' might be subtracted for the QP value for Y to yield the QP value for V.

*Id.* at 6:26-29. "Any useful value of the amount to subtract can be used," *id.* 6:29-30, and the patent explains that the range of potential bias values can be expanded beyond those that can be encoded in the number of available bits, by associating the coded values with a broader range of bias values provided in a lookup table at the decoder. *Id.* at 6:38-42.

43.     The invention encompasses signaling the luminance QP, as well as both the U-QP bias and V-QP bias values, from the encoder to the decoder. The patent explains that "[this] can be specified once, for example, for each [decoding] session, for each group of pictures (GOP), frame, or image region." *Id.* at 6:43-46. The invention can be "implemented in hardware or software, or a combination of both." *Id.* at 10:5-7.

44.     Thus, a decoder using Dolby's variable QP technology as disclosed and claimed in the '008 Patent will:

- Extract from an encoded bitstream at least a luminance QP, a U-QP bias and a different V-QP bias;

- Determine the different U-QP and V-QP parameters either by direct calculation or by using a lookup table, which may reflect a linear or non-linear relationship; and

- Use the extracted luminance QP and the different U-QP and V-QP parameters to decompress/decode the required Y, U, and V values for use in rendering the image.

45. Using the inventions claimed in the '008 Patent increases the quality of video displayed on a consumer's device by reducing the noise and artifacts that would otherwise be produced by using the same QP to quantize the Y, U, and V chroma/luma values within the same image or region of an image. By using QP bias values (which are typically much smaller than QP itself), it also permits the U-QP and V-QP to be transmitted or stored with fewer bits than would otherwise be required.

46. Claim 1 of the '008 patent claims the following:

A method for a decoder, the method comprising:

receiving, at the decoder, at least a luminance QP (quantization parameter) value and a first chroma QP bias value, wherein the decoder comprises a luminance channel, a U chroma channel and a V chroma channel;

utilizing, with the decoder, the luminance QP value and the first chroma QP bias value to determine a first chroma QP value for the U chroma channel by adding the first chroma QP bias value to the luminance QP value; and

decompressing an image region of a video image using the luminance QP value and the first chroma QP value.

47. Claim 3 claims:

The method of claim 1, further comprising:

receiving, at the decoder, a second chroma QP bias value;

utilizing, with the decoder, the luminance QP value and the second chroma QP bias value to determine a second chroma QP value for the V chroma channel by adding the second chroma QP bias value to the luminance QP value; and

decompressing the image region of the video image using at least the second chroma QP value.

48.    Claim 4 claims:

The method of claim 3, wherein the first chroma QP bias value used to determine the first chroma QP value for the U chroma channel differs from the second chroma QP bias value used to determine the second chroma QP value for the V chroma channel.

49.    Claim 9 claims:

The method of claim 1, further comprising:

utilizing, with the decoder, a range of differential chroma-biased QP values, wherein the range of the differential chroma-biased QP values comprises the QP bias value.

50.    Claim 10 claims:

The method of claim 9, further comprising:

extending the range of the differential chroma-biased QP values with an extended QP range function or a lookup table comprising the differential chroma-biased QP values.

51.    Claim 11 claims:

The method of claim 10, wherein the lookup table comprises a non-linear lookup table.

52.    Claim 12 claims:

The method of claim 10, wherein at least some of the differential chroma-biased QP values comprise regionally-varying QP values that vary over an image.

53.    Claim 13 claims:

A video system comprising:

a decoder;

a data storage system;

a processor configured to interact with the data storage system and the decoder to execute instructions to:

receive, at the decoder, at least a luminance QP (quantization parameter) value and a first chroma QP bias value, wherein the decoder comprises a luminance channel, a U chroma channel and a V chroma channel;

utilize, with the decoder, the luminance QP value and the first chroma QP bias value to determine a first chroma QP value for the U chroma channel by adding the first chroma QP bias value to the luminance QP value; and

decompress an image region of a video image using the luminance QP value and the first chroma QP value.

54.     Claims 14-16 and 19-20 claim "[a] computer program, stored on a non-transitory computer-readable storage medium, for a video image system including a processor and a decoder that are configured to utilize quantization parameters for a color video image, the computer program comprising instructions to cause the processor in the video image system to execute instructions to" carry out a method corresponding to that claimed in claims 1, 3-4, and 9-10, respectively.

55.     The inventions claimed in the Asserted Patents provide technological solutions to a technological problem: the data loss and resulting image distortion inherent in the use of video coding without the inventions in the Asserted Patents.  Video compression is carried out by computers, not by human beings, and the claimed inventions do much more than merely automate an otherwise long-existing human endeavor.  The inventions claimed in the Asserted Patents improve the operation and ability of computers and other devices to encode and decode a bitstream so that it can be transmitted efficiently and displayed by viewers without perceived distortion or error.  The mechanisms and steps used to solve these problems were not well-understood, routine, or conventional at the time of the claimed inventions.

## THE WIDESPREAD USE AND LICENSING BY OTHERS OF
## DOLBY'S PQ AND VARIABLE QP TECHNOLOGIES

56.     After developing its video encoding and decoding technologies, including its PQ and variable QP technologies, Dolby disclosed these advances to the public, applying for and obtaining patent protection from governments throughout the world, including in the United States.

57.     Dolby's PQ and variable QP technologies, including the inventions claimed in the Asserted Patents, have become immensely popular and widely implemented.  These inventions have been implemented in millions of smartphones, tablet computers, and other devices, including the Accused Products, that deliver streaming video content.  The inventions claimed in the Asserted Patents have been widely recognized as enabling highly efficient and high-quality visual display in devices such as the Accused Products, and have been incorporated into the AVC Standard.

58.     Consumers' use of hardware and software incorporating the technologies claimed in the Asserted Patents is widespread, including in their smartphones to play video files that have been encoded using Dolby's patented technology.  For example, many video streaming services, such as Netflix, Hulu, Prime Video, Vimeo, YouTube, and the iTunes Store, rely on Dolby's patented inventions, including those claimed in the Asserted Patents, to reduce their storage and transmission costs and improve video quality.  These streaming services offer content using Dolby's PQ and variable QP technologies.  Millions of viewers on wireless mobile devices also benefit from this use of Dolby's technology, because many do not have an "unlimited" wireless data subscription and thus the amount they pay depends upon the amount of wireless data they send and receive.  Dolby's technology in these users' smartphones and other devices permits them to experience high-quality video at a substantially reduced cost.  Without the inventions

claimed in the Asserted Patents, users cannot view such video offerings, or can only view them in a distorted form. In addition, some mobile service providers offer "unlimited" data subscriptions to users, often at a higher cost than "limited" subscriptions. Dolby's technology, including the technology claimed in the Asserted Patents, permits these service providers to offer such plans because of the efficiencies made possible through the use of those technologies. As a consequence, use of the Asserted Patents adds tremendous value to the infringing devices sold by Defendant. Defendant's Accused Products provide consumers with the benefits described above as a result of Defendant's infringement of the Asserted Patents.

59. Several hundred manufacturers and software developers have recognized the value and technical superiority of the Asserted Patents and have licensed them, with other patents, through a license offered by Via. Manufacturers that have been licensed under the Asserted Patents through Via or through a license directly from Dolby comprise virtually all of Defendant's primary competitors in the smartphone and tablet computer markets, including Apple, LG, Samsung, Sony, Huawei, Lenovo (Motorola), and others.

**BLU PRODUCTS INFRINGES THE ASSERTED PATENTS**

60. Defendant imports, causes to be imported, uses, offers to sell, and/or sells in the United States electronic devices that practice at least claim 4 of the '560 Patent and claims 1, 3-4, 9-16, and 19-20 of the '008 Patent (the "Accused Products"). The Accused Products are at least capable of decoding and playing video content created using Dolby's PQ technology and its variable QP technology. The Accused Products are smartphones including at least Defendant's smartphone models Blu G93, Blu G73, and Blu G63.

61. On information and belief, the Accused Products use an 8-bit color depth and, using hardware and/or software provided on the device by Defendant in a non-transitory computer readable media, are able to decode and display content encoded with Dolby's PQ

OETF with 8-bit code values as described in ¶¶ 27-36. Content encoded using the EOTF of Dolby's PQ, when decoded by the processor on the Accused Products using the hardware and/or software provided by Defendant on the Accused Products, is displayed with luma range and contrast that would be expected from use of the technology claimed in the '560 Patent. On information and belief, these results indicate that the decoding hardware and/or software provided by Defendant on its Accused Products infringe at least claim 4 of the '560 Patent.

62. On information and belief, the Accused Products use the YUV color coding format and include hardware and/or software provided by Defendant that is configured to decode and display content encoded with Dolby's variable QP technology as described in ¶¶ 39-54. Analysis of the Accused Products indicates that the decoder hardware and/or software provided on the devices by Defendant are configured to decode images (i) by applying different QPs to decode Y, U, and V values within a single image or block within an image, where (ii) the QPs for U and V values are determined by applying different bias value to a corresponding luma QP, and (iii) the range of quantization bias values can be expanded using a lookup table. This indicates that the decoder hardware and/or software provided by Defendant on the Accused Products, and the decoding method they use, infringe at least claims 1, 3-4, 9-16, and 19-20 of the '008 Patent.

63. Defendant, in importing, using, offering to sell, and/or selling the Accused Products, infringes and has infringed at least claim 4 of the '560 Patent, and claims 1, 3-4, 9-16, and 19-20 of the '008 Patent.

64. Defendant has also directed, controlled, contributed to, and/or induced acts of infringement committed by others, including, for example, by providing and importing smartphones that use the Asserted Patents, and by providing marketing and promotional

materials and services as well as instruction manuals and other information to Amazon.com and consumers that promote, describe, instruct, and/or encourage the use of the Accused Products.

65. Defendant stands virtually alone among major manufacturers or sellers of smartphones and other mobile devices in electing to market products that benefit from incorporating and using Dolby's technology, including the inventions claimed in the Asserted Patents, while refusing to pay royalties for using Dolby's inventions.

## NOTICE TO DEFENDANT AND
## DEFENDANT'S REFUSAL TO TAKE A LICENSE

66. Since at least July 27, 2009, a license to all Dolby patents essential to the AVC Standard including the Asserted Patents and others ("Via Licensed Patents") has been available from Via and its predecessor, MPEG LA, and widely publicized.

67. Via has regularly reminded representatives of BLU Products of its willful infringement of the Via Licensed Patents, including the Asserted Patents.

68. Via has offered a license to BLU Products that would cover the Asserted Patents. For example, in January 2015, Via met with BLU Products' Vice President of Sales, Elliot Cohen, to discuss BLU Products' need for coverage under various license agreements, including the Via Licensed Patents. Yet, despite Via's repeated efforts to communicate with BLU Products about its infringement, BLU Products has not taken a license.

69. BLU Products has never denied that it distributes mobile electronic devices, including smartphones utilizing Dolby's PQ and variable QP technology, that infringe claims of the Asserted Patents. Nor has BLU Products claimed that the Asserted Patents are invalid or unenforceable. Nevertheless, BLU Products has not entered into a license to the Asserted Patents with either Via or Dolby even with multiple, consistent reminders for the past decade. From 2015 to 2017, BLU Products' Mr. Cohen largely ignored many follow-up communications

from Via urging him to take a license. From 2017 to the present, Via has corresponded with BLU Products' outside counsel, Bernard Egozi, and has continuously reiterated BLU Products' need for a license and the importance of paying for BLU Products' past infringement. Despite the years of persistent efforts, Mr. Egozi has not agreed to a BLU Products license.

### FIRST COUNT
### (PATENT INFRINGEMENT—'560 PATENT)
### 35 U.S.C. §§ 271 AND 281

70.     Plaintiff incorporates and repeat the preceding paragraphs 1 through 69 above as if fully set forth herein.

71.     Upon information and belief, Defendant has directly infringed one or more claims of the '560 Patent (including the claims referred to above) pursuant to 35 U.S.C. § 271(a) by importing, using, selling, and/or offering to sell in the United States products, including, but not limited to, smartphone models such as those listed in paragraph 60. Upon information and belief, infringement pursuant to 35 U.S.C. § 271(a) by Defendant is ongoing.

72.     Upon information and belief, Defendant has indirectly infringed one or more claims of the '560 Patent (including the claims referred to above) pursuant to 35 U.S.C. § 271(b) by actively and knowingly inducing, directing, causing, and encouraging others, including, but not limited to, original equipment manufacturers ("OEMs"), other manufacturers, designers, distributors, importers, resellers, repair providers, software developers, customers, and/or end users, to make, use, import, sell, and/or offer to sell in the United States, those of Defendant's products including, but not limited to, smartphone models such as those listed in paragraph 60, by, among other things, providing instructions, manuals, technical assistance, and promotional materials relating to the installation, use, operation, and maintenance of said smartphones and

tablet computers. Defendant's inducement of infringement pursuant to 35 U.S.C. § 271(b) is ongoing.

73.     Defendant has committed the foregoing infringing activities without a license to the '560 Patent, with notice of the '560 Patent.

74.     Defendant's foregoing infringing activities were committed willfully and intentionally.

75.     Dolby has been and will continue to be irreparably harmed and damaged by Defendant's foregoing acts of infringement, and has no adequate remedy at law.

76.     As a consequence of the foregoing infringing activities by Defendant, Dolby has been damaged in an amount not yet determined.

77.     Unless enjoined, Defendant will continue to infringe the '560 Patent.

<div align="center">

**SECOND COUNT**

**(PATENT INFRINGEMENT—'008 PATENT)**
**35 U.S.C. §§ 271 AND 281**

</div>

78.     Plaintiff incorporates and repeats the preceding paragraphs 1 through 77 above as if fully set forth herein.

79.     Upon information and belief, Defendant has directly infringed one or more claims of the '008 Patent (including the claims referred to above) pursuant to 35 U.S.C. § 271(a) by importing, using, selling, and/or offering to sell in the United States products, including, but not limited to, smartphone models such as those listed in paragraph 60. Upon information and belief, infringement pursuant to 35 U.S.C. § 271(a) by Defendant is ongoing.

80.     Upon information and belief, Defendant has indirectly infringed one or more claims of the '008 Patent (including the claims referred to above) pursuant to 35 U.S.C. § 271(b) by actively and knowingly inducing, directing, causing, and encouraging others, including, but

not limited to, original equipment manufacturers ("OEMs"), other manufacturers, designers, distributors, importers, resellers, repair providers, software developers, customers, and/or end users, to make, use, import, sell, and/or offer to sell in the United States, those of Defendant's products including, but not limited to, smartphone models such as those listed in paragraph 60, by, among other things, providing instructions, manuals, technical assistance, and promotional materials relating to the installation, use, operation, and maintenance of said smartphones and tablet computers. Defendant's inducement of infringement pursuant to 35 U.S.C. § 271(b) is ongoing.

81.     Defendant has committed the foregoing infringing activities without a license to the '008 Patent, with notice of the '008 Patent.

82.     Defendant's foregoing infringing activities were committed willfully and intentionally.

83.     Plaintiff has been and will continue to be irreparably harmed and damaged by Defendant's foregoing acts of infringement, and have no adequate remedy at law.

84.     As a consequence of the foregoing infringing activities by Defendant, Plaintiff has been damaged in an amount not yet determined.

85.     Unless enjoined, Defendant will continue to infringe the '008 Patent.

## JURY DEMAND

86.     Plaintiff requests a jury trial of all issues in this action so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in its favor and relief as follows:

      A.    Adjudging, finding, and declaring that Defendant is infringing the Asserted Patents.

      B.    Adjudging, finding, and declaring that Defendant's infringement has been willful.

C.      Permanently enjoining the sale of each and every device that infringes the Asserted Patents, and permanently enjoining Defendant, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, from infringing the Asserted Patents.

D.      Ordering that Defendant recall from customers any infringing device not sold to consumers.

E.      Awarding Plaintiff an accounting and damages against Defendant in a sum to be determined at trial, together with interest and costs as fixed by the Court; all of these damages to be enhanced in an amount up to treble the amount of compensatory damages.

F.      Awarding Plaintiff its reasonable attorneys' fees, costs, and disbursements in this action.

G.      Granting Plaintiff such other and further relief as is just and proper.

Dated: September 23, 2024

Respectfully submitted,

*/s/ Samuel A. Danon*
Samuel A. Danon (FBN 892671)
sdanon@HuntonAK.com
Tom K. Schulte (FBN 1025692)
tschulte@HuntonAK.com
HUNTON ANDREW KURTH LLP
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
(305) 810-2510

Garrard R. Beeney*
Marc De Leeuw*
Stephen J. Elliott*
beeneyg@sullcrom.com
deleeuwm@sullcrom.com
elliotts@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Plaintiff*

*\*motion for PHV admission to be filed*

-28-

JS 44  (Rev. 04/21)  FLSD Revised 12/02/2022

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* <mark>NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.</mark>

**I. (a)   PLAINTIFF**

Dolby Laboratories Licensing Corp.

**DEFENDANT**

BLU Products, Inc.

**(b)**   County of Residence of First Listed Plaintiff: San Francisco County, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Miami-Dade County, FL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:       IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

Samuel A. Danon, Hunton Andrews Kurth LLP
333 SE 2nd Ave., #2400, Miami, FL 33131
(305) 810-2500

Attorneys *(If Known)*

**(d)** Check County Where Action Arose:   ☒ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   ☐ HIGHLANDS

## II.  BASIS OF JURISDICTION   *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL PROPERTY** | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | **RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | Liability | 368  Asbestos  Personal | | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 340 Marine | ☐ Injury Product  Liability | | ☐ 835 Patent – Abbreviated New Drug Application | |
| (Excl. Veterans) | | | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | | | | (15 USC 1681 or 1692) |
| ☐ 153 Recovery of  Overpayment | ☐ 345 Marine Product | | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| of Veteran's Benefits | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract  Product Liability | Product Liability | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal | Property Damage | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Injury | ☐ 385 Property Damage | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | Product Liability | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | |
| | | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510  Motions  to  Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other  Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V.  ORIGIN   *(Place an "X" in One Box Only)*

| ☒ 1 | Original Proceeding | ☐ 2 | Removed from State Court | ☐ 3 | Re-filed **(See VI below)** | ☐ 4 | Reinstated or Reopened | ☐ 5 | Transferred from another district *(specify)* | | 6 Multidistrict Litigation Transfer | ☐ 7 | Appeal to District Judge from Magistrate Judgment | | 8 Multidistrict Litigation – Direct File | ☐ 9 | Remanded from Appellate Court |

☐

**VI. RELATED/ RE-FILED CASE(S)**        (See instructions): a) Re-filed Case ☐YES ☒NO        b) Related Cases ☐YES ☒NO

**JUDGE:**                                                         **DOCKET NUMBER:**

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:

35 U.S.C. §§ 271, 281: Patent infringement

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND:** Injunction, monetary damages        CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☒ Yes   ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE:  September 23, 2024                SIGNATURE OF ATTORNEY OF RECORD:  */s/ Samuel A. Danon*

**FOR OFFICE USE ONLY : RECEIPT #**          **AMOUNT**          IFP          JUDGE          MAG JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                        *Signature of Clerk or Deputy Clerk*

# EXHIBIT 1

US011887560B2

(12) **United States Patent**
Miller et al.

(10) Patent No.: **US 11,887,560 B2**
(45) Date of Patent: *Jan. 30, 2024

(54) **PERCEPTUAL LUMINANCE NONLINEARITY-BASED IMAGE DATA EXCHANGE ACROSS DIFFERENT DISPLAY CAPABILITIES**

(71) Applicant: **Dolby Laboratories Licensing Corporation**, San Francisco, CA (US)

(72) Inventors: **Jon Scott Miller**, Harleysville, PA (US); **Scott Daly**, Kalama, WA (US); **Mahdi Nezamabadi**, Moorestown, NJ (US); **Robin Atkins**, San Jose, CA (US)

(73) Assignee: **Dolby Laboratories Licensing Corporation**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/076,993**

(22) Filed: **Dec. 7, 2022**

(65) **Prior Publication Data**

US 2023/0105944 A1      Apr. 6, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/892,473, filed on Aug. 22, 2022, now Pat. No. 11,600,244, which is a
(Continued)

(51) **Int. Cl.**
**G06K 9/00**          (2022.01)
**G09G 5/10**          (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ................. **G09G 5/10** (2013.01); **G06F 3/14** (2013.01); **G09G 5/005** (2013.01); **G09G 5/06** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............ G09G 5/10; G09G 5/005; G09G 5/06; G09G 2320/0276; G09G 2320/0285;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,276,779 A      1/1994  Staff
5,488,568 A *   1/1996  Keith .................. H04N 11/042
375/240.1
(Continued)

FOREIGN PATENT DOCUMENTS

CN          1378384      11/2002
CN          1437408       8/2003
(Continued)

OTHER PUBLICATIONS

Van Hateren, J. Hans. "Encoding of high dynamic range video with a model of human cones." ACM Transactions on Graphics (TOG) 25.4 (2006): 1380-1399. (Year: 2006).*
(Continued)

*Primary Examiner* — Andrew M Moyer

(57)            **ABSTRACT**

A handheld imaging device has a data receiver that is configured to receive reference encoded image data. The data includes reference code values, which are encoded by an external coding system. The reference code values represent reference gray levels, which are being selected using a reference grayscale display function that is based on perceptual non-linearity of human vision adapted at different light levels to spatial frequencies. The imaging device also has a data converter that is configured to access a code mapping between the reference code values and device-specific code values of the imaging device. The device-specific code values are configured to produce gray levels that are specific to the imaging device. Based on the code mapping, the data converter is configured to transcode the
(Continued)



**US 11,887,560 B2**

Page 2

reference encoded image data into device-specific image data, which is encoded with the device-specific code values.

**4 Claims, 13 Drawing Sheets**

### Related U.S. Application Data

continuation of application No. 17/208,886, filed on Mar. 22, 2021, now Pat. No. 11,587,529, which is a continuation of application No. 16/812,810, filed on Mar. 9, 2020, now Pat. No. 10,957,283, which is a continuation of application No. 16/354,106, filed on Mar. 14, 2019, now Pat. No. 10,621,952, which is a continuation of application No. 15/960,303, filed on Apr. 23, 2018, now Pat. No. 10,242,650, which is a continuation of application No. 15/610,499, filed on May 31, 2017, now Pat. No. 9,959,837, which is a continuation of application No. 15/283,237, filed on Sep. 30, 2016, now Pat. No. 9,697,799, which is a continuation of application No. 14/925,596, filed on Oct. 28, 2015, now Pat. No. 9,521,419, which is a continuation of application No. 14/735,875, filed on Jun. 10, 2015, now Pat. No. 9,288,499, which is a continuation of application No. 14/363,129, filed as application No. PCT/US2012/068212 on Dec. 6, 2012, now Pat. No. 9,077,994.

(60) Provisional application No. 61/703,449, filed on Sep. 20, 2012, provisional application No. 61/674,503, filed on Jul. 23, 2012, provisional application No. 61/567,579, filed on Dec. 6, 2011.

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 19/40* | (2014.01) |
| *G06F 3/14* | (2006.01) |
| *G09G 5/00* | (2006.01) |
| *G09G 5/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ..... *H04N 19/40* (2014.11); *G09G 2320/0276* (2013.01); *G09G 2320/0285* (2013.01); *G09G 2320/04* (2013.01); *G09G 2340/0428* (2013.01); *G09G 2340/0435* (2013.01); *G09G 2340/06* (2013.01); *G09G 2340/14* (2013.01); *G09G 2370/04* (2013.01); *G09G 2370/08* (2013.01); *G09G 2380/08* (2013.01)

(58) **Field of Classification Search**
CPC ....... G09G 2320/04; G09G 2340/0428; G09G 2340/0435; G09G 2340/06; G09G 2340/14; G09G 2370/04; G09G 2370/08; G09G 2380/08; G06F 3/14; H04N 19/40
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,018,596 | A | 1/2000 | Wilkinson |
| 6,370,265 | B1 | 4/2002 | Bell |
| 6,388,648 | B1 | 5/2002 | Clifton |
| 6,755,529 | B2 | 6/2004 | Stewart |
| 6,847,376 | B2 | 1/2005 | Engeldrum |
| 6,989,859 | B2 | 1/2006 | Parulski |
| 7,019,763 | B2 | 3/2006 | Kimura |
| 7,023,580 | B2 | 4/2006 | Zhang |
| 7,046,400 | B2 | 5/2006 | Gindele |
| 7,158,673 | B2 | 1/2007 | Nakabayashi |
| 7,164,284 | B2 | 1/2007 | Pan et al. |
| 7,170,477 | B2 | 1/2007 | Okamoto |
| 7,221,807 | B2 | 5/2007 | Campbell |
| 7,266,229 | B2 | 9/2007 | Couwenhoven et al. |
| 7,268,763 | B2 | 9/2007 | Fukuda |
| 7,283,654 | B2 | 10/2007 | McLain |
| 7,345,682 | B2 | 3/2008 | Honda |
| 7,382,382 | B2 | 6/2008 | Furukawa |
| 7,576,750 | B2 | 8/2009 | Eckhardt |
| 7,710,387 | B2 | 5/2010 | Yamaguchi |
| 7,782,405 | B2 | 8/2010 | Kerofsky |
| 7,826,681 | B2 | 11/2010 | Kerofsky |
| 8,260,080 | B1 | 9/2012 | Wilensky |
| 8,988,552 | B2 | 3/2015 | Atkins |
| 9,077,994 | B2 | 7/2015 | Miller |
| 9,202,438 | B2 | 12/2015 | Atkins |
| 9,288,499 | B2 | 3/2016 | Miller |
| 9,521,419 | B2 | 12/2016 | Miller |
| 9,697,799 | B2 * | 7/2017 | Miller .................. H04N 19/40 |
| 9,959,837 | B2 | 5/2018 | Miller |
| 10,242,650 | B2 | 3/2019 | Miller |
| 10,621,952 | B2 * | 4/2020 | Miller ...................... G09G 5/10 |
| 10,957,283 | B2 * | 3/2021 | Miller ...................... G06F 3/14 |
| 11,587,529 | B2 * | 2/2023 | Miller ...................... G09G 5/06 |
| 2001/0050757 | A1 | 12/2001 | Yoshida |
| 2002/0018153 | A1 | 2/2002 | Kitabayashi |
| 2002/0075136 | A1 | 6/2002 | Nakaji |
| 2002/0080245 | A1 | 6/2002 | Parulski |
| 2003/0151781 | A1 | 8/2003 | Ono |
| 2003/0174284 | A1 | 9/2003 | Stewart |
| 2004/0036799 | A1 | 2/2004 | Weitbruch |
| 2004/0066979 | A1 | 4/2004 | Gindele et al. |
| 2005/0018894 | A1 | 1/2005 | Couwenhoven |
| 2005/0052363 | A1 | 3/2005 | Jeong |
| 2005/0078863 | A1 | 4/2005 | Tsuyoshi |
| 2005/0190836 | A1 | 9/2005 | Lu |
| 2005/0270548 | A1 | 12/2005 | Komiya |
| 2006/0176407 | A1 | 8/2006 | Ikeda |
| 2006/0197968 | A1 | 9/2006 | Vannostrand |
| 2006/0215914 | A1 | 9/2006 | Aleksic |
| 2007/0067124 | A1 | 3/2007 | Kimpe et al. |
| 2007/0127093 | A1 | 6/2007 | Kuno |
| 2007/0236517 | A1 | 10/2007 | Kimpe |
| 2008/0024398 | A1 | 1/2008 | Hwang |
| 2008/0043262 | A1 | 2/2008 | Ovsiannikov |
| 2008/0074372 | A1 | 3/2008 | Baba |
| 2008/0094426 | A1 | 4/2008 | Kimpe |
| 2008/0094515 | A1 | 4/2008 | Gutta |
| 2008/0097203 | A1 | 4/2008 | Nereson |
| 2008/0170031 | A1 | 7/2008 | Kuo |
| 2008/0186707 | A1 | 8/2008 | Ku |
| 2009/0109293 | A1 | 4/2009 | Coley |
| 2009/0109487 | A1 | 4/2009 | Tsukada |
| 2009/0141121 | A1 | 6/2009 | Kimpe |
| 2009/0167672 | A1 | 7/2009 | Kerofsky |
| 2009/0190716 | A1 | 7/2009 | Yang |
| 2009/0195486 | A1 | 8/2009 | Moldvai |
| 2009/0201309 | A1 | 8/2009 | Demos |
| 2009/0203999 | A1 | 8/2009 | Rust |
| 2009/0267854 | A1 | 10/2009 | Kerofsky |
| 2009/0304279 | A1 | 12/2009 | Mori |
| 2010/0002156 | A1 | 1/2010 | Tsou |
| 2010/0007599 | A1 | 1/2010 | Kerofsky |
| 2010/0013751 | A1 | 1/2010 | Kerofsky |
| 2010/0021057 | A1 | 1/2010 | Morimoto |
| 2010/0054593 | A1 * | 3/2010 | Matsushita ............... G06T 5/20 |
| | | | 382/218 |
| 2010/0118008 | A1 | 5/2010 | Matsuoka |
| 2010/0128057 | A1 | 5/2010 | Doser |
| 2010/0226547 | A1 | 9/2010 | Criminisi |
| 2010/0321395 | A1 | 12/2010 | Maciesowicz |
| 2011/0032286 | A1 | 2/2011 | Takata |
| 2011/0128263 | A1 | 6/2011 | Abe |
| 2011/0129148 | A1 | 6/2011 | Kisilev et al. |
| 2011/0187733 | A1 | 8/2011 | Sun et al. |
| 2011/0316973 | A1 | 12/2011 | Miller |
| 2012/0051636 | A1 | 3/2012 | Greenebaum |
| 2012/0182278 | A1 | 7/2012 | Ballestad |
| 2012/0256943 | A1 | 10/2012 | Atkins et al. |
| 2013/0076974 | A1 | 3/2013 | Atkins |

# US 11,887,560 B2

Page 3

(56)　　　　**References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0210847 A1 | 7/2014 | Knibbeler et al. |
| 2014/0363093 A1 | 12/2014 | Miller |
| 2015/0161967 A1 | 6/2015 | Atkins |
| 2015/0281711 A1 | 10/2015 | Miller |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101521779 | 9/2009 |
| CN | 101620819 | 1/2010 |
| CN | 102165513 | 8/2011 |
| CN | 102187657 | 9/2011 |
| CN | 102222460 | 10/2011 |
| EP | 0103488 | 3/1984 |
| EP | 1391865 | 2/2004 |
| EP | 1391865 A1 | 2/2004 |
| EP | 1544837 | 6/2005 |
| EP | 3079055 B1 | 3/2019 |
| GB | 2311432 | 9/1997 |
| JP | H01185952 A | 7/1989 |
| JP | 10-003541 | 1/1998 |
| JP | 2000-188647 | 7/2000 |
| JP | 2002-092655 | 3/2002 |
| JP | 2004-133400 | 4/2004 |
| JP | 2004252372 | 9/2005 |
| JP | 2005-303972 | 10/2005 |
| JP | 2008-234315 | 10/2008 |
| JP | 2009503609 | 1/2009 |
| JP | 2009-211048 | 9/2009 |
| JP | 2009542398 A | 12/2009 |
| JP | 2010-003541 | 1/2010 |
| JP | 2011-133877 | 7/2011 |
| RU | 2337392 | 10/2008 |
| RU | 2010107161 A | 3/2010 |
| RU | 2433477 | 11/2011 |
| WO | 2002/039724 | 5/2002 |
| WO | 2007/014681 | 2/2007 |
| WO | WO2007014681 A1 | 2/2007 |
| WO | 2010/089597 | 8/2010 |
| WO | 2010/104624 | 10/2010 |
| WO | 2010/126533 | 11/2010 |
| WO | 2011/065387 | 6/2011 |
| WO | 2011/101662 | 8/2011 |
| WO | 2011/107905 | 9/2011 |
| WO | 2011/118263 | 9/2011 |
| WO | 2011/133505 | 10/2011 |
| WO | 2012/125802 | 9/2012 |
| WO | 2013/086169 | 6/2013 |

## OTHER PUBLICATIONS

Baba, M. et al. "Novel Algorithm for LCD Backlight Dimming by Simultaneous Optimization of Backlight Luminance and Gamma Conversion Function" Proc. of the 15th International Display Workshops, Dec. 3-5, 2008.

Barten, P.G.J. "Contrast Sensitivity of the Human Eye and its Effects on Image Quality" SPIE Optical Engineering Press, 1999, 19 pages.

Daly, S. "The Visible Differences Predictor: An Algorithm for the Assessment of Image Fidelity" Chapter 14 in "Digital Images and Human Vision" ed. by A.B. Watson, MIT Press, published on Oct. 20, 1993, pp. 180-187, pp. 425-432.

Daly, Scott, Chapter 17 in "Digital Images and Human Vision" ed., by A.B. Watson, MIT Press, published on Oct. 20, 1993, pp. 224.

Ferwerda, J.A., "A Model of Visual Adaptation for Realistic Image Synthesis", Computer Graphics, 1996, pp. 249-258.

ITU-R Recommendation ITU-R BT, 2020, "Parameter Values for Ultra-High Definition Television Systems for Production and International Programme Exchange", Aug. 2012, 7 pages.

ITU-R Recommendation ITU-R BT.2020-1, "Parameter Values for Ultra-High Definition Television Systems for Production and International Programme Exchange" Jun. 2014. 8 pgs.

Kim, Min Hyuk "High-Fidelity Colour Reproduction for High Dynamic Range Imaging", Doctoral Thesis, UCL (University College London) 2010.

Kwon, O.S. et al. "High Fidelity Color Reproduction of Plasma Displays under Ambient Lighting" IEEE Transactions on Consumer Electronics, vol. 55, Issue 3, Aug. 2009, pp. 1015-1020.

Liu, C.H. et al. "Image Characteristic Oriented Tone Mapping for High Dynamic Range Images" IEEE International Conference on Multimedia and Expo, Jun. 23-26, 2008, pp. 1133-1136.

Ono, Y. et al. "Display Consistency" The Development of Network Display Consistency in Medical Imaging Systems, vol. 1, 2004, Konica Minolta, Inc.

Peirce, Jonathan "The Potential Importance of Saturating and Supersaturating Contrast Response Functions in Visual Cortex" Journal of Vision, published Apr. 30, 2007, pp. 1-10.

Tan, R. "Segmented Logarithmic Tone Mapping from HDR to LDR" Journal of Computer Applications, vol. 28, No. 7, Jul. 2008, pp. 1724-1725.

Ward, G. "A Contrast-Based Scalefactor for Luminance Display, Graphics Gems IV" Ed. by P.S. Heckbert, 1994, pp. 415-421.

Watson, A.B. Overview of "Digital Images and Human Vision", MIT Press, published on Oct. 20, 1993, 1 page.

Xiao, et al. "Tone Reproduction Method by a Local Model of Visual Adaption Based on Sigmoid Function" Guangxue Kuebao/Acta Optica Sinica, vol. 29, No. 11, Nov. 2009, pp. 3050-3056.

Zou, et al. "Radiometric Compensation Algorithm for Color Reproduction of Projection Display on Patterned Surface", Chinese Optics Letters, vol. 8, No. 4, Apr. 2010, pp. 388-391, Abstract only.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*

Case 1:24-cv-23645-RAR Document 31-3 Entered on FLSD Docket 09/23/2024 Page 42 of 93



*802*

Receive Image Data to be Encoded

*804*

Encode, Based on a Reference Mapping Between a Set of Reference Digital Code Values and a Set of Reference Gray Levels, the Image Data to be Encoded into Reference Encoded Image Data

*806*

Output the Reference Encoded Image Data

## FIG. 8A



*852*

Determine a Digital Code Mapping Between a Set of Reference Digital Code Values and a Set of Device-specific Digital Code Values

*854*

Receive Reference Encoded Image Data Encoded with the Set of Reference Digital Code Values

*856*

Transcode, Based on the Digital Code Mapping, the Reference Encoded Image Data Encoded with the Set of Reference Digital Code Values into Device-specific Image Data Encoded with the Set of Device-specific Digital Control Codes

## FIG. 8B



FIG. 9

| Quantization | Max Code Error (from CSF peaks) |
| --- | --- |
| inf | 11.252 |
| 4096 | 11.298 |
| 2048 | 11.373 |
| 1024 | 12.089 |
| 512 | 12.451 |
| 256 | 13.288 |

*FIG. 10A*

| Parameters | | Formula |
| --- | --- | --- |
| n | 0.16956 | (2778/4096)/4 |
| m | 77.968 | (2495/4096)*128 |
| c1 | 0.96484 | (3952/4096) |
| c2 | 3.7627 | (3853/4096)*4 |
| c3 | 2.5166 | (3436/4096)*4 |

*FIG. 11*



*FIG. 10B*

Case 1:24-cv-23645-RAR Document 31-13 Entered on FLSD Docket 09/23/2024 Page 46 of 93



ADM Fit to CSF Peaks

Predicted Luminance from Code Values

*FIG. 10C*



FIG. 10D



*FIG. 10E*

US 11,887,560 B2

**1**

## PERCEPTUAL LUMINANCE NONLINEARITY-BASED IMAGE DATA EXCHANGE ACROSS DIFFERENT DISPLAY CAPABILITIES

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 17/892,473 filed on Aug. 22, 2022, which is a continuation of U.S. patent application Ser. No. 17/208,886 filed on Mar. 22, 2021, which is a continuation of U.S. patent application Ser. No. 16/812,810 filed on Mar. 9, 2020, now issued U.S. Pat. No. 10,957,283 on Mar. 23, 2021, which is a continuation of U.S. patent application Ser. No. 16/354,106 filed on Mar. 14, 2019, and issued as U.S. Pat. No. 10,621,952 on Apr. 14, 2020, which is a continuation of U.S. patent application Ser. No. 15/960,303 filed on Apr. 23, 2018, and issued as U.S. Pat. No. 10,242,650 on Mar. 26, 2019, which is a continuation of U.S. patent application Ser. No. 15/610,499 filed on May 31, 2017, and issued as U.S. Pat. No. 9,959,837 on May 1, 2018, which is a continuation of U.S. patent application Ser. No. 15/283, 237 filed on Sep. 30, 2016 and issued as U.S. Pat. No. 9,697,799 on Jul. 4, 2017, which is a continuation of U.S. patent application Ser. No. 14/925,596 filed on Oct. 28, 2015 and issued as U.S. Pat. No. 9,521,419 on Dec. 13, 2016, which is a continuation of U.S. patent application Ser. No. 14/735,875 filed on Jun. 10, 2015, and issued as U.S. Pat. No. 9,288,499 on Mar. 15, 2016, which is a continuation of U.S. patent application Ser. No. 14/363,129 filed on Jun. 5, 2014 and issued as U.S. Pat. No. 9,077,994 on Jul. 7, 2015, which, is the U.S. National Stage of International Patent Application No. PCT/US2012/068212 filed on Dec. 6, 2012, which claims priority to U.S. Provisional Patent Application No. 61/567,579 filed Dec. 6, 2011; to U.S. Provisional Patent Application No. 61/674,503 filed Jul. 23, 2012; and to U.S. Provisional Patent Application No. 61/703,449 filed Sep. 20, 2012, all hereby incorporated by reference in their entirety for all purposes. The present application may also be related to U.S. Pat. No. 9,685,139 granted on Jun. 20, 2017, hereby incorporated by reference in its entirety for all purposes.

### TECHNOLOGY OF THE INVENTION

The present invention relates generally to image data. More particularly, an embodiment of the present invention relates to perceptual nonlinearity-based image data exchange across different display capabilities.

### BACKGROUND OF THE INVENTION

Advances in technology allow modern display designs to render image and video content with significant improvements in various quality characteristics over the same content, as rendered on less modern displays. For example, some more modern displays are capable of rendering content with a dynamic range (DR) that is higher than the standard dynamic range (SDR) of conventional or standard displays.

For example, some modern liquid crystal displays (LCDs) have a light unit (a backlight unit, a side light unit, etc.) that provides a light field in which individual portions may be modulated separately from modulation of the liquid crystal alignment states of the active LCD elements. This dual modulation approach is extensible (e.g., to N-modulation layers wherein N comprises an integer greater than two),

**2**

such as with controllable intervening layers (e.g., multiple layers of individually controllable LCD layers) in an electro-optical configuration of a display.

In contrast, some existing displays have a significantly narrower dynamic range (DR) than high dynamic range (HDR). Mobile devices, computer pads, game devices, television (TV) and computer monitor apparatus that use typical cathode ray tube (CRT), liquid crystal display (LCD) with constant fluorescent white back lighting or plasma screen technology may be constrained in their DR rendering capability to approximately three orders of magnitude. Such existing displays thus typify a standard dynamic range (SDR), sometimes also referred to as "'low' dynamic range" or "LDR," in relation to HDR.

Images captured by HDR cameras may have a scene-referred HDR that is significantly greater than dynamic ranges of most if not all display devices. Scene-referred HDR images may

comprise large amounts of data, and may be converted into post-production formats (e.g., HDMI video signals with 8 bit RGB, YCbCr, or deep color options; 1.5 Gbps SDI video signals with a 10 bit 4:2:2 sampling rate; 3 Gbps SDI with a 12 bit 4:4:4 or 10 bit 4:2:2 sampling rate; and other video or image formats) for facilitating transmission and storage. Post-production images may comprise a much smaller dynamic range than that of scene-referred HDR images. Furthermore, as images are delivered to end users' display devices for rendering, device-specific and/or manufacturer-specific image transformations occur along the way, causing large amounts of visually noticeable errors in rendered images in comparison with the original scene-referred HDR images.

The approaches described in this section are approaches that could be pursued, but not necessarily approaches that have been previously conceived or pursued. Therefore, unless otherwise indicated, it should not be assumed that any of the approaches described in this section qualify as prior art merely by virtue of their inclusion in this section. Similarly, issues identified with respect to one or more approaches should not assume to have been recognized in any prior art on the basis of this section, unless otherwise indicated.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings and in which like reference numerals refer to similar elements and in which:

FIG. 1 illustrates an example family of contrast sensitivity function curves that span across a plurality of light adaptation levels, according to an example embodiment of the present invention;

FIG. 2 illustrates an example integration path, according to an example embodiment of the present invention;

FIG. 3 illustrates an example gray scale display function, in accordance with an example embodiment of the present invention;

FIG. 4 illustrates a curve depicting Weber fractions, according to an example embodiment of the present invention;

FIG. 5 illustrates an example framework of exchange image data with devices of different GSDFs, according to an example embodiment of the present invention;

FIG. 6 illustrates an example conversion unit, according to an example embodiment of the present invention;

US 11,887,560 B2

**3**

FIG. **7** illustrate an example SDR display, according to an example embodiment of the present invention;

FIG. **8**A and FIG. **8**B illustrate example process flows, according to an example embodiment of the present invention;

FIG. **9** illustrates an example hardware platform on which a computer or a computing device as described herein may be implemented, according to an example embodiment of the present invention;

FIG. **10**A illustrates maximums for code errors in units of JNDs in a plurality of code spaces each with a different one of one of one or more different bit lengths, according to some example embodiments;

FIG. **10**B through FIG. **10**E illustrate distributions of code errors, according to some example embodiments; and

FIG. **11** illustrates values of parameters in a functional model, according to an example embodiment.

DESCRIPTION OF EXAMPLE EMBODIMENTS

Example embodiments, which relate to perceptual luminance nonlinearity-based image data exchange across displays of different capabilities, are described herein. In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, that the present invention may be practiced without these specific details. In other instances, well-known structures and devices are not described in exhaustive detail, in order to avoid unnecessarily occluding, obscuring, or obfuscating the present invention.

Example embodiments are described herein according to the following outline:

1. GENERAL OVERVIEW
2. CONTRAST SENSITIVITY FUNCTION (CSF) MODEL
3. PERCEPTUAL NONLINEARITY
4. DIGITAL CODE VALUES AND GRAY LEVELS
5. MODEL PARAMETERS
6. VARIABLE SPATIAL FREQUENCIES
7. FUNCTIONAL MODELS
8. EXCHANGE IMAGE DATA BASED ON REFERENCE GSDF
9. CONVERTING REFERENCE ENCODED IMAGE DATA
10. EXAMPLE PROCESS FLOWS
11. IMPLEMENTATION MECHANISMS—HARDWARE OVERVIEW
12. ENUMERATED EXAMPLE EMBODIMENTS, EQUIVALENTS, EXTENSIONS, ALTERNATIVES AND MISCELLANEOUS

1. General Overview

This overview presents a basic description of some aspects of an embodiment of the present invention. It should be noted that this overview is not an extensive or exhaustive summary of aspects of the embodiment. Moreover, it should be noted that this overview is not intended to be understood as identifying any particularly significant aspects or elements of the embodiment, nor as delineating any scope of the embodiment in particular, nor the invention in general. This overview merely presents some concepts that relate to the example embodiment in a condensed and simplified format, and should be understood as merely a conceptual prelude to a more detailed description of example embodiments that follows below.

**4**

Human vision may not perceive a difference between two luminance values if the two luminance values are not sufficiently different from each other. Instead, human vision only perceives a difference if the luminance value differ no less than a just noticeable difference (JND). Due to perceptual nonlinearity of human vision, the amounts of individual JNDs are not uniformly sized or scaled across a range of light levels, but rather vary with different individual light levels. In addition, due to the perceptual nonlinearity, the amounts of individual JNDs are not uniformly sized or scaled across a range of spatial frequencies at a particular light level, but rather vary with different spatial frequencies below a cut-off spatial frequency.

Encoded image data with luminance quantization steps of equal sizes or linearly scaled sizes does not match with perceptual nonlinearity of human vision. Encoded image data with luminance quantization steps at a fixed spatial frequency also does not match with perceptual nonlinearity of human vision. Under these techniques, when code words are assigned to represent quantized luminance values, too many code words may be distributed in a particular region (e.g., the bright region) of the range of light levels, while too few code words may be distributed in a different region (e.g., the dark region) of the range of light levels.

In the overpopulated region, a multitude of code words may not produce perceptual differences, and are, for all practical purposes, therefore wasted. In the underpopulated region, two adjacent code words may produce a perceptual difference much greater than a JND, and possibly produces contour distortion (also known as banding) visual artifacts.

Under techniques as described herein, a contrast sensitivity function (CSF) model may be used to determine JNDs across a wide range (e.g., 0 to 12,000 cd/m²) of light levels. In an example embodiment, the peak JND as a function of spatial frequency at a particular light level is selected to represent a quantum of human perception at the particular light level. The selection of peak JNDs is in accord with the behaviors of human vision that adapts to a heightened level of visual perceptibility when a background of close but different luminance values is being viewed, which is sometimes referred to in video and image display fields as a crispening effect and/or Whittle's Crispening effect and may be described herein as such. As used herein, the term "a light adaption level" may be used to refer to a light level at which a (e.g., peak) JND is selected/determined, assuming that human vision is adapted to the light level. Peak JNDs as described herein vary over spatial frequency at different light adaptation levels.

As used herein, the term "spatial frequency" may refer to a rate of spatial modulation/variation in images (wherein rate is computed in relation to or over spatial distance, in contrast to computing rate in relation to time). In contrast to conventional approaches that may fix spatial frequency at a specific value, the spatial frequency as described herein may vary, for example, in or over a range. In some embodiments, peak JNDs may be limited within a particular spatial frequency range (e.g., 0.1 to 5.0, 0.01 to 8.0 cycles/degrees, or a smaller or larger range).

A reference gray scale display function (GSDF) may be generated based on the CSF model. In some embodiments, a very wide field of view is assumed for the CSF model for generating a reference GSDF that better support entertainment display fields. The GSDF refers to a set of reference digital code values (or reference code words), a set of reference gray levels (or reference luminance values), and a mapping between the two sets. In an example embodiment, each reference digital code value corresponds to a quantum

5

of human perception, as represented by a JND (e.g., a peak JND at a light adaptation level). In an example embodiment, an equal number of reference digital code values may correspond to a quantum of human perception.

The GSDF may be obtained by accumulating JNDs from 5 an initial value. In an example embodiment, a middle code word value (e.g., 2048 for a 12-bit code space) is given as an initial value to a reference digital code. The initial value of the reference digital code may correspond to an initial reference gray level (e.g., 100 cd/m$^2$). Other reference gray 10 levels for other values of the reference digital code may be obtained by positively accumulating (adding) JNDs as the reference digital code is incremented one by one, and by negatively accumulating (subtracting) JNDs as the reference digital code is decremented one by one. In an example 15 embodiment, quantities such as contrast thresholds may be used in computing reference values in the GSDF, in place of JNDs. These quantities actually used in computation of a GSDF may be defined as unitless ratios and may differ from corresponding JNDs only by known or determinable multi- 20 pliers, dividing factors and/or offsets.

A code space may be selected to include all reference digital code values in the GSDF. In some embodiments, the code space in which all the reference digital code values reside may be one of a 10-bit code space, an 11-bit code 25 space, a 12-bit code space, a 13-bit code space, a 14-bit code space, a 15-bit code space, or a larger or smaller code space.

While a large code space (>15 bits) may be used to host all reference digital code values, in a particular embodiment, the most efficient code space (e.g., 10 bits, 12 bits, etc.) is 30 used to host all reference digital code values generated in a reference GSDF.

The reference GSDF may be used to encode image data, for example, captured or generated by HDR cameras, studio systems, or other systems with a scene-referred HDR that is 35 significantly greater than dynamic ranges of most if not all display devices. The encoded image data may be provided to downstream devices in a wide variety of distribution or transmission methods (e.g., HDMI video signals with 8 bit RGB, YCbCr, or deep color options; 1.5 Gbps SDI video 40 signals with a 10 bit 4:2:2 sampling rate; 3 Gbps SDI with a 12 bit 4:4:4 or 10 bit 4:2:2 sampling rate; and other video or image formats).

In some embodiments, because adjacent reference digital code values in the reference GSDF correspond to gray levels 45 that are within a JND, details for which human vision is capable of distinguishing may be completely or substantially preserved in the image data encoded based on the reference GSDF. A display that fully supports the reference GSDF may possibly render images with no banding or contour 50 distortion artifacts.

Image data encoded based on the reference GSDF (or reference encoded image data) may be used to support a wide variety of less capable displays that may not fully support all reference luminance values in the reference 55 GSDF. Because the reference encoded image data comprises all the perceptual details in the supported luminance range (which may be designed to be a superset of what displays support), reference digital code values may be optimally and efficiently transcoded to display-specific digital code values 60 in a way to preserve as much details as a specific display is capable of supporting and to cause as few visually noticeable errors as possible. Additionally and/or optionally, decontouring and dithering may be performed in conjunction with, or as a part of, transcoding from reference digital 65 code values to display-specific digital code values to further improve image or video quality.

6

Techniques as described herein are not color-space dependent. They may be used in a RGB color space, a YCbCr color space, or a different color space. Furthermore, techniques that derive reference values (e.g., reference digital code values and reference gray levels) using JNDs which vary with spatial frequency may be applied to a different channel (e.g., one of red, green, and blue channels) other than a luminance channel in a different color space (e.g., RGB) which may or may not comprise a luminance channel. For example, reference blue values may be derived in place of reference gray levels using JNDs which are applicable to the blue color channel. Thus, in some embodiments, gray scale may be substituted for color. Additionally and/or optionally, different CSF models may also be used instead of Barten's model. So may different model parameters be used for the same CSF model.

In some embodiments, mechanisms as described herein form a part of a media processing system, including, but not limited to: a handheld device, game machine, television, laptop computer, netbook computer, cellular radiotelephone, electronic book reader, point of sale terminal, desktop computer, computer workstation, computer kiosk, or various other kinds of terminals and media processing units.

Various modifications to the preferred embodiments and the generic principles and features described herein will be readily apparent to those skilled in the art. Thus, the disclosure is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features described herein.

### 2. Contrast Sensitivity Function (CSF) Model

Human visual sensitivity for spatial structures in rendered images may be best described with contrast sensitivity functions (CSFs), which describe contrast sensitivity as functions of spatial frequency (or rate of spatial modulation/variation in images as perceived by a human observer). As used herein, contrast sensitivity, S, may be considered as a gain in human visual neural signal processing, while contrast thresholds, $C_T$, may be determined from the inverse of the contrast sensitivity, for example:

$$\text{Contrast-Sensitivity} = S = 1/C_T \qquad \text{expression (1)}$$

As used herein, the term "contrast threshold" may refer to, or relate to, a lowest value (e.g., a just-noticeable difference) of (relative) contrast necessary for human eyes to perceive a difference in contrast; in some embodiments, contrast thresholds may also be depicted as a function of the just-noticeable difference divided by the light adaptation level across a range of luminance values.

In some embodiments, contrast thresholds may be directly measured in experiments, without use of any CSF model. In some other embodiments, however, contrast thresholds may be determined based on a CSF model. A CSF model may be built with a number of model parameters and may be used to derive a GSDF whose quantization steps in gray levels depend on and vary with light levels characterized by luminance values and spatial frequency. An example embodiment may be implemented based on one or more of a variety of CSF models such as those described in Peter G. J. Barten, *Contrast Sensitivity of the Human Eye and its Effects on Image Quality* (1999) (herein after Barten's model or Barten's CSF model), or Scott Daly, Chapter 17 in *Digital Images and Human Vision*, ed., by A. B. Watson, MIT Press (1993) (hereinafter Daly's model). In relation to example embodiments of the present invention, contrast thresholds used to generate a reference grayscale display function

US 11,887,560 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

(GSDF) may be derived experimentally, theoretically, with a CSF model, or a combination thereof.

As used herein, a GSDF may refer to a mapping of a plurality of digital code values (e.g., 1, 2, 3, . . . , N) to a plurality of gray levels ($L_1$, $L_2$, $L_3$, . . . , $L_N$), in which the digital code values represent index values of contrast thresholds and the gray levels correspond to the contrast thresholds, as shown in TABLE 1.

TABLE 1

| Digital Code Value | Gray Level (Luminance Value) |
|---|---|
| 1 | $L_1$ |
| 2 | $L_2$ |
| 3 | $L_3$ |
| . . . | . . . |
| i − 1 | $L_{i-1}$ |
| I | $L_i$ |
| i + 1 | $L_{i+1}$ |
| . . . | . . . |
| N | $L_N$ |

In an embodiment, a gray level (e.g., $L_i$) corresponding to a digital code value (e.g., i) and an adjacent gray level (e.g., $L_{i+1}$) may be computed in relation to a contrast (e.g., C(i)) as follows:

$$C(i) = (L_{i+1} - L_i)/(L_{i+1} + L_i) \qquad \text{expression (2)}$$

$$= (L_{i+1} - L_{mean}(i, i+1)/L_{mean}(i, i+1)$$

$$= \sim 1/2\Delta L/L$$

wherein C(i) represents a contrast for a luminance range that is bounded between $L_i$ and $L_{i+1}$. $L_{mean}$(i, i+1) comprise an arithmetic average or mean of the two adjacent gray levels $L_i$ and $L_{i+1}$. The contrast C(i) is arithmetically related to a Weber fraction $\Delta L/L$ by a factor of two. Here, $\Delta L$ represents ($L_{i+1} - L_i$), and L represents one of $L_i$, $L_{i+1}$, or an intermediate value between $L_i$ and $L_{i+1}$.

In some embodiments, a GSDF generator may set the contrast C(i) to a value equal, or otherwise proportional, to a contrast threshold (e.g., $C_T(i)$) at a luminance level L between $L_i$ and $L_{i+1}$, inclusive, as follows:

$$C(i) = k \; C_T(i) \qquad \text{expression (3)}$$

wherein k represents a multiplicative constant. In relation to embodiments of the present invention, other descriptive statistics/definitions (e.g., geometric mean, medium, mode, variance, or standard deviation) and/or scaling (x2, x3, divided or multiplied by a scaling factor, etc.) and/or offsetting (+1, +2, −1, −2, subtracted or added by an offset, etc.) and/or weighting (e.g., assigning the two adjacent gray levels with the same or different weight factors) may be used to relate contrast thresholds with contrasts for the purpose of computing gray levels in a GSDF.

As computed in expressions (1), (2) and (3), contrasts or contrast thresholds may comprise a relative value, and may thus comprise a unitless quantity (e.g., so S may also be unitless).

A CSF model may be built up from basic contrast threshold measurements or computations based on a CSF that depicts the CSF model. Human vision is unfortunately complex, adaptive and nonlinear, so that the there is no single CSF curve that describes the human vision. Instead, a family of CSF curves may be generated based on a CSF

model. Even with the same CSF model, different values of model parameters produce different plots for the family of CSF curves.

3. Perceptual Nonlinearity

FIG. 1 illustrates an example family of CSF curves that span across a plurality of light adaptation levels. For the purpose of illustration only, the highest CSF curve depicted in FIG. 1 is for a light adaptation level at a luminance value of 1000 candelas per square meter (cd/m$^2$ or 'nits'), and the other decreasing height curves are for light adaptation levels at decreasing luminance values with successive factors of 10 reductions. Notable features readable from the CSF curves are that with increasing luminance (increasing light adaptation levels), the overall contrast sensitivity including the maximum (or peak) contrast sensitivity increases. The peak spatial frequency at which the contrast sensitivity peaks on the CSF curves in FIG. 1 shifts to higher spatial frequencies. Similarly, the max perceptible spatial frequency (cut-off frequency) on the CSF curves, which is the interception of the CSF curves with the horizontal (spatial frequency) axis, also increases.

In an example embodiment, a CSF function that gives rise to a family of CSF curves as illustrated in FIG. 1 may be derived with the Barten's CSF model, which takes into account a number of key effects relating to human perception. An example CSF, S(u), (or the inverse of the corresponding contrast threshold, $m_t$) under the Barten's CSF model may be computed as shown in Expression (4), below.

$$\text{expression (4)}$$

$$S(u) =$$

$$\frac{1}{m_t} = \frac{M_{opt}(u)/k}{\sqrt{\frac{2}{T}\left(\frac{1}{X_0^2} + \frac{1}{X_{max}^2} + \frac{u^2}{N_{max}^2}\right)\left(\frac{1}{\eta pE} + \frac{\Phi_0}{1 - e^{-(u/u_0)^2}}\right)}}$$

The example model parameters used in expression (4) above comprise the representations listed below:

2 (the numeric factor) corresponds to binocular vision (4 if monocular);

k represents a signal/noise ratio, for example, 3.0;

T represents an integration time of the eye, for example, 0.1 second;

$X_0$ represents an angular size of object (e.g., in a square shape);

$X_{max}$ represents a maximum angular size of the integration area of the eye (e.g., 12 degrees);

$N_{max}$ represents a maximum number of cycles that are accumulated via probability summation, e.g., 15 cycles;

$\eta$ represents a quantum efficiency of the eye, e.g., 0.03;

p represents a photon conversion factor;

E represents a retinal illuminance, for example, in Troland units;

$\Phi_0$ represents a spectral density of neural noise, e.g., $3 \times 10^{-8}$ second*degrees$^2$; and

$u_0$ represents a maximum spatial frequency for lateral inhibition, e.g., 7 cycles/degrees.

The optical modulation transfer function, $M_{opt}$, may be given as follows:

$$-2\pi^2\sigma^2 u^2 = e \qquad \text{expression (5)}$$

where $\sigma$ represents a model parameter related to pupil and/or light level.

US 11,887,560 B2

9

Barten's CSF model as discussed above may be used to describe perceptual nonlinearity relative to luminance. Other CSF models may also be used to describe perceptual non-linearity. For example, Barten's CSF model does not account for the effect of accommodation, which causes a lowering of the cut-off spatial frequency in the high spatial frequency region of the CSF. This lowering effect due to accommodation may be expressed as a function of decreasing viewing distance.

For example, for viewing distances over 1.5 meters, the maximum cutoff spatial frequency as depicted by Barten's CSF model may be achieved, without affecting the effectiveness of Barten's model as an appropriate model to describe perceptual nonlinearity. However, for distances less than 1.5 meters, the effect of accommodation starts to become significant, reducing the accuracy of Barten's model.

Thus, for tablet displays, which have closer viewing distances, such as 0.5 meter, and smartphones, which can have viewing distances as close as 0.125 meter, Barten's CSF model may not be optimally tuned.

In some embodiments, Daly's CSF model, which takes into account the accommodation effect, may be used. In a particular embodiment, Daly's CSF model may be constructed in part based on Barten's CSF, S(u), in expression (4) above, for example, by modifying the optical modulation transfer function, $M_{opt}$, in expression (5).

### 4. Digital Code Values and Gray Levels

A GSDF as illustrated in TABLE 1 maps perceptual nonlinearity using the digital code values to represent gray levels tied to contrast thresholds in human vision. The gray levels which comprise all the mapped luminance values may be distributed in such a way that they are optimally spaced to match the perceptual nonlinearity of human vision.

In some embodiments, when the maximum number of gray levels in a GSDF are sufficiently large relative to the maximum range of luminance values, digital code values in the GSDF may be used in a way to achieve the lowest number (e.g., below a total of 4096 digital code values) of gray levels without causing the visibility of the gray level step transition (e.g., visible as a false contour or band in an image; or a color shift in dark regions of an image).

In some other embodiments, a limited number of digital code values may still be used to represent a wide dynamic range of gray levels. For example, when the maximum number of grayscale levels in a GSDF are not sufficiently large relative to the maximum range of the grayscale levels (e.g., digital code values in an 8-bit representation with the range of grayscale levels from 0 to 12,000 nits), the GSDF may still be used in a way to achieve the lowest number (e.g., below a total of 256 digital code values) of gray levels to reduce or minimize the visibility of the gray level step transition. With such a GSDF, amounts/degrees of perceptible errors/artifacts of the step transition may be evenly distributed throughout the hierarchy of a relatively low number of gray levels in the GSDF. As used herein, the term "grayscale level" or "gray level" may be used interchangeably, and may refer to a represented luminance value (a quantized luminance value represented in a GSDF).

Gray levels in a GSDF may be derived by stacking or integrating contrast thresholds across light adaptation levels (at different luminance values). In some embodiments, quantization steps between gray levels may be so chosen that a quantization step between any two adjacent gray levels lands within a JND. A contrast threshold at a particular light

10

adaptation level (or luminance value) may be no more than the just-noticeable difference (JND) at that particular adaptation level. Gray levels may be derived by integrating or stacking fractions of contrast thresholds (or JNDs). In some embodiments, the number of digital code values is more than sufficient to represent all the JNDs in the represented dynamic range of luminance.

Contrast thresholds, or inversely contrast sensitivities, that are used to compute grayscale levels may be selected from a CSF curve at a different spatial frequency other than a fixed spatial frequency for a particular light adaptation level (or luminance value). In some embodiments, each of the contrast thresholds is selected from a CSF curve at a spatial frequency that corresponds to a peak contrast sensitivity (e.g., due to Whittle's crispening effect) for a light adaptation level. In addition, contrast thresholds may be selected from CSF curves at different spatial frequencies for different light adaptation levels.

An example expression to compute/stack the gray levels in the GSDF is as follows:

$$GSDF = \left( \sum_{L_{min}} JND \right) \qquad \text{expression (6)}$$

$$JND = 1/S(f, L_A)$$

where f represents the spatial frequency, which may be other than a fixed number under techniques as described herein; and $L_A$ represents the light adaptation level. $L_{min}$ may be the lowest luminance value in all the mapped gray levels. As used herein, the term "Nit" or its abbreviation "nt" may relate or refer, synonymously or interchangeably, to a unit of image intensity, brightness, luma and/or luminance that is equivalent or equal to one (1) candela per square meter (1 Nit=1 nt=1 cd/m²). In some embodiments, $L_{min}$ may comprise a value of zero. In some other embodiments, $L_{min}$ may comprise a non-zero value (e.g., a certain dark black level, $10^{-5}$ nit, $10^{-7}$ nit, etc., which may be lower than what display devices are generally able to achieve). In some embodiments, $L_{min}$ may be replaced with other than a minimum initial value, such as an intermediate value, or a maximum value, which allows stacking computations with subtraction or negative addition.

In some embodiments, stacking of the JNDs to derive gray levels in a GSDF is performed by summation, for example, as shown in expression (6). In some other embodiments, an integral may be used in place of the discrete summation. The integral may integrate along an integration path determined from a CSF (e.g., expression (4)). For example, the integration path may comprise peak contrast sensitivities (e.g., different peak sensitivities corresponding to different spatial frequencies) for all light adaptation levels in a (reference) dynamic range for the CSF.

As used herein, an integration path may refer to a visible dynamic range (VDR) curve used to represent human perceptual nonlinearity and to establish a mapping between a set of digital code values and a set of reference gray levels (quantized luminance values). The mapping may be required to meet the criteria that each quantization step (e.g., the luminance difference of two adjacent gray levels in TABLE 1) be less than the JNDs above or below a corresponding light adaptation level (luminance value). The instantaneous derivative (in units of nit/spatial-cycle) of the integration path at a particular light adaptation level (luminance value) is proportional to the JND at the particular adaptation level.

11

As used herein, the term "VDR" or "visual dynamic range" may refer a dynamic range wider than a standard dynamic range, and may include, but is not limited to, a wide dynamic range up to the instantaneously perceivable dynamic range and color gamut which human vision can perceive at an instant.

Based on techniques as described herein, a reference GSDF that is independent of any specific displays or image processing devices may be developed. In some embodiments, one or more model parameters other than light adaptation level (luminance), spatial frequency, and angular size may be set to constant (or fixed) values.

### 5. Model Parameters

In some embodiments, the CSF model is constructed with conservative model parameter values that cover a broad range of display devices. The use of the conservative model parameter values provides smaller JNDs than existing standard GSDFs. Accordingly, in some embodiments, the reference GSDF under the techniques described herein is capable of supporting luminance values with a high precision that exceeds the requirements of these display devices.

In some embodiments, model parameters as described herein include a field-of-vision (FOV) parameter. The FOV parameter may be set to a value of 45 degrees, 40 degrees, 35 degrees, 30 degrees, 25 degrees, or another larger or smaller value that supports a wide range of display devices and viewing scenarios including those used in studios, theaters or high-end entertainment systems.

Model parameters as described herein may include an angular size parameter, which may relate for example to a field of view. The angular size parameter may be set to a value of 45 degrees×45 degrees, 40 degrees×40 degrees, 35 degrees×35 degrees, 30 degrees×30 degrees, 25 degrees×25 degrees, or another larger or smaller value that supports a wide range of display devices and viewing scenarios. In some embodiments, the angular size parameter used in part to derive the reference GSDF is set to n degrees×m degrees, where either of n and m may be a numeric value between 30 and 40, and n and m may or may not be equal.

In some embodiments, a larger angular size (e.g., 40 degrees×40 degrees) is used to produce a reference GSDF with a greater number of grayscale levels and thus more contrast sensitivity. The GSDF may be used to support a wide range of viewing and/or displaying scenarios (e.g., large screen video displays) which may require a wide viewing angle of ~30 to 40 degrees. The GSDF having an increased sensitivity due to the selection of large angular size may also be used to support highly variable viewing and/or displaying scenarios (e.g., cinemas). It is possible to select even larger angular sizes; however, raising the angular size significantly above a certain angular size (e.g., 40 degrees) may produce relatively limited marginal benefits.

In some embodiments, a reference GSDF model covers a large luminance range. For example, gray levels, or quantized luminance values, that are represented by the reference GSDF model ranges from 0 or approximately 0 (e.g., $10^{-7}$ cd/m$^2$) to 12,000 cd/m$^2$. The lower bound of the represented luminance values in the reference GSDF model may be $10^{-7}$ cd/m$^2$, or a lower or higher value (e.g., 0, $10^{-5}$, $10^{-8}$, $10^{-9}$ cd/m$^2$, etc.). The GSDF may be used to support a wide range of viewing and/or displaying scenarios with different ambient light levels. The GSDF may be used to support a wide range of display devices with different dark black levels (in theaters, indoor, or outdoor).

12

The upper bound of the represented luminance values in the reference GSDF model may be 12,000 cd/m$^2$, or a lower or higher value (e.g., 6000-8000, 8000-10000, 10000-12000, 12000-15000 cd/m$^2$, etc.). The GSDF may be used to support a wide range of viewing and/or displaying scenarios with high dynamic ranges. The GSDF may be used to support a wide range of display devices with different maximum luminance levels (HDR TVs, SDR displays, laptops, tablets, handheld devices, etc.).

### 6. Variable Spatial Frequencies

FIG. 2 illustrates an example integration path (denoted as VDR) that may be used as an integration path for obtaining gray levels in a reference GSDF as described herein, in accordance with an example embodiment of the present invention. In embodiments, the VDR curve is used to accurately capture the peak contrast sensitivity of human vision over a high dynamic range of luminance values.

As illustrated in FIG. 2, peak contrast sensitivities do not occur at a fixed spatial frequency value, but rather occur at smaller spatial frequencies as light adaptation levels (luminance values) drop. This means that techniques (e.g., DICOM) with a fixed spatial frequency may significantly underestimate contrast sensitivities of human vision for the dark light adaptation levels (low luminance values). Lower contrast sensitivities give rise to higher contrast thresholds, resulting in larger quantization step sizes in quantized luminance values.

Unlike the Digital Imaging and Communications in Medicine (DICOM) standard, a VDR curve under techniques as described herein does not fix the spatial frequency model parameter at a fixed value such as 4 cycles per degree. Rather, the VDR curve varies with the spatial frequency and accurately captures the peak contrast sensitivities of human vision at a plurality of light adaptation levels. The VDR curve properly takes into account the crispening effect due to human vision's adaptability to a wide range of light adaptation levels, and helps generate a high-precision reference GSDF. Here, the term "high-precision" means that perceptual errors due to quantization of luminance values are removed or substantially reduced based on a reference GSDF that best and most efficiently captures human visual nonlinearity within the constraint of a fixed size code space (e.g., one of 10 bits, 12 bits, etc.).

A computation process may be used to calculate gray levels in the reference GSDF (e.g., TABLE 1). In an example embodiment, the computation process is iterative or recursive, repeatedly determines the contrast thresholds (or modulation threshold, for example, m$_t$ in expression 4) from the VDR curve, and applies the contrast thresholds to obtain successive gray levels in the reference GSDF. This computation process may be implemented with the following expressions (7):

$$m_t = \frac{L_{max} - L_{min}}{L_{max} + L_{min}} \quad so: L_{j+1} = L_j \frac{1 + m_t}{1 - m_t} \quad and \quad L_{j-1} = L_j \frac{1 - m_t}{1 + m_t} \quad \text{expression (7)}$$

where j−1, j and j+1 represent indexes to three adjacent digital code values; $L_{j-1}$, $L_j$ and $L_{j+1}$ correspond to gray levels to which the digital code values j−1, j and j+1 are mapped, respectively. $L_{max}$ and $L_{min}$ respectively represent maximum luminance value and minimum luminance value

across a JND or a fraction of a JND. Using a JND or a fraction thereof maintains the high precision of the reference GSDF.

The contrast threshold $m_t$ associated with the JND may be defined as a relative quantity, e.g., a difference between $L_{max}$ and $L_{min}$, as divided by a particular luminance value of either $L_{max}$ or $L_{min}$, or in between $L_{max}$ and $L_{min}$ (e.g., an average of $L_{max}$ and $L_{min}$). In some embodiments, $m_t$ may be alternatively defined as the difference between $L_{max}$ and $L_{min}$, as divided by a multiplier (e.g., 2) of a particular luminance value of either $L_{max}$ or $L_{min}$, or in between $L_{max}$ and $L_{min}$. In quantizing luminance values in a GSDF to a plurality of gray levels, $L_{max}$ and $L_{min}$ may refer to adjacent gray levels in the plurality of gray levels. As a result, $L_j$ may be related to $L_{j-1}$ and $L_{j+1}$ through $m_t$, respectively, as shown in expression (7).

In alternative embodiments, instead of using linear expressions as illustrated in expression (7), non-linear expression may be used to relate JNDs or contrast thresholds with gray levels. For example, an alternative expression based on the standard deviation divided by the mean may be used in place of a simple ratio for the contrast threshold as illustrated.

In some embodiments, a reference GSDF covers a range of 0 to 12,000 cd/m² with digital code values represented as 12-bit integer value. To further improve the precision of the reference GSDF, $m_t$ may be multiplied with a fraction value f. Furthermore, a center digital value L2048 (note that the digital code values are at least limited to 0 and 4096 as in a 12-bit code space that is compatible with SDI) may be mapped to 100 cd/m². Expression (7) may yield the following expressions (8):

$$L_{2048} = 100 cd/m^2 \quad L_{j+1} = L_j \frac{1 + f * m_t}{1 - f * m_t} \text{ and } L_{j-1} = L_j \frac{1 - f * m_t}{1 + f - m_t} \qquad \text{expression (8)}$$

wherein the fraction value f is set to 0.918177. In the example embodiment, the minimum allowed value for the digital codes is set to code word (or integer value) 16 is set to 0 (cd/m²). The second lowest digital code value 17 ends up at $5.27 \times 10^{-7}$ cd/m², while the digital code value 4076 ends up at 12,000 cd/m².

FIG. 3 illustrates an example GSDF that maps between a plurality of gray levels (in logarithmic luminance values) and a plurality of digital code values in a 12-bit code space, in accordance with an example embodiment of the present invention.

FIG. 4 illustrates a curve depicting Weber fractions (Delta L/L, or ΔL/L) based on gray levels of the example GSDF of FIG. 3. Perceptual nonlinearity of human vision as illustrated by FIG. 4 is represented as a function of luminance values on a logarithmic luminance axis. Comparable visual differences (e.g., JNDs) of human vision correspond to larger Delta L/L values at lower luminance values. The curve of Weber fractions asymptotes to a constant value for high luminance values (e.g., a Weber fraction of 0.002 where Weber's law is met at higher luminance values).

## 7. Functional Models

One or more analytical functions may be used to obtain a mapping between digital code values and gray levels in a GSDF (reference GSDF or device-specific GSDF) as described herein. The one or more analytical functions may

be proprietary, standard-based, or extensions from standard-based functions. In some embodiments, a GSDF generator (e.g., 504 of FIG. 5) may generate a GSDF in the form of one or more forward look-up tables (LUTs) and/or one or more inverse LUTs based on the one or more analytical functions (or formulas). At least some of these LUTs may be provided to a variety of image data codecs (e.g., 506 of FIG. 5) or a wide variety of display device to be used in converting between reference gray levels and reference digital code levels for the purpose of encoding reference image data. Additionally, optionally, or alternatively, at least some of the analytical functions (with their coefficients in integer or floating point representations) may be directly provided to image data codecs or a wide variety of display device to be used in obtaining mappings between digital code values and gray levels in a GSDF as described herein and/or converting between gray levels and digital code levels for the purpose of encoding image data.

In some embodiments, analytical functions as described herein comprise a forward function that may be used to predict a digital code value based on a corresponding gray level, as follows:

$$D = \left[ \frac{c_1 + c_2 L^n}{1 + c_3 L^n} \right]^m \qquad \text{expression (9)}$$

where D represents a (e.g., 12 bit) value of digital code, L represents a luminance value or gray level in nits, n may represent a slope in a middle section of a log D/log L curve as given by expression (9), m may represent the sharpness of the knee of the log D/log L curve, and c1, c2 and c3 may define the end and middle points of the log D/log L curve.

In some embodiments, the analytical functions comprise an inverse function that corresponds to the forward function in expression (9) and may be used to predict a luminance value based on a corresponding digital code value, as follows:

$$L = \left[ \frac{D^{1/m} - c_1}{c_2 - c_3 D^{1/m}} \right]^{1/n} \qquad \text{expression (10)}$$

Digital code values predicted based on a plurality of luminance values using expression (9) may be compared with observed digital code values. The observed digital code values may be, but are not limited only to any of, numeric calculation based on a CSF model as previously discussed. In an embodiment, a deviation between the predicted digital code values and the observed digital code values may be computed and minimized to derive optimal values of the parameters n, m, c1, c2, and c3 in expression (9).

Likewise, luminance values predicted based on a plurality of digital code values using expression (10) may be compared with observed luminance values. The observed luminance values may, but are not limited to, be generated using numeric computations based on a CSF model as previously discussed, or using human visual experimentation data. In an embodiment, the deviation between the predicted luminance values and the observed luminance values may be derived as a function of the parameters n, m, c1, c2, and c3 and minimized to derive optimal values of the parameters n, m, c1, c2, and c3 in expression (10).

A set of optimal values of the parameters n, m, c1, c2, and c3 as determined with expression (9) may or may not be the same as a set of optimal values of the parameters n, m, c1,

US 11,887,560 B2

15

$c_2$, and $c_3$ as determined with expression (10). In case of differences between the two sets, one or both of the two sets may be used to generate a mapping between digital code values and luminance values. In some embodiments, the two sets of optimal values of the parameters n, m, $c_1$, $c_2$, and $c_3$, if different, may be harmonized, for example, based on minimization of round trip errors, which are introduced by performing both forward and inverse coding operations with both expressions (9) and (10). In some embodiments, multiple round trips may be made to study resultant errors in digital code values and/or in luminance values or gray levels. In some embodiments, selection of the parameters in expressions (9) and (10) may be based at least in part on a criterion that no significant error occurs in one, two, or more round trips. Examples of no significant round trip errors may include, but are not limited only to any of, errors smaller than 0.0001%, 0.001%, 0.01%, 0.1%, 1%, 2%, or other configurable values.

Embodiments include using a code space of one of one or more different bit lengths to represent digital control values. Optimized values of the parameters in expressions (9) and (10) may be obtained for each of a plurality of code spaces each with a different one of one of one or more different bit lengths. Based on the optimized values of expressions (9) and (10), distributions of code errors (e.g., forward transformation errors, inverse transformation errors or round trip errors in digital code values based on expressions (9) and (10)) may be determined. In some embodiments, a numeric difference of one (1) in two digital code values corresponds to a contrast threshold (or corresponds to a JND) at a light level between two luminance values represented by the two digital code values. FIG. 10A illustrates maximums for code errors in units of JNDs in a plurality of code spaces each with a different one of one of one or more different precisions (with different bit lengths), according to some example embodiments. For example, based on functional models as described herein, the maximum code error for a code space of infinite or unlimited bit length is 11.252. In comparison, based on a functional model as described herein, the maximum code error for a code space of a 12 bit length (or 4096) is 11.298. This indicates that a code space of a 12 bit length for digital code values is an excellent choice with a functional model as represented by expressions (9) and (10).

FIG. 10B illustrates a distribution of code errors for a code space of the 12 bit length (or 4096) with a forward transformation (from luminance values to digital code values) as specified by expression (9), according to an example embodiment. FIG. 10C illustrates a distribution of code errors for a code space of the 12 bit length (or 4096) with a backward transformation (from digital code values to luminance values) as specified by expression (10), according to an example embodiment. Both FIG. 10B and FIG. 10C indicate maximum code errors of less than 12.5.

FIG. 11 illustrates values of parameters that may be used in expressions (9) and (10), according to an example embodiment. In some embodiments, as illustrated, integer-based formulas may be used to represent/approximate these non-integer values in a specific implementation of a functional model as described herein. In some other embodiments, fixed point, floating point values with one of one or more precisions (e.g., 14-, 16-, or 32 bits) may be used to represent these non-integer values in a specific implementation of a functional model as described herein.

Embodiments using a functional model with formulas other than those (which may be tone-mapping curves) given in expressions (9) and (10). For example, a

16

cone model with a Naka-Rushton formula as follows may be used by a functional model as described herein:

$$L_d = \left[ L_d^{\max} \left( \frac{L^n}{\sigma + L^n} \right) \right]^m \qquad \text{expression (11)}$$

wherein L represent luminance values, n, m and $\sigma$ represent model parameters in association with the cone model, and, $L_d$ represents predicted values that may be encoded with digital code values. Similar methods of obtaining model parameters through minimizing deviations may be used to derive optimal values of the model parameters for expression (11). FIG. 10D illustrates a distribution of code errors for a code space of the 12 bit length (or 4096) with a forward transformation (from luminance values to digital code values) as specified by expression (11), according to an example embodiment. In an embodiment, the maximum code error as illustrated in FIG. 10D is 25 JNDs.

In another example, a functional model may be generated with a Raised mu formula as follows:

$$y = (1 + \mu)^{x^{1 + (1-x)^{\beta \cdot 2}}} \qquad \text{expression (12)}$$

wherein x represents luminance values, and y represents predicted digital code values. An optimal value of the model parameter $\mu$ may be obtained through minimizing deviations. FIG. 10E illustrates a distribution of code errors for a code space of the 12 bit length (or 4096) with a forward transformation (from luminance values to digital code values) as specified by expression (12), according to an example embodiment. In an embodiment, the maximum code error as illustrated in FIG. 10D is 17 JNDs.

As illustrated herein, in some embodiments, a functional model may be used to predict code values from luminance values or predict luminance values from code values. Formulas used by the functional model may be invertible. Same or similar processing logic may be implemented to perform forward and inverse transformation between these values. In some embodiments, model parameters including but not limited only to any of exponents may be represented by fixed-point values or integer-based formulas. Thus, at least a part of the processing logic may be efficiently implemented in hardware only, software only, or a combination of hardware and software. Similarly, at least a part of LUTs generated with the functional model or model formulas (such as expressions (9) through (12)) may be efficiently implemented in hardware only, software only, or a combination of hardware and software (including ASIC or FPGA). In some embodiments, one, two, or more functional models may be implemented in a single computing device, a configuration of multiple computing devices, a server, etc. In some embodiments, errors in predicted code values may be within 14 code values of target or observed values over a full range of visible dynamic range of luminance values. In some embodiments, this holds true for both forward and inverse transformations. Same or different sets of model parameters may be used in forward and inverse transformations. Round-trip accuracy may be maximized with optimal values of the model parameters. Different code spaces may be used. In particular embodiment a code space of 12 bit length (4096) may be used to host digital code values with minimal code errors across the full range of visible dynamic range.

17                                                18

As used herein, a reference GSDF may refer to a GSDF comprising reference digital code values and reference gray levels as related under a functional model (the model parameters of which may be determined with target or observed values under a CSF model), as determined with numeric computations (e.g., without determining any functional representation of a mapping between digital code values and luminance values) based on a CSF model, or as determined with data from human visual studies. In some embodiments, a device GSDF may also comprise a mapping between digital code values and gray levels that may be analytically represented with a functional model as described herein.

### 8. Exchange Image Data Based on Reference GSDF

For the purpose of illustration, it has been described that digital code values reside in a 12 bit code space. The present invention, however, is not so limited. Digital code values with different code spaces (e.g., different bit depths other than 12 bits) may be used in a reference GSDF. For example, 10 bit integer code values may be used to represent digital codes. Instead of mapping a digital code value 4076 to a luminance value 12000 cd/m$^2$ in a 12-bit representation of digital codes, a digital code value 1019 may be mapped to the luminance value 12000 cd/m$^2$ in a 10-bit representation of digital codes. Thus, these and other variations in code spaces (bit depths) may be used for digital code values in a reference GSDF.

The reference GSDF may be used to exchange image data across different GSDFs which may be individually designed for each type of image acquisition device or image rendering device. For example, a GSDF implemented with a specific type of image acquisition device or image rendering device may implicitly or explicitly depend on model parameters that do not match model parameters of a standard GSDF or a device-specific GSDF with another type of image acquisition device or image rendering device.

A reference GSDF may correspond to curve shapes as depicted in FIG. **3** and FIG. **4**. Generally speaking, the shapes of GSDFs depend on parameters used to derive or design the GSDFs. Hence, a reference GSDF depends on a reference CSF model and reference model parameters used to generate the reference GSDF from the reference CSF model. The curve shape of a device-specific GSDF depends on the specific device, including display parameters and viewing conditions if the specific device is a display.

In an example, a display whose supported range of luminance values is limited to less than 500 cd/m$^2$ may not experience the increase in slope at a high luminance value region (which occurs when the human vision shifts to a logarithmic behavior for all frequencies) as shown in FIG. **3**. Driving the display with a curve shape of FIG. **3** may lead to nonoptimal (e.g., suboptimal) allocation of gray levels, with too many gray levels allocated in the bright regions, and not enough allocated in the dark regions.

In another example, a low contrast display is designed to be used outdoors in various daylight conditions. The display's luminance range may occur largely or almost entirely in the log behavior region of FIG. **3**. Driving this low contrast display with a curve shape of FIG. **3** may also lead to nonoptimal (suboptimal) allocation of gray levels, with too many gray levels allocated in the dark regions, and not enough allocated in the bright regions.

Under techniques as described herein, each display may use its specific GSDF (dependent on not only the display parameters, but also on the viewing conditions which, for

example, affect the actual black level) to optimally support perceptual information in image data encoded with a reference GSDF. The reference GSDF is used by one or more upstream (e.g., encoding) devices for the overall encoding of image data to preserve perceptual details as much as possible. The image data encoded in the reference GSDF is then delivered to one or more downstream (e.g., decoding) devices. In an example embodiment, encoding of image data based on the reference GSDF is independent of specific devices that are to subsequently decode and/or render the image data.

Each device (e.g., display) has its specific GSDF where device-specific gray levels are supported/optimized. The specific gray levels may be known to the maker of the display, or may have been specifically designed by the maker to support the device-specific GSDF (which may or may not be standard based). The line driver of the device may be implemented with quantized luminance values specific to the device. Optimization may be best done for the device based on the quantized luminance values specific to the device. Additionally, the dark black level (e.g., the lowest device-specific gray level), which may be used as the lower bound to the range of device-specific gray levels, may be set based in part on the present ambient light level and/or the device's optical reflectivity (which may be known to the maker). Once the dark black level is so set, device-specific gray levels may be obtained or set by implicitly or explicitly accumulating (e.g., stacking/integrating) quantization steps in the line driver of the device. The derivation and/or adjustment of gray levels may or may not be done at runtime when the device is concurrently rendering images.

Thus, under techniques as described herein, embodiments of the present invention may include, but are not limited only to, encoding image data with a reference GSDF and decoding and rendering the image data with a display-specific GSDF.

Techniques as described herein may be used to exchange image data across a variety of devices with different GSDFs. FIG. **5** illustrates an example framework (**500**) of exchange image data with devices of different GSDFs, in accordance with an example embodiment of the present invention. As illustrated in FIG. **5**, an adaptive CSF model (**502**) may be used to generate a reference GSDF (**504**). The term "adaptive" may refer to the adaptability of a CSF model to human visual nonlinearity and behaviors. The adaptive CSF model may be built based at least in part on a plurality of CSF parameters (or model parameters). The plurality of model parameters include, for example, light adaptation level, display area in degree width, noise level, accommodation (physical viewing distance), luminance or color modulation vector (which may be, for example, related to test images or image patterns used in the adaptive CSF model (**502**)).

An upstream (e.g., encoding) device may receive image data to be encoded with the reference GSDF (**504**) before the image data or its derivative is transmitted or distributed to downstream (e.g., decoding) devices. The image data to be encoded may initially be in any of a plurality of formats (standard based, proprietary, extension thereof, etc.) and/or may be derived from any of a plurality of image sources (camera, image server, tangible media, etc.). Examples of image data to be encoded include, but are not limited only to, raw or other high bit-depth image(s) **530**. The raw or other high bit-depth image(s) may come from a camera, a studio system, an art director system, another upstream image processing system, an image server, a content database, etc. The image data may include, but is not limited only to, that of digital photos, video image frames, 3D

US 11,887,560 B2

        

images, non-3D images, computer-generated graphics, etc. The image data may comprise scene-referred images, device-referred images, or images with various dynamic ranges. Examples of image data to be encoded may include a high-quality version of original images that are to be edited, down-sampled, and/or compressed, along with metadata, into a coded bitstream for distribution to image receiving systems (downstream image processing system such as displays of various makers). The raw or other high bit-depth image(s) may be of a high sampling rate used by a professional, an art studio, a broadcast company, a high-end media production entity, etc. Image data to be encoded may also be in whole or in part computer generated, or may even be obtained based in whole or in part from existing image sources such as old movies and documentaries.

As used herein, the phrase "image data to be encoded" may refer to image data of one or more images; the image data to be encoded may comprise floating-point or fixed-point image data, and may be in any color space. In an example embodiment, the one or more images may in an RGB color space. In another example embodiment, the one or more images may be in a YUV color space. In an example, each pixel in an image as described herein comprises floating-point pixel values for all channels (e.g., red, green, and blue color channels in the RGB color space) defined in the color space. In another example, each pixel in an image as described herein comprises fixed-point pixel values for all channels (e.g., 16 bits or higher/lower numbers of bits fixed-point pixel values for red, green, and blue color channels in the RGB color space) defined in the color space. Each pixel may optionally and/or alternatively comprise downsampled pixel values for one or more of the channels in the color space.

In some embodiments, in response to receiving the image data to be encoded, an upstream device in the framework (500) maps luminance values as specified by or determined from the image data to reference digital code values in the reference GSDF, and generates, based on the image data to be encoded, reference encoded image data encoded with the reference digital code values. The mapping operation, from the luminance values based on the image data to be encoded to the reference digital code values, may include selecting reference digital code values whose corresponding reference gray levels (e.g., as shown in TABLE 1) match, or approximate as closely as any other reference luminance values in the reference GSDF, the luminance values as specified by or determined from the image data to be encoded and replacing the luminance values with the reference digital code values in the reference encoded image data.

Additionally, optionally or alternatively, preprocessing and post processing steps (which may include, but are not limited only to, color space conversion, down sampling, upsampling, tone mapping, color grading, decompression, compression, etc.) may be performed as a part of generating the reference encoded image data.

In an example embodiment, the framework (500) may comprise software and/or hardware components (e.g., an encode or format unit (506)) configured to encode and/or format the reference encoded image data into one or more coded bitstreams or image files. The coded bitstreams or image files may be in a standard-based format, a proprietary format, or an extension format based at least in part on a standard-based format. Additionally and/or optionally, the coded bitstreams or image files may comprise metadata containing one or more of related parameters (e.g., model parameters; minimum luminance value, maximum luminance value, minimum digital code value, maximum digital

code value, etc., as illustrated in TABLE 1, FIG. **3** and FIG. **4**; an identifying field that identifies a CSF among a plurality of CSFs; reference viewing distance) related to the reference GSDF, pre-processing or post processing used to generate the reference encoded image data.

In some embodiments, the framework (**500**) may comprise one or more discrete upstream devices. For example, at least one of the one or more upstream devices in the framework (**500**) may be configured to encode image data based on the reference GSDF. The upstream devices may comprise software and/or hardware components configured to perform the functionality related to **502**, **504**, and **506**, of FIG. **5**. The coded bitstreams or image files may be outputted by the upstream devices (**502**, **504**, and **506**, of FIG. **5**) through network connections, digital interfaces, tangible storage media, etc., and delivered in an image data flow (**508**) to other image processing devices for processing or rendering.

In some example embodiments, the framework (**500**) further comprises one or more downstream devices as one or more discrete devices. The downstream devices may be configured to receive/access, from the image data flow (**508**), the coded bitstreams or image files outputted by the one or more upstream devices. For example, the downstream devices may comprise software and/or hardware components (e.g., a decode or reformat unit (**510**)) configured to decode and/or reformat the coded bitstreams and image files, and recover/retrieve the reference encoded image data therein. As illustrated in FIG. **5**, the downstream devices may comprise a diverse set of display devices.

In some embodiments, a display device (not shown) may be designed and/or implemented to support the reference GSDF. High-precision HDR image rendering may be provided if the display device supports each and every gray level in the reference GSDF. The display device may render images at details at a finer level than, or at the same level as, what human vision may possibly detect.

In some embodiments, a display device's native digital code values (which may be implemented as digitized voltage values, e.g., digital drive levels or DDLs, in the display system) in a device-specific GSDF may correspond to device-specific gray levels (or luminance values) different from those in the reference GSDF. The device-specific gray levels may be designed to support sRGB, Rec. **709**, or other specifications including those using representations related to complementary densities. Additionally, optionally, or alternatively, the device-specific gray levels may be based on the essential DAC characteristics of display driving.

In some embodiments, a display device A (**512**-A) may be designed and/or implemented to support a device-specific GSDF A (**514**-A) of a visible dynamic range (VDR) display. GSDF A (**514**-A) may be based on a bit depth of 12 bits (a 12 bit code space) for device-specific digital code values, a 10,000:1 contrast ratio (CR), and a >P3 gamut. GSDF A (**514**-A) may support gray levels within a first sub-range (e.g., 0 to 5,000 cd/m²) in the entire range of the reference GSDF (**504**). Alternatively and/or optionally, GSDF A (**514**-A) may support the entire range (0 to 12,000 cd/m², for example) in the reference GSDF (**504**) but may comprise fewer than all the reference gray levels in the reference GSDF (**504**).

In some embodiments, a display device B (**512**-B) may be designed and/or implemented to support a device-specific GSDF B (**514**-B) for a dynamic range narrower than the VDR. For example, display device B (**512**-B) may be a standard dynamic range (SDR) display. As used herein, the terms "standard dynamic range" and "low dynamic range,"

**21**

and/or their corresponding abbreviations "SDR" and "LDR" may be used synonymously and/or interchangeably. In some embodiments, GSDF B (**514**-B) may support a bit depth of 8 bits for device-specific digital code values, a 500-5,000:1 contrast ratio (CR), and a color gamut as defined in Rec. 709. In some embodiments, GSDF B (**514**-B) may provide gray levels within a second sub-range (e.g., 0 to 2000 cd/m$^2$) of the reference GSDF (**504**).

In some embodiments, a display device C (**512**-C) may be designed and/or implemented to support a device-specific GSDF C (**514**-C) for a dynamic range even narrower than the SDR. For example, display device C (**512**-C) may be a tablet display. In some embodiments, GSDF C (**514**-C) may support a bit depth of 8 bits for device-specific digital code values, a 100-800:1 contrast ratio (CR), and a color gamut smaller than that defined in Rec. 709. In some embodiments, GSDF C (**514**-C) may support gray levels within a third sub-range (e.g., 0 to 1,200 cd/m$^2$) of the reference GSDF (**504**).

In some embodiments, a display device (e.g., display device D (**512**-D)) may be designed and/or implemented to supports a device-specific GSDF (e.g., GSDF D (**514**-D)) for a very limited dynamic range much narrower than the SDR. For example, display device D (**512**-D) may comprise an e-paper display. In some embodiments, GSDF D (**514**-D), may support a bit depth of 6 bits or less for device-specific digital code values; a contrast ratio (CR) of 10:1 or less, and a color gamut much smaller than that defined in Rec. 709. In some embodiments, GSDF D (**514**-D) may support gray levels within a fourth sub-range (e.g., 0 to 100 cd/m$^2$) of the reference GSDF (**504**).

Precision in image rendering may be gracefully scaled down with each of display devices A through D (**512**-A through -D). In some embodiments, the subset of gray levels in each of device specific GSDF A through D (**514**-A through -D) may be correlated with, or mapped to, supported reference gray levels in the reference GSDF (**504**) in such a way as to evenly distribute perceptually noticeable errors in the range of gray levels supported by that display device.

In some embodiments, a display device (e.g., one of **512**-A through -D) with a device-specific GSDF (e.g., one of **514**-A through -D) receives/extracts reference encoded image data encoded based on a reference GSDF. In response, the display device, or a conversion unit (one of **516**-A through -D) therein, maps reference digital code values as specified in the reference encoded image data, to device-specific digital code values that are native to the display device. This may be performed in one of several ways. In an example, mapping from the reference digital code values to the device-specific digital code values includes selecting device-specific gray levels (corresponding to the device-specific digital code values) that match, or approximate as closely as any other device-specific gray levels, the reference gray levels (corresponding to the reference digital code values). In another example, mapping from the reference digital code values to the device-specific digital code values includes (1) determining tone-mapped luminance values based on the reference gray levels (corresponding to the reference digital code values) associated with the reference GSDF, and (2) selecting device-specific gray levels (corresponding to the device-specific digital code values) that match, or approximate as closely as any other device-specific gray levels, the tone-mapped luminance values.

Subsequently, the display device, or a driver chip (one of **518**-A through -D) therein, may use the display-specific

**22**

digital code values to render images with device-specific gray levels that correspond to the display-specific code values.

Generally speaking, a reference GSDF may be based on a different CSF model than that on which a display-specific GSDF is based. Conversion/mapping between the reference GSDF and the device-specific GSDF is necessary. Even if the same CSF model is used to generate both the reference GSDF and a device-specific GSDF, different values of model parameters may be used in deriving the GSDFs. For the reference GSDF, model parameter values may be conservatively set to preserve details for a wide variety of downstream devices, while for the device-specific GSDF, model parameter values may reflect specific design/implementation and viewing conditions under which the display device is to render images. Conversion/mapping between the reference GSDF and the device-specific GSDF is still necessary, as the specific display device's viewing condition parameters (e.g., the ambient light level, the display device's optical reflectivity, etc.) are different from the model parameter values used to derive the reference GSDF. Here, the viewing condition parameters may include those that impinge display quality (e.g., contrast ratio, etc.) and elevate the black level (e.g., the lowest gray level, etc.). Conversion/mapping between the reference GSDF and the device-specific GSDF under techniques as described herein improves quality in image rendering (e.g., improve the contrast ratio by increasing luminance values at high value regions, etc.).

### 9. Converting Reference Encoded Data

FIG. **6** illustrates an example conversion unit (e.g., **516**), in accordance with some embodiments of the present invention. The conversion unit (**516**) may, but is not limited only to, be one (e.g., **516**-A) of a plurality of conversion units (e.g., **516**-A through -D) as illustrated in FIG. **5**. In some embodiments, the conversion unit (**516**) may receive first definition data for a reference GSDF (REF GSDF) and second definition data for a device-specific GSDF (e.g., GSDF-A (**514**-A of FIG. **5**)). As used herein, the terms "device-specific" and "display-specific" may be used interchangeably, if the device is a display.

Based on the definition data received, the conversion unit (**516**) cascades the reference GSDF with display-specific GSDF to form a conversion lookup table (Conversion LUT). Cascading between the two GSDFs may include comparing gray levels in the two GSDFs, and based on the results of comparing gray levels, establishing a mapping between reference digital code values in the reference GSDF and display-specific digital code values in the display-specific GSDF.

More specifically, given a reference digital code value in the reference GSDF, its corresponding reference gray level may be determined based on the reference GSDF. The reference gray level so determined may be used to locate a device-specific gray level in the display-specific GSDF. In an example embodiment, the device-specific gray level located may match, or approximate as closely as any other display-specific gray levels in the display-specific GSDF, the reference gray level. In another example embodiment, a tone-mapped luminance value may be obtained by a global or local tone-mapping operator acting on the reference gray level; the device-specific gray level located may match, or approximate as closely as any other display-specific gray levels in the display-specific GSDF, the tone-mapped luminance value.

US 11,887,560 B2

23

With the device-specific gray level, a corresponding display-specific digital code value may be identified from the display-specific GSDF. An entry may be added or defined in the conversion LUT, consisting of the reference digital code value and the display-specific code value.

The steps as described above may be repeated for other reference digital code values in the reference GSDF.

In some embodiments, a conversion LUT may be pre-built and stored before image data whose processing is to be done based in part on the conversion LUT is received and processed. In alternative embodiments, image data that is to be processed with a conversion LUT is analyzed. The results of the analysis may be used to set up or at least adjust correspondence relationships between the reference digital code values and the device-specific digital code values. For example, if the image data indicates a particular concentration or distribution of luminance values, the conversion LUT may be set up in a way to preserve a large amount of details in the concentrated region of luminance values.

In some embodiments, the conversion unit (**516**) comprises one or more software and/or hardware components (a comparison sub-unit (**602**)) configured to compare quantization steps (e.g., luminance value differences, or ΔLs, between adjacent digital code values) in both the reference GSDF and display-specific GSDF (**514**-A). For example, the quantization step at a reference digital code value in the reference GSDF may be a reference luminance value difference (reference GSDF ΔL), while the quantization step at a display-specific digital code value in the display-specific GSDF may be a display-specific luminance value difference (display-specific GSDF ΔL). Here, the display-specific digital code value corresponds to (or forms a pair in the conversion LUT with) the reference digital code value. In some embodiments, the comparison sub-unit (**602**) compares these two luminance value differences. This operation is essentially a test which may be performed either based on ΔL values, or optionally and/or alternatively, based on the relative slopes of the two GSDF curves.

Quantization steps for luminance values in the display-specific GSDF may typically exceed those of the reference GSDF, as one or more reference gray levels from the reference GSDF (e.g., corresponding to a high bit-depth domain, etc.) are merged into display-specific gray levels from the display-specific GSDF (e.g., corresponding to a low bit-depth domain, etc.). In these cases, dithering is used to remove banding artifacts. As part of overall dithering, dithering is also performed on local surrounding output pixels (in space and/or in time). In a sense, the human eye may be represented as a low-pass filter. At least in this sense, averaging local surrounding pixels as described herein thus creates desired output gray levels that reduce and/or remove banding visual artifacts, which otherwise could be present due to large quantization steps in the display-specific GSDF.

In less common cases, quantization steps for luminance values for the reference GSDF may occasionally exceed those of the display-specific GSDF. A decontouring algorithm-based process is used, synthesizing an output gray level based on an input gray level, for example, by averaging neighboring input pixels.

Correspondingly, if the reference GSDF ΔL is greater than the display-specific GSDF ΔL, which is the "Y" path in FIG. **6**, then a decontour algorithm flag is set for an entry, in the conversion LUT, that comprises the reference digital code value and the display-specific digital code value.

If the reference GSDF ΔL is less than the display-specific GSDF ΔL, which is the "N" path in FIG. **6**, then a dither

24

algorithm flag is set for an entry, in the conversion LUT, that comprises the reference digital code value and the display-specific digital code value.

If the reference GSDF ΔL is equal to the display-specific GSDF ΔL, then neither a decontour algorithm flag nor a dither algorithm flag is set for an entry, in the conversion LUT, that comprises the reference digital code value and the display-specific digital code value.

Decontour and dither algorithm flags may be stored with entries in the conversion LUT, or may be stored in a related data structure outside, but operatively linked with, the conversion LUT.

In some embodiments, the conversion unit (**516**) is configured to receive reference encoded image data, which may be in the form of high bit-depth or floating point input image, and to map reference digital code values specified in the reference GSDF to display-specific digital code values specified in the display-specific GSDF. In addition to mapping digital code values between the GSDFs, the conversion unit (**516**) may be configured to perform decontouring or dithering based on the settings of algorithm flags (decontour algorithm flags or dithering algorithm flags) previously discussed.

As noted, the reference GSDF likely contains a greater amount of details than a display-specific GSDF; thus, the "Y" path of FIG. **6** may not occur, or may occur less often. In some embodiments, the "Y" path and related processing may be omitted to simplify the implementation of a conversion unit.

In some embodiments, given a reference digital code value as determined for a pixel in the reference encoded image data, the conversion unit (**516**) looks up in the conversion LUT for a corresponding display-specific digital code value, and replaces the reference digital code value with the corresponding display-specific digital code value. Additionally and/or optionally, the conversion unit (**516**) determines whether a decontour or dithering algorithm should be performed for the pixel, based on the existence/setting of an algorithm flag for an entry, in the conversion LUT, that comprises the reference digital code value and the display-specific digital code value.

If it is determined that neither a decontour algorithm nor a dithering algorithm should be performed (e.g., no indication or flag for performing either algorithm), then no decontour or dithering is performed for the pixel for the time being.

If it is determined that a decontour algorithm should be performed, then the conversion unit (**516**) may perform one or more decontour algorithms (Decontour Algo). Performing the one or more decontour algorithms may include receiving image data of input local neighborhood pixels and inputting the image data of the local neighborhood pixels to the decontour algorithms.

If it is determined that a dithering algorithm should be performed, then the conversion unit (**516**) may perform one or more dithering algorithms (Dithering Algo).

The pixel may still be involved in decontour or dithering if the conversion unit (**516**) determines that decontour or dithering needs to be performed with respect to neighborhood pixels. In an example, the device-specific (output) gray level of the pixel may be used for dithering local neighborhood pixels. In another example, the reference (input) gray level of the pixel may be used for decontouring local neighborhood pixels.

In some embodiments, the conversion unit (**516**) outputs the processing results of the foregoing steps to downstream processing units or sub-units. The processing results com-

prise display-specific encoded image data in the format of display-specific bit-depth output image encoded with digital code values in the display-specific GSDF (e.g., GSDF-A).

FIG. **7** illustrates an example SDR display (**700**) which implements 8 bit image processing. The SDR display (**700**), or a VDR decode unit (**702**) therein, receives an encoded input. The encoded input comprises reference coded image data in an image data container which may be in one of a plurality of image data container formats. The VDR decode unit (**702**) decodes the encoded input and determines/retrieves the reference encoded image data from therein. The reference encoded image data may comprise image data for individual pixels in a color space (e.g., a RGB color space, a YCbCr color space, etc.). The image data for individual pixels may be encoded with reference digital code values in a reference GSDF.

Additionally and/or optionally, the SDR display (**700**) comprises a display management unit (**704**) that maintains display parameters for the SDR display (**700**). The display parameters may at least in part define a display-specific GSDF (e.g., GSDF-B of FIG. **5**) associated with the SDR display (**700**). The display parameters defining the display-specific GSDF may include maximum (max) and minimum (min) gray levels supported by the SDR display (**700**). The display parameters may also include color primaries (primaries) supported by the SDR display, display size (size), optical reflectivity of the SDR display's image rendering surface, ambient light level. Some of the display parameters may be preconfigured with fixed values. Some of the display parameters may be measured in real-time or near real-time by the SDR display (**700**). Some of the display parameters may be configurable by a user of the SDR display (**700**). Some of the display parameters may be preconfigured with default values and may be overridden by measurement or by a user. The display management unit (**704**) establishes/shapes perceptual nonlinearity of the display-specific gray levels based on the reference GSDF, and may additionally and/or optionally perform tone mapping as a part of establishing/shaping the display-specific gray levels. For example, a conversion LUT as illustrated in FIG. **5** and/or other related meta data (e.g., dithering and decontour processing flags, etc.) may be established by the display management unit (**704**) for the purpose of establishing/shaping perceptual nonlinearity of the display-specific gray levels in accordance with the reference GSDF. Cascading operations as previously discussed may be implemented with the display management unit (**704**) to create the conversion LUT and/or other related metadata (**712**) relating to one or both of the reference GSDF and display-specific GSDF. The conversion LUT and/or other related metadata (**712**) may be accessed and used by other units or sub-units in the SDR display (**700**). Further, the conversion LUT and/or other related metadata may be used as, or to derive, metadata (**714**) for inverting perceptual nonlinearity. As used herein, inverting perceptual nonlinearity may include converting display-specific digital code values to display-specific digital driving levels (e.g., digitized voltage levels in the display device).

Additionally and/or optionally, the SDR display (**700**) includes a conversion unit (**516**) as illustrated in FIG. **5** and FIG. **6**, and an 8 bit perceptual quantizer (**706**). In some embodiments, the SDR display (**700**), or the conversion unit (**516**) and the 8 bit perceptual quantizer (**706**) therein, converts the reference encoded image data into a display-specific bit-depth output image encoded with display-specific digital code values associated with the display-specific GSDF (e.g., GSDF-A or GSDF-B of FIG. **5**), and quantizes

the display-specific bit-depth output image into perceptually encoded image data in a 8 bit code space. As used herein, the term "perceptually encoded" may refer to a type of encoding that is based on a human visual perceptual model, such as a CSF that gives rise to the reference GSDF.

Additionally and/or optionally, the SDR display (**700**) comprises a video post-processing unit (**708**) that may, but is not limited only to, perform zero, one, or more of image processing operations on the perceptually encoded image data in an 8 bit luminance representation. These image processing operations may include, but are not limited only to, compression, decompression, color space conversion, downsampling, upsampling, or color grading. The results of these operations may be outputted to other parts of the SDR display (**700**).

In an example embodiment, the SDR display (**700**) comprises an 8 bit inverse perceptual quantizer (**710**) configured to convert display-specific digital code values in the results of image processing operations to display-specific digital driving levels (e.g., digitized voltage levels). The display-specific digital driving levels generated (or converted back from digital code values) by the inverse perceptual quantizer (**710**) may specifically support one of several types of luminance nonlinearities supportable in the SDR display (**700**). In an example, the inverse perceptual quantizer (**710**) converts display-specific digital code values to display-specific digital driving levels to support luminance nonlinearities associated with Rec. 709. In another example, the inverse perceptual quantizer (**710**) converts display-specific digital code values to display-specific digital driving levels to support luminance nonlinearities associated with a linear luminance domain or a log luminance domain (which may be relatively easy to be integrated with local dimming operations). In another example, the inverse perceptual quantizer (**710**) converts display-specific digital code values to display-specific digital driving levels to support a display-specific CSF (or its associated GSDF), with optimal placement of display-specific gray levels for the specific display (**700**), and possibly adjusted for the viewing conditions specific to the display (**700**).

10. Example Process Flows

FIG. **8A** illustrates an example process flow according to an embodiment of the present invention. In some embodiments, one or more computing devices or components such as one or more computing devices in framework (**500**) may perform this process flow. In block **802**, a computing device receives image data to be encoded.

In block **804**, the computing device encodes, based on a reference mapping between a set of reference digital code values and a set of reference gray levels, the image data to be encoded into reference encoded image data. Here, luminance values in the image data to be encoded are represented by the set of reference digital code values. A luminance difference between two reference gray levels represented by two adjacent reference digital code values in the set of reference digital code values may be inversely proportional to a peak contrast sensitivity of human vision adapted at a particular light level.

In block **806**, the computing device outputs the reference encoded image data.

In an embodiment, the computing device determines a reference gray scale display function (GSDF) based on a contrast sensitivity function (CSF) model; the reference GSDF specifies the reference mapping between the set of reference digital code values and the set of reference gray

**27**

levels. The CSF model comprises one or more model parameters, which may have an angular size that falls in a range comprising one or more of: between 25 degrees×25 degrees and 30 degrees×30 degrees, between 30 degrees×30 degrees and 35 degrees×35 degrees, between 35 degrees×35 degrees and 40 degrees×40 degrees, between 40 degrees×40 degrees and 45 degrees×45 degrees, or greater than 45 degrees×45 degrees.

In an embodiment, the computing device assigns an intermediate luminance value, within a range of luminance values supported by the set of reference gray levels, to an intermediate digital code value in a code space that hosts the set of reference digital code values, and derives, by performing one or more of stacking or integration computations, a plurality of sub-mappings, each sub-mapping maps a reference digital code value in the set of reference digital code values to a reference gray level in the set of reference gray levels. The intermediate luminance value may be selected within a range comprising one or more of: less than 50 nits, between 50 nits and 100 nits inclusive, between 100 and 500 nits inclusive, or no less than 500 nits.

In an example embodiment, the set of reference gray levels covers a dynamic range with an upper limit having a value of: less than 500 nits, between 500 nits and 1000 nits inclusive, between 1000 and 5000 nits inclusive, between 5000 nits and 10000 nits inclusive, between 10000 nits and 15000 nits inclusive, or greater than 15000 nits.

In an embodiment, the peak contrast sensitivity is determined from a contrast sensitivity curve among a plurality of contrast sensitivity curves determined based on a contrast sensitivity function (CSF) model having model parameters comprising one or more of a luminance value variable, a spatial frequency variable, or one or more other variables.

In an embodiment, at least two peak contrast sensitivities determined based on at least two contrast sensitivity curves in the plurality of contrast sensitivity curves occur at two different spatial frequency values.

In an embodiment, the computing device converts one or more input images represented, received, transmitted, or stored with the image data to be encoded from an input video signal into one or more output images represented, received, transmitted, or stored with the reference encoded image data contained in an output video signal.

In an embodiment, the image data to be encoded comprises image data encoded in one of a high-resolution high dynamic range (HDR) image format, a RGB color spaces associated with the Academy Color Encoding Specification (ACES) standard of the Academy of Motion Picture Arts and Sciences (AMPAS), a P3 color space standard of the Digital Cinema Initiative, a Reference Input Medium Metric/Reference Output Medium Metric (RIMM/ROMM) standard, an sRGB color space, a RGB color space associated with the BT.709 Recommendation standard of the International Telecommunications Union (ITU), etc.

In an embodiment, the luminance difference between the two reference gray levels represented by the two adjacent reference digital code values is less than a just noticeable difference threshold at the particular light level.

In an embodiment, the particular light level is a luminance value between the two luminance values, inclusive.

In an embodiment, the set of reference digital code values comprises integer values in a code space with a bit depth of: less than 12 bits; between 12 bits and 14 bits, inclusive; at least 14 bits; 14 bits or more.

In an embodiment, the set of reference gray levels may comprise a set of quantized luminance values.

**28**

FIG. 8B illustrates another example process flow according to an embodiment of the present invention. In some embodiments, one or more computing devices or components such as one or more computing devices in framework (**500**) may perform this process flow. In block **852**, a computing device determines a digital code mapping between a set of reference digital code values and a set of device-specific digital code values. Here, the set of reference digital code values is mapped in a reference mapping to a set of reference gray levels, while the set of device-specific digital code values is mapped in a device-specific mapping to a set of device-specific gray levels.

In block **854**, the computing device receives reference encoded image data encoded with the set of reference digital code values. Luminance values in the reference encoded image data are based on the set of reference digital code values. A luminance difference between two reference gray levels represented by two adjacent reference digital code values in the set of reference digital code values may be inversely proportional to a peak contrast sensitivity of human vision adapted at a particular light level.

In block **856**, the computing device transcodes, based on the digital code mapping, the reference encoded image data encoded with the set of reference digital code values into device-specific image data encoded with the set of device-specific digital control codes. Luminance values in the device-specific image data are based on the set of device-specific digital code values.

In an embodiment, the computing device determines a set of correspondence relationships between the set of reference digital code values and the set of device-specific digital code values. Here, a correspondence relationship in the set of correspondence relationship relates a reference digital code value in the set of reference digital code values to a device-specific digital code value. The computing device further compares a first luminance difference at the reference digital code value and a second luminance difference at the device-specific digital code value, and stores, based on comparing the first luminance difference and the second luminance difference, an algorithm flag as to whether dithering, decontouring, or no operation should be performed for the reference digital code value.

In an embodiment, the computing device determines a reference digital code value from the reference encoded image data for a pixel, and further determines whether an algorithm flag is set for the reference digital code value. In response to determining that an algorithm flag is set for decontour, the computing device performs a decontour algorithm on the pixel. Alternatively, in response to determining that an algorithm flag is set for dithering, the computing device performs a dithering algorithm on the pixel.

In an embodiment, the computing device renders one or more images on a display based on the device-specific image data encoded with the set of device-specific digital control codes. Here, the display may be, but is not limited only to, one of a visible dynamic range (VDR) display, a standard dynamic range (SDR) display, a tablet computer display, or a handheld device display.

In an embodiment, a device-specific gray scale display function (GSDF) specifies the device-specific mapping between the set of device-specific digital code values and the set of device-specific gray levels.

In an embodiment, the device-specific mapping is derived based on one or more display parameters and zero or more viewing condition parameters.

In an embodiment, the set of device-specific gray levels covers a dynamic range with an upper limit having a value

of: less than 100 nits, no less than 100 nits but less than 500 nits, between 500 nits and 1000 nits inclusive, between 1000 and 5000 nits inclusive, between 5000 nits and 10000 nits inclusive, or greater than 10000 nits.

In an embodiment, the computing device converts one or more input images represented, received, transmitted, or stored with the reference encoded image data from an input video signal into one or more output images represented, received, transmitted, or stored with the device-specific image data contained in an output video signal.

In an embodiment, the device-specific image data supports image rendering in one of a high-resolution high dynamic range (HDR) image format, a RGB color spaces associated with the Academy Color Encoding Specification (ACES) standard of the Academy of Motion Picture Arts and Sciences (AMPAS), a P3 color space standard of the Digital Cinema Initiative, a Reference Input Medium Metric/Reference Output Medium Metric (RIMM/ROMM) standard, an sRGB color space, or a RGB color space associated with the BT.709 Recommendation standard of the International Telecommunications Union (ITU).

In an embodiment, the set of device-specific digital code values comprises integer values in a code space with a bit depth of: 8 bits; greater than 8 but less than 12 bits; 12 bits or more.

In an embodiment, the set of device-specific gray levels may comprise a set of quantized luminance values.

In various embodiments, an encoder, a decoder, a system, etc., performs any or a part of the foregoing methods as described.

### 11. Implementation Mechanisms—Hardware Overview

According to one embodiment, the techniques described herein are implemented by one or more special-purpose computing devices. The special-purpose computing devices may be hard-wired to perform the techniques, or may include digital electronic devices such as one or more application-specific integrated circuits (ASICs) or field programmable gate arrays (FPGAs) that are persistently programmed to perform the techniques, or may include one or more general purpose hardware processors programmed to perform the techniques pursuant to program instructions in firmware, memory, other storage, or a combination. Such special-purpose computing devices may also combine custom hard-wired logic, ASICs, or FPGAs with custom programming to accomplish the techniques. The special-purpose computing devices may be desktop computer systems, portable computer systems, handheld devices, networking devices or any other device that incorporates hard-wired and/or program logic to implement the techniques.

For example, FIG. 9 is a block diagram that illustrates a computer system 900 upon which an example embodiment of the invention may be implemented. Computer system 900 includes a bus 902 or other communication mechanism for communicating information, and a hardware processor 904 coupled with bus 902 for processing information. Hardware processor 904 may be, for example, a general purpose microprocessor.

Computer system 900 also includes a main memory 906, such as a random access memory (RAM) or other dynamic storage device, coupled to bus 902 for storing information and instructions to be executed by processor 904. Main memory 906 also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor 904. Such instruc-tions, when stored in non-transitory storage media accessible to processor 904, render computer system 900 into a special-purpose machine that is customized to perform the operations specified in the instructions.

Computer system 900 further includes a read only memory (ROM) 908 or other static storage device coupled to bus 902 for storing static information and instructions for processor 904. A storage device 910, such as a magnetic disk or optical disk, is provided and coupled to bus 902 for storing information and instructions.

Computer system 900 may be coupled via bus 902 to a display 912, such as a liquid crystal display, for displaying information to a computer user. An input device 914, including alphanumeric and other keys, is coupled to bus 902 for communicating information and command selections to processor 904. Another type of user input device is cursor control 916, such as a mouse, a trackball, or cursor direction keys for communicating direction information and command selections to processor 904 and for controlling cursor movement on display 912. This input device typically has two degrees of freedom in two axes, a first axis (e.g., x) and a second axis (e.g., y), that allows the device to specify positions in a plane.

Computer system 900 may implement the techniques described herein using customized hard-wired logic, one or more ASICs or FPGAs, firmware and/or program logic which in combination with the computer system causes or programs computer system 900 to be a special-purpose machine. According to one embodiment, the techniques herein are performed by computer system 900 in response to processor 904 executing one or more sequences of one or more instructions contained in main memory 906. Such instructions may be read into main memory 906 from another storage medium, such as storage device 910. Execution of the sequences of instructions contained in main memory 906 causes processor 904 to perform the process steps described herein. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions.

The term "storage media" as used herein refers to any non-transitory media that store data and/or instructions that cause a machine to operation in a specific fashion. Such storage media may comprise non-volatile media and/or volatile media. Non-volatile media includes, for example, optical or magnetic disks, such as storage device 910. Volatile media includes dynamic memory, such as main memory 906. Common forms of storage media include, for example, a floppy disk, a flexible disk, hard disk, solid state drive, magnetic tape, or any other magnetic data storage medium, a CD-ROM, any other optical data storage medium, any physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM, NVRAM, any other memory chip or cartridge.

Storage media is distinct from but may be used in conjunction with transmission media. Transmission media participates in transferring information between storage media. For example, transmission media includes coaxial cables, copper wire and fiber optics, including the wires that comprise bus 902. Transmission media can also take the form of acoustic or light waves, such as those generated during radio-wave and infra-red data communications.

Various forms of media may be involved in carrying one or more sequences of one or more instructions to processor 904 for execution. For example, the instructions may initially be carried on a magnetic disk or solid state drive of a remote computer. The remote computer can load the instructions into its dynamic memory and send the instructions over

US 11,887,560 B2

31

a telephone line using a modem. A modem local to computer system **900** can receive the data on the telephone line and use an infra-red transmitter to convert the data to an infra-red signal. An infra-red detector can receive the data carried in the infra-red signal and appropriate circuitry can place the data on bus **902**. Bus **902** carries the data to main memory **906**, from which processor **904** retrieves and executes the instructions. The instructions received by main memory **906** may optionally be stored on storage device **910** either before or after execution by processor **904**.

Computer system **900** also includes a communication interface **918** coupled to bus **902**. Communication interface **918** provides a two-way data communication coupling to a network link **920** that is connected to a local network **922**. For example, communication interface **918** may be an integrated services digital network (ISDN) card, cable modem, satellite modem, or a modem to provide a data communication connection to a corresponding type of telephone line. As another example, communication interface **918** may be a local area network (LAN) card to provide a data communication connection to a compatible LAN. Wireless links may also be implemented. In any such implementation, communication interface **918** sends and receives electrical, electromagnetic or optical signals that carry digital data streams representing various types of information.

Network link **920** typically provides data communication through one or more networks to other data devices. For example, network link **920** may provide a connection through local network **922** to a host computer **924** or to data

32

equipment operated by an Internet Service Provider (ISP) **926**. ISP **926** in turn provides data communication services through the world wide packet data communication network now commonly referred to as the "Internet" **928**. Local network **922** and Internet **928** both use electrical, electromagnetic or optical signals that carry digital data streams. The signals through the various networks and the signals on network link **920** and through communication interface **918**, which carry the digital data to and from computer system **900**, are example forms of transmission media.

Computer system **900** can send messages and receive data, including program code, through the network(s), network link **920** and communication interface **918**. In the Internet example, a server **930** might transmit a requested code for an application program through Internet **928**, ISP **926**, local network **922** and communication interface **918**.

The received code may be executed by processor **904** as it is received, and/or stored in storage device **910**, or other non-volatile storage for later execution.

### 12. Enumerated Example Embodiments, Equivalents, Extensions, Alternatives and Miscellaneous

Enumerated example embodiments ("EEEs") of the present invention have been described above in relation to perceptual luminance nonlinearity-based image data exchange across displays of different capabilities. Thus, an embodiment of the present invention may relate to one or more of the examples, enumerated in Table 2 below.

TABLE 2

Enumerated Example Embodiments

(EEE1.) A method, comprising:
receiving image data to be encoded;
encoding, based on a reference mapping between a set of reference digital code values
and a set of reference gray levels, the received image data into reference encoded image data,
wherein luminance values in the received image data are represented by the set of reference digital
code values, wherein a luminance difference between two reference gray levels in the received
image data is represented by two adjacent reference digital code values in the set of reference
digital code values, and wherein the luminance different between the two adjacent reference
digital code values is inversely proportional to a peak contrast sensitivity of human vision that is
adapted at a particular light level; and
outputting the reference encoded image data.
(EEE2.) The method as recited in enumerated example embodiment 1, further comprising
determining a reference gray scale display function (GSDF) based on a contrast sensitivity
function (CSF) model, wherein the reference GSDF specifies the reference mapping between the
set of reference digital code values and the set of reference gray levels.
(EEE3.) The method as recited in enumerated example embodiment 2, wherein the CSF
model comprises one or more model parameters, and wherein the one or more model parameters
comprise an angular size that falls in a range comprising one or more of:
between 25 degrees × 25 degrees and 30 degrees × 30 degrees, inclusive, between 30 degrees × 30
degrees and 35 degrees × 35 degrees, inclusive, between 35 degrees × 35 degrees and 40 degrees ×
40 degrees, inclusive, between 40 degrees × 40 degrees and 45 degrees × 45 degrees, inclusive, or
greater than 45 degrees × 45 degrees.
(EEE4.) The method as recited in enumerated example embodiment 1, further comprising:
assigning an intermediate luminance value, within a range of luminance values supported
by the set of reference gray levels, to an intermediate digital code value in a code space that
hosts the set of reference digital code values; and
deriving, by performing one or more of stacking or integration computations, a plurality of
sub-mappings, each sub-mapping maps a reference digital code value in the set of reference digital
code values to a reference gray level in the set of reference gray levels.
(EEE5.) The method as recited in enumerated example embodiment 4, wherein the
intermediate luminance value is selected within a range comprising one or more of: less than 50
nits, between 50 nits and 100 nits, inclusive, between 100 and 500 nits, inclusive, or greater than
500 nits.
(EEE6.) The method as recited in enumerated example embodiment 1, wherein the
set of reference gray levels covers a dynamic range with an upper limit having a value of: less than
500 nits, between 500 nits and 1000 nits, inclusive, between 1000 and 5000 nits, inclusive,
between 5000 nits and 10000 nits, inclusive, between 10000 nits and 15000 nits, inclusive, or
greater than 15000 nits.
(EEE7.) The method as recited in enumerated example embodiment 1, wherein the peak
contrast sensitivity is determined from a contrast sensitivity curve among a plurality of contrast

TABLE 2-continued

Enumerated Example Embodiments

sensitivity curves determined based on a contrast sensitivity function (CSF) model having model parameters comprising one or more of a luminance value variable, a spatial frequency variable, or one or more other variables.

(EEE8.) The method as recited in enumerated example embodiment 7, wherein at least two peak contrast sensitivities determined based on at least two contrast sensitivity curves in the plurality of contrast sensitivity curves occur at two different spatial frequency values.

(EEE9.) The method as recited in enumerated example embodiment 1, further comprising converting one or more input images represented, received, transmitted, or stored with the image data to be encoded from an input video signal into one or more output images represented, received, transmitted, or stored with the reference encoded image data contained in an output video signal.

(EEE10.) The method as recited in enumerated example embodiment 1, wherein the image data to be encoded comprises image data encoded in one of a high-resolution high dynamic range (HDR) image format, a RGB color space associated with the Academy Color Encoding Specification (ACES) standard of the Academy of Motion Picture Arts and Sciences (AMPAS), a P3 color space standard of the Digital Cinema Initiative, a Reference Input Medium Metric/Reference Output Medium Metric (RIMM/ROMM) standard, an sRGB color space, or a RGB color space associated with the BT.709 Recommendation standard of the International Telecommunications Union (ITU).

(EEE11.) The method as recited in enumerated example embodiment 1, wherein the luminance difference between the two reference gray levels represented by the two adjacent reference digital code values is less than a just noticeable difference (JND) threshold at the particular light level.

(EEE12.) The method as recited in enumerated example embodiment 1, wherein the particular light level comprises a luminance value between the two luminance values, inclusive.

(EEE 13.) The method as recited in enumerated example embodiment 1, wherein the set of reference digital code values comprises integer values in a code space with a bit depth of at least one of: less than 12 bits; between 12 bits and 14 bits, inclusive; at least 14 bits; or 14 bits or more.

(EEE14.) The method as recited in enumerated example embodiment 1, wherein the set of reference gray levels may comprise a set of quantized luminance values.

(EEE15.) The method as recited in enumerated example embodiment 1, wherein the reference GSDF is determined based at least in part on a functional model represented with one or more functions.

(EEE16.) The method as recited in enumerated example embodiment 15, wherein the functional model comprises one or more model parameters, and wherein values of the model parameters are optimized through minimizing deviations between predicted code values and target code values.

(EEE17.) A method, comprising the steps of: determining a digital code mapping between a set of reference digital code values and a set of device-specific digital code values, wherein the set of reference digital code values is mapped in a reference mapping to a set of reference gray levels, and wherein the set of device-specific digital code values is mapped in a device-specific mapping to a set of device-specific gray levels; receiving reference encoded image data encoded with the set of reference digital code values, wherein luminance values in the reference encoded image data are based on the set of reference digital code values, wherein a luminance difference between two reference gray levels represented by two adjacent reference digital code values in the set of reference digital code values is inversely proportional to a peak contrast sensitivity of human vision adapted at a particular light level; and transcoding, based on the digital code mapping, the reference encoded image data encoded with the set of reference digital code values into device-specific image data encoded with the set of device-specific digital control codes, wherein luminance values in the device-specific image data are based on the set of device-specific digital code values.

(EEE18.) The method as recited in enumerated example embodiment 17, further comprising: determining a set of correspondence relationships between the set of reference digital code values and the set of device-specific digital code values, wherein a correspondence relationship in the set of correspondence relationship relates a reference digital code value in the set of reference digital code values to a device-specific digital code value; comparing a first luminance difference at the reference digital code value and a second luminance difference at the device-specific digital code value; and storing, based on comparing the first luminance difference and the second luminance difference, an algorithm flag as to whether dithering, decontouring, or no operation should be performed for the reference digital code value.

(EEE19.) The method as recited in enumerated example embodiment 17, further comprising: determining a reference digital code value from the reference encoded image data for a pixel; and determining whether an algorithm flag is set for the reference digital code value.

(EEE20.) The method as recited in enumerated example embodiment 19, further comprising, in response to determining that an algorithm flag is set for decontour, performing a decontour algorithm on the pixel.

(EEE21.) The method as recited in enumerated example embodiment 19, further comprising, in response to determining that an algorithm flag is set for dithering, performing a dithering algorithm on the pixel.

(EEE22.) The method as recited in enumerated example embodiment 17, further comprising rendering one or more images on a display based on the device-specific image data encoded with the set of device-specific digital control codes, the display being one of a visible dynamic range (VDR) display, a standard dynamic range (SDR) display, a tablet computer display, or a handheld device display.

(EEE23.) The method as recited in enumerated example embodiment 17, wherein a device-specific gray scale display function (GSDF) specifies the device-specific mapping between the set of device-specific digital code values and the set of device-specific gray levels.

US 11,887,560 B2

35                                                          36

TABLE 2-continued

Enumerated Example Embodiments

(EEE24.) The method as recited in enumerated example embodiment 17, wherein the
device-specific mapping is derived based on one or more display parameters and zero or more
viewing condition parameters.
(EEE25.) The method as recited in enumerated example embodiment 17, wherein the
set of device-specific gray levels covers a dynamic range with an upper limit having a value of:
less than 100 nits; no less than 100 nits but less than 500 nits; between 500 nits and 1000 nits,
inclusive; between 1000 and 5000 nits, inclusive; between 5000 and 10000 nits, inclusive; or
greater than 10000 nits.
(EEE26.) The method as recited in enumerated example embodiment 17, further
converting one or more input images represented, received, transmitted, or stored with the
reference encoded image data from an input video signal into one or more output images
represented, received, transmitted, or stored with the device-specific image data contained in an
output video signal.
(EEE27.) The method as recited in enumerated example embodiment 17, wherein the
device-specific image data supports image rendering in one of a high-resolution high dynamic
range (HDR) image format, a RGB color space associated with the Academy Color Encoding
Specification (ACES) standard of the Academy of Motion Picture Arts and Sciences (AMPAS), a
P3 color space standard of the Digital Cinema Initiative, a Reference Input Medium
Metric/Reference Output Medium Metric (RIMM/ROMM) standard, an sRGB color space, or a
RGB color space associated with the BT.709 Recommendation standard of the International
Telecommunications Union (ITU).
(EEE28.) The method as recited in enumerated example embodiment 17, wherein the
luminance difference between the two reference gray levels represented by the two adjacent
reference digital code values is less than a just noticeable difference threshold at the particular light
level.
(EEE29.) The method as recited in enumerated example embodiment 17, wherein the
particular light level comprises a luminance value between the two luminance values, inclusive.
(EEE30.) The method as recited in enumerated example embodiment 17, wherein the set of
device-specific digital code values comprises integer values in a code space with a bit depth of: 8
bits; greater than 8 but less than 12 bits; or 12 bits or more.
(EEE31.) The method as recited in enumerated example embodiment 17, wherein the set of
device-specific gray levels comprises a set of quantized luminance values.
(EEE32.) The method as recited in enumerated example embodiment 17, wherein at least one
of the reference mapping and the device-specific mapping is determined based at least in part on a
functional model represented with one or more functions.
(EEE33.) The method as recited in enumerated example embodiment 32, wherein the
functional model comprises one or more model parameters, and wherein values of the model
parameters are optimized through minimizing deviations between predicted code values and target
code values.
(EEE34.) An encoder performing any of the methods as recited in enumerated example
embodiments 1-16, inclusive.
(EEE35.) A decoder performing any of the methods as recited in enumerated example
embodiments 17-33, inclusive.
(EEE36.) A system performing any of the methods as recited in enumerated example
embodiments 1-33, inclusive.
(EEE37.) A system, comprising:
an encoder, which is configured to:
receive image data to be encoded,
encode, based on a reference mapping between a set of reference digital code
values and a set of reference gray levels, the received image data into reference encoded image
data, wherein luminance values in the image data to be encoded being are represented by the set of
reference digital code values, wherein a luminance difference between two reference gray levels
represented by two adjacent reference digital code values in the set of reference digital code values
is inversely proportional to a peak contrast sensitivity of human vision adapted at a particular light
level; and
output the reference encoded image data; and
a decoder, which is configured to:
determine a digital code mapping between the set of reference digital code values
and a set of device-specific digital code values, wherein the set of device-specific digital code
values is mapped in a device-specific mapping to a set of device-specific gray levels;
receive the reference encoded image data; and
transcode, based on the digital code mapping, the reference encoded image data encoded with the
set of reference digital code values into device-specific image data encoded with the set of
device-specific digital control codes, wherein luminance values in the device-specific image data
are based on the set of device-specific digital code values.
(EEE38.) An image decoder, comprising:
a mapping determiner, which determines a digital code mapping between a set of
reference digital code values and a set of device-specific digital code values, wherein the set of
reference digital code values is mapped in a reference mapping to a set of reference gray levels,
and wherein the set of device-specific digital code values is mapped in a device-specific mapping
to a set of device-specific gray levels;
a receiver, which receives reference encoded image data encoded with the set of
reference digital code values, wherein luminance values in the reference encoded image data are
based on the set of reference digital code values, wherein a luminance difference between two
reference gray levels represented by two adjacent reference digital code values in the set of
reference digital code values is inversely proportional to a peak contrast sensitivity of human
vision adapted at a particular light level; and
a transcoder which, based on the digital code mapping, transforms the reference encoded

TABLE 2-continued

Enumerated Example Embodiments

image data encoded with the set of reference digital code values into device-specific image data
encoded with the set of device-specific digital control codes, wherein luminance values in the
device-specific image data are based on the set of device-specific digital code values.
(EEE39.) The decoder as recited in enumerated example embodiment 38, wherein the
decoder is configured to:
determine a set of correspondence relationships between the set of reference digital
code values and the set of device-specific digital code values, wherein a correspondence
relationship in the set of correspondence relationship relates a reference digital code value in the
set of reference digital code values to a device-specific digital code value;
compare a first luminance difference at the reference digital code value and a second
luminance difference at the device-specific digital code value; and
store an algorithm flag, based on comparing the first luminance difference and the second
luminance difference, wherein the algorithm flag functions to flag whether dithering,
decontouring, or no operation should be performed for the reference digital code value.
(EEE40.) The decoder as recited in enumerated example embodiment 38, wherein the
decoder is further configured to: determine a reference digital code value from the reference
encoded image data for a pixel; and determine whether an algorithm flag is set for the reference
digital code value.
(EEE41.) The decoder as recited in enumerated example embodiment 40, wherein the
decoder is further configured to perform a decontour function on the pixel, in response to
determining that an algorithm flag is set for decontour.
(EEE42.) The decoder as recited in enumerated example embodiment 40, wherein the
decoder is further configured to perform a dithering operation on the pixel, in response to
determining that an algorithm flag is set for dithering.
(EEE43.) The decoder as recited in enumerated example embodiment 38, wherein the
decoder is further configured to: render one or more images on a display based on the
device-specific image data encoded with the set of device-specific digital control codes, the
display comprising at least one of a visible dynamic range (VDR) display, a standard dynamic
range (SDR) display, a tablet computer display, or a handheld device display.
(EEE44.) The decoder as recited in enumerated example embodiment 38, wherein a
device-specific gray scale display function (GSDF) specifies the device-specific mapping between
the set of device-specific digital code values and the set of device-specific gray levels.
(EEE45.) The decoder as recited in enumerated example embodiment 38, wherein the
device-specific mapping is derived based on one or more display parameters and zero or more
viewing condition parameters.
(EEE46.) The decoder as recited in enumerated example embodiment 38, wherein the set of
device-specific gray levels spans (e.g., covers) a dynamic range with an upper limit having a value
of: less than 100 nits; no less than 100 nits but less than 500 nits; between 500 nits and 1000 nits,
inclusive; between 1000 and 5000 nits, inclusive; between 5000 nits and 10000 nits, inclusive; or
greater than 10000 nits.
(EEE47.) The decoder as recited in enumerated example embodiment 38, further comprising
a converter for converting one or more input images represented, received, transmitted, or stored
with the reference encoded image data from an input video signal into one or more output images
represented, received, transmitted, or stored with the device-specific image data contained in an
output video signal.
(EEE48.) The decoder as recited in enumerated example embodiment 38, wherein the
device-specific image data supports image rendering in one of a high-resolution high dynamic
range (HDR) image format, a RGB color space associated with the Academy Color Encoding
Specification (ACES) standard of the Academy of Motion Picture Arts and Sciences (AMPAS), a
P3 color space standard of the Digital Cinema Initiative, a Reference Input Medium
Metric/Reference Output Medium Metric (RIMM/ROMM) standard, an sRGB color space, or a
RGB color space associated with the BT.709 Recommendation standard of the International
Telecommunications Union (ITU).
(EEE49.) The decoder as recited in enumerated example embodiment 38, wherein the
luminance difference between the two reference gray levels represented by the two adjacent
reference digital code values is less than a just noticeable difference (JND) threshold at the
particular light level.
(EEE50.) The decoder as recited in enumerated example embodiment 38, wherein the
particular light level comprises a luminance value that lies between the two luminance values,
inclusive.
(EEE51.) The decoder as recited in enumerated example embodiment 38, wherein the set of
device-specific digital code values comprises integer values in a code space with a bit depth of: 8
bits; greater than 8 but less than 12 bits; or 12 bits or more.
(EEE52.) The decoder as recited in enumerated example embodiment 31, wherein the set of
device-specific gray levels comprises a set of quantized luminance values.
(EEE53.) The decoder as recited in enumerated example embodiment 38, wherein at least one
of the reference mapping and the device-specific mapping is determined based at least in part on a
functional model represented with one or more functions.
(EEE54.) The decoder as recited in enumerated example embodiment 53, wherein the
functional model comprises one or more model parameters, and wherein values of the model
parameters are optimized through minimizing deviations between predicted code values and target
code values.
(EEE55.) A non-transitory computer readable storage medium comprising instructions that
are encoded and stored therewith, which when executed with a computer or a processor thereof,
cause, control or program the computer or the processor to execute, perform or control a process,
the process for decoding an image, the image decoding process comprising the steps of:
determining a digital code mapping between a set of reference digital code values and a set
of device-specific digital code values, wherein the set of reference digital code values is

US 11,887,560 B2

TABLE 2-continued

Enumerated Example Embodiments

mapped in a reference mapping to a set of reference gray levels, and wherein the set of device-specific digital code values is mapped in a device-specific mapping to a set of device-specific gray levels;

receiving reference encoded image data encoded with the set of reference digital code values, wherein luminance values in the reference encoded image data are based on the set of reference digital code values, wherein a luminance difference between two reference gray levels represented by two adjacent reference digital code values in the set of reference digital code values is inversely proportional to a peak contrast sensitivity of human vision adapted at a particular light level; and

transcoding, based on the digital code mapping, the reference encoded image data encoded with the set of reference digital code values into device-specific image data encoded with the set of device-specific digital control codes, wherein luminance.

(EEE56.) An image decoding system, comprising:

means for determining a digital code mapping between a set of reference digital code values and a set of device-specific digital code values, wherein the set of reference digital code values is mapped in a reference mapping to a set of reference gray levels, and wherein the set of device-specific digital code values is mapped in a device-specific mapping to a set of device-specific gray levels;

means for receiving reference encoded image data encoded with the set of reference digital code values, wherein luminance values in the reference encoded image data are based on the set of reference digital code values, wherein a luminance difference between two reference gray levels represented by two adjacent reference digital code values in the set of reference digital code values is inversely proportional to a peak contrast sensitivity of human vision adapted at a particular light level; and

means for transcoding, based on the digital code mapping, the reference encoded image data encoded with the set of reference digital code values into device-specific image data encoded with the set of device-specific digital control codes, wherein luminance values in the device-specific image data are based on the set of device-specific digital code values.

(EEE57.) A method, comprising the steps of:

receiving reference encoded image data encoded with reference code values, the reference code values representing a set of reference gray levels, a first pair of neighboring gray levels in the set of gray levels relating to a first peak contrast sensitivity of human vision adapted at a first light level, and a second pair of neighboring gray levels in the set of gray levels relating to a second peak contrast sensitivity of human vision adapted at a second different light level;

accessing a code mapping between reference code values and device-specific code values, the device-specific code values representing a set of device-specific gray levels; and

transcoding, based on the code mapping, the reference encoded image data into device-specific image data encoded with the device-specific control codes.

(EEE58.) The method as recited in enumerated example embodiment 57, wherein the set of reference gray levels covers a dynamic range with an upper limit having a value of:

less than 500 nits; between 500 nits and 1000 nits, inclusive; between 1000 and 5000 nits, inclusive; between 5000 nits and 10000 nits, inclusive; between 10000 nits and 15000 nits, inclusive, or greater than 15000 nits.

(EEE59.) The method as recited in enumerated example embodiment 57, wherein the set of reference gray levels is configured based on a human vision model that supports a field of view of greater than 40 degrees.

(EEE60.) The method as recited in enumerated example embodiment 57, wherein the set of reference gray levels relates to variable spatial frequencies below a cut-off spatial frequency.

(EEE61.) The method as recited in enumerated example embodiment 57, wherein the code mapping is configured to evenly distribute perceptually noticeable errors in a dynamic range covered by the device-specific gray levels.

(EEE62.) The method as recited in enumerated example embodiment 57, wherein a first luminance value difference of the first pair of neighboring gray levels in the set of gray levels relates to the first peak contrast sensitivity inversely with a multiplicative constant, and wherein a second luminance value difference of the second pair of neighboring gray levels relates to the second peak contrast sensitivity inversely with the same multiplicative constant.

(EEE63.) The method as recited in enumerated example embodiment 57, wherein a reference code value in the reference code values and a reference gray level represented by the reference code value have different numeric values.

(EEE64.) The method as recited in enumerated example embodiment 57, wherein

transcoding, based on the code mapping, the reference encoded image data into device-specific image data encoded with the device-specific control codes includes:

determining a first luminance value difference between two adjacent reference code values at a reference code value;

determining a second luminance value difference between two adjacent device-specific code values at a device-specific code value, wherein the device-specific code value corresponds to the reference code value; and

apply, based on a comparison of the first luminance value difference and the second luminance value difference, one of a dithering algorithm or a decontouring algorithm to at least one pixel in the device-specific image data.

(EEE65.) A imaging device comprising:

a data receiver configured to receive reference encoded image data comprising reference code values, the reference encoded image data being encoded by an external coding system, the reference code values representing reference gray levels, the reference gray levels being selected using a reference grayscale display function based on perceptual non-linearity of human vision adapted at different light levels to spatial frequencies;

a data converter configured to access a code mapping between the reference code values and device-specific code values of the imaging device, the device-specific code values configured to

US 11,887,560 B2

TABLE 2-continued

Enumerated Example Embodiments

produce device-specific gray levels configured for the imaging device, the data converter being configured to transcode, based on the code mapping, the reference encoded image data into device-specific image data encoded with the device-specific code values,
wherein the imaging device is at least one of a: game machine, television, laptop computer, desktop computer, netbook computer, computer workstation, cellular radiotelephone, electronic book reader, point of sale terminal, and computer kiosk.

The following Table 3 describes the calculation of the Perceptual Curve EOTF for converting digital video code values into absolute linear luminance levels at the point of display. Also included is the inverse OETF calculation for converting absolute linear luminance into digital code values.

TABLE 3

Exemplary Specification for Perceptual Curve EOTF

Exemplary Equation Definitions:

D = Perceptual Curve digital code value, SDI-legal unsigned integer, 10 or 12 bits
b = number of bits per component in digital signal representation, 10 or 12
V = normalized Perceptual Curve signal value, $0 \leq V \leq 1$
Y = normalized luminance value, $0 \leq Y \leq 1$
L = absolute luminance value, $0 \leq L \leq 10,000$ cd/m$^2$
Exemplary EOTF Decode Equations:

$$V = \frac{D - 4 \cdot 2^{b-10}}{1015 \cdot 2^{b-10}}$$

$$Y = \left( \frac{\max\left[ \left( V^{\frac{1}{m}} - c_1 \right), 0 \right]}{c_2 - c_3 V^{\frac{1}{m}}} \right)^{\frac{1}{n}}$$

L = 10,000 · Y
Exemplary OETF Encode Equations:

$$Y = \frac{L}{10,000}$$

$$V = \left( \frac{c_1 + c_2 Y^n}{1 + c_3 Y^n} \right)^m$$

D = INT(1015 · V · $2^{b-10}$) + 4 · $2^{b-10}$
Exemplary Constants:

$$n = \frac{2610}{4096} \times \frac{1}{4} \approx 0.15930176$$

$$m = \frac{2523}{4096} \times 128 = 78.84375$$

$$c_1 = c_3 - c_2 + 1 = \frac{3424}{4096} = 0.8359375$$

$$c_2 = \frac{2413}{4096} \times 32 = 18.8515625$$

$$c_3 = \frac{2392}{4096} \times 32 = 18.6875$$

Notes:
1. The operator INT returns the value of 0 for fractional parts in the range of 0 to 0.4999 . . . and +1 for fractional parts in the range of 0.5 to 0.9999 . . . , i.e. it rounds up fractions above 0.5.
2. All constants are defined as exact multiples of 12 bit rationals to avoid rounding concerns.
3. R, G, or B signal components are to be computed in the same way as the Y signal component described above.

The following Table 4 shows exemplary values for 10 bits.

TABLE 4

| | Exemplary Table of Values for 10 bits | | |
| D | V | Y | L (cd/m$^2$) |
| --- | --- | --- | --- |
| 0 | | Reserved | |
| 1 | | Reserved | |
| 2 | | Reserved | |
| 3 | | Reserved | |
| 4 | 0.00000 | 0.000E+00 | 0.00000 |
| 5 | 0.00099 | 4.096E−09 | 0.00004 |
| 6 | 0.00197 | 1.329E−08 | 0.00013 |
| 7 | 0.00296 | 2.659E−08 | 0.00027 |
| 8 | 0.00394 | 4.374E−08 | 0.00044 |
| 9 | 0.00493 | 6.463E−08 | 0.00065 |
| 10 | 0.00591 | 8.922E−08 | 0.00089 |
| 11 | 0.00690 | 1.175E−07 | 0.00117 |
| 12 | 0.00788 | 1.495E−07 | 0.00149 |
| 13 | 0.00887 | 1.852E−07 | 0.00185 |
| 14 | 0.00985 | 2.248E−07 | 0.00225 |
| 15 | 0.01084 | 2.681E−07 | 0.00268 |
| 16 | 0.01182 | 3.154E−07 | 0.00315 |
| 17 | 0.01281 | 3.666E−07 | 0.00367 |
| 18 | 0.01379 | 4.219E−07 | 0.00422 |
| 19 | 0.01478 | 4.812E−07 | 0.00481 |
| 20 | 0.01576 | 5.447E−07 | 0.00545 |
| 21 | 0.01675 | 6.125E−07 | 0.00613 |
| 22 | 0.01773 | 6.846E−07 | 0.00685 |
| 23 | 0.01872 | 7.610E−07 | 0.00761 |
| 24 | 0.01970 | 8.420E−07 | 0.00842 |
| 25 | 0.02069 | 9.275E−07 | 0.00927 |
| 26 | 0.02167 | 1.018E−06 | 0.01018 |
| 27 | 0.02266 | 1.112E−06 | 0.01112 |
| 28 | 0.02365 | 1.212E−06 | 0.01212 |
| 29 | 0.02463 | 1.317E−06 | 0.01317 |
| 30 | 0.02562 | 1.426E−06 | 0.01426 |
| 31 | 0.02660 | 1.541E−06 | 0.01541 |
| 32 | 0.02759 | 1.661E−06 | 0.01661 |
| 33 | 0.02857 | 1.786E−06 | 0.01786 |
| 34 | 0.02956 | 1.916E−06 | 0.01916 |
| 35 | 0.03054 | 2.052E−06 | 0.02052 |
| 36 | 0.03153 | 2.193E−06 | 0.02193 |
| 37 | 0.03251 | 2.340E−06 | 0.02340 |
| 38 | 0.03350 | 2.493E−06 | 0.02493 |
| 39 | 0.03448 | 2.652E−06 | 0.02652 |
| 40 | 0.03547 | 2.816E−06 | 0.02816 |
| 41 | 0.03645 | 2.987E−06 | 0.02987 |
| 42 | 0.03744 | 3.163E−06 | 0.03163 |
| 43 | 0.03842 | 3.346E−06 | 0.03346 |
| 44 | 0.03941 | 3.536E−06 | 0.03536 |
| 45 | 0.04039 | 3.731E−06 | 0.03731 |
| 46 | 0.04138 | 3.934E−06 | 0.03934 |
| 47 | 0.04236 | 4.143E−06 | 0.04143 |
| 48 | 0.04335 | 4.358E−06 | 0.04358 |
| 49 | 0.04433 | 4.581E−06 | 0.04581 |
| 50 | 0.04532 | 4.810E−06 | 0.04810 |
| 51 | 0.04631 | 5.047E−06 | 0.05047 |
| 52 | 0.04729 | 5.291E−06 | 0.05291 |
| 53 | 0.04828 | 5.542E−06 | 0.05542 |
| 54 | 0.04926 | 5.801E−06 | 0.05801 |
| 55 | 0.05025 | 6.067E−06 | 0.06067 |
| 56 | 0.05123 | 6.341E−06 | 0.06341 |
| 57 | 0.05222 | 6.623E−06 | 0.06623 |
| 58 | 0.05320 | 6.913E−06 | 0.06913 |
| 59 | 0.05419 | 7.211E−06 | 0.07211 |
| 60 | 0.05517 | 7.517E−06 | 0.07517 |
| 61 | 0.05616 | 7.831E−06 | 0.07831 |

43

TABLE 4-continued

| | Exemplary Table of Values for 10 bits | | |
|---|---|---|---|
| D | V | Y | L (cd/m²) |
| 62 | 0.05714 | 8.154E−06 | 0.08154 |
| 63 | 0.05813 | 8.485E−06 | 0.08485 |
| 64 | 0.05911 | 8.825E−06 | 0.08825 |
| 65 | 0.06010 | 9.174E−06 | 0.09174 |
| 66 | 0.06108 | 9.532E−06 | 0.09532 |
| 67 | 0.06207 | 9.899E−06 | 0.09899 |
| 68 | 0.06305 | 1.027E−05 | 0.10275 |
| 69 | 0.06404 | 1.066E−05 | 0.10660 |
| 70 | 0.06502 | 1.106E−05 | 0.11055 |
| 71 | 0.06601 | 1.146E−05 | 0.11460 |
| 72 | 0.06700 | 1.187E−05 | 0.11874 |
| 73 | 0.06798 | 1.230E−05 | 0.12298 |
| 74 | 0.06897 | 1.273E−05 | 0.12733 |
| 75 | 0.06995 | 1.318E−05 | 0.13177 |
| 76 | 0.07094 | 1.363E−05 | 0.13632 |
| 77 | 0.07192 | 1.410E−05 | 0.14097 |
| 78 | 0.07291 | 1.457E−05 | 0.14573 |
| 79 | 0.07389 | 1.506E−05 | 0.15060 |
| 80 | 0.07488 | 1.556E−05 | 0.15558 |
| 81 | 0.07586 | 1.607E−05 | 0.16067 |
| 82 | 0.07685 | 1.659E−05 | 0.16587 |
| 83 | 0.07783 | 1.712E−05 | 0.17119 |
| 84 | 0.07882 | 1.766E−05 | 0.17662 |
| 85 | 0.07980 | 1.822E−05 | 0.18217 |
| 86 | 0.08079 | 1.878E−05 | 0.18783 |
| 87 | 0.08177 | 1.936E−05 | 0.19362 |
| 88 | 0.08276 | 1.995E−05 | 0.19953 |
| 89 | 0.08374 | 2.056E−05 | 0.20556 |
| 90 | 0.08473 | 2.117E−05 | 0.21172 |
| 91 | 0.08571 | 2.180E−05 | 0.21801 |
| 92 | 0.08670 | 2.244E−05 | 0.22443 |
| 93 | 0.08768 | 2.310E−05 | 0.23097 |
| 94 | 0.08867 | 2.377E−05 | 0.23765 |
| 95 | 0.08966 | 2.445E−05 | 0.24447 |
| 96 | 0.09064 | 2.514E−05 | 0.25142 |
| 97 | 0.09163 | 2.585E−05 | 0.25850 |
| 98 | 0.09261 | 2.657E−05 | 0.26573 |
| 99 | 0.09360 | 2.731E−05 | 0.27310 |
| 100 | 0.09458 | 2.806E−05 | 0.28061 |
| 101 | 0.09557 | 2.883E−05 | 0.28826 |
| 102 | 0.09655 | 2.961E−05 | 0.29607 |
| 103 | 0.09754 | 3.040E−05 | 0.30402 |
| 104 | 0.09852 | 3.121E−05 | 0.31212 |
| 105 | 0.09951 | 3.204E−05 | 0.32038 |
| 106 | 0.10049 | 3.288E−05 | 0.32879 |
| 107 | 0.10148 | 3.374E−05 | 0.33736 |
| 108 | 0.10246 | 3.461E−05 | 0.34608 |
| 109 | 0.10345 | 3.550E−05 | 0.35497 |
| 110 | 0.10443 | 3.640E−05 | 0.36402 |
| 111 | 0.10542 | 3.732E−05 | 0.37324 |
| 112 | 0.10640 | 3.826E−05 | 0.38262 |
| 113 | 0.10739 | 3.922E−05 | 0.39217 |
| 114 | 0.10837 | 4.019E−05 | 0.40189 |
| 115 | 0.10936 | 4.118E−05 | 0.41179 |
| 116 | 0.11034 | 4.219E−05 | 0.42186 |
| 117 | 0.11133 | 4.321E−05 | 0.43211 |
| 118 | 0.11232 | 4.425E−05 | 0.44254 |
| 119 | 0.11330 | 4.531E−05 | 0.45315 |
| 120 | 0.11429 | 4.639E−05 | 0.46394 |
| 121 | 0.11527 | 4.749E−05 | 0.47492 |
| 122 | 0.11626 | 4.861E−05 | 0.48609 |
| 123 | 0.11724 | 4.975E−05 | 0.49746 |
| 124 | 0.11823 | 5.090E−05 | 0.50901 |
| 125 | 0.11921 | 5.208E−05 | 0.52076 |
| 126 | 0.12020 | 5.327E−05 | 0.53271 |
| 127 | 0.12118 | 5.449E−05 | 0.54486 |
| 128 | 0.12217 | 5.572E−05 | 0.55722 |
| 129 | 0.12315 | 5.698E−05 | 0.56978 |
| 130 | 0.12414 | 5.825E−05 | 0.58255 |
| 131 | 0.12512 | 5.955E−05 | 0.59552 |
| 132 | 0.12611 | 6.087E−05 | 0.60872 |
| 133 | 0.12709 | 6.221E−05 | 0.62212 |
| 134 | 0.12808 | 6.357E−05 | 0.63575 |
| 135 | 0.12906 | 6.496E−05 | 0.64959 |
| 136 | 0.13005 | 6.637E−05 | 0.66366 |
| 137 | 0.13103 | 6.780E−05 | 0.67796 |

44

TABLE 4-continued

| | Exemplary Table of Values for 10 bits | | |
|---|---|---|---|
| D | V | Y | L (cd/m²) |
| 138 | 0.13202 | 6.925E−05 | 0.69248 |
| 139 | 0.13300 | 7.072E−05 | 0.70724 |
| 140 | 0.13399 | 7.222E−05 | 0.72223 |
| 141 | 0.13498 | 7.375E−05 | 0.73746 |
| 142 | 0.13596 | 7.529E−05 | 0.75292 |
| 143 | 0.13695 | 7.686E−05 | 0.76863 |
| 144 | 0.13793 | 7.846E−05 | 0.78458 |
| 145 | 0.13892 | 8.008E−05 | 0.80079 |
| 146 | 0.13990 | 8.172E−05 | 0.81724 |
| 147 | 0.14089 | 8.339E−05 | 0.83395 |
| 148 | 0.14187 | 8.509E−05 | 0.85091 |
| 149 | 0.14286 | 8.681E−05 | 0.86814 |
| 150 | 0.14384 | 8.856E−05 | 0.88562 |
| 151 | 0.14483 | 9.034E−05 | 0.90338 |
| 152 | 0.14581 | 9.214E−05 | 0.92140 |
| 153 | 0.14680 | 9.397E−05 | 0.93969 |
| 154 | 0.14778 | 9.583E−05 | 0.95826 |
| 155 | 0.14877 | 9.771E−05 | 0.97711 |
| 156 | 0.14975 | 9.962E−05 | 0.99624 |
| 157 | 0.15074 | 1.016E−04 | 1.01565 |
| 158 | 0.15172 | 1.035E−04 | 1.03535 |
| 159 | 0.15271 | 1.055E−04 | 1.05534 |
| 160 | 0.15369 | 1.076E−04 | 1.07563 |
| 161 | 0.15468 | 1.096E−04 | 1.09622 |
| 162 | 0.15567 | 1.117E−04 | 1.11710 |
| 163 | 0.15665 | 1.138E−04 | 1.13829 |
| 164 | 0.15764 | 1.160E−04 | 1.15979 |
| 165 | 0.15862 | 1.182E−04 | 1.18160 |
| 166 | 0.15961 | 1.204E−04 | 1.20372 |
| 167 | 0.16059 | 1.226E−04 | 1.22616 |
| 168 | 0.16158 | 1.249E−04 | 1.24892 |
| 169 | 0.16256 | 1.272E−04 | 1.27201 |
| 170 | 0.16355 | 1.295E−04 | 1.29543 |
| 171 | 0.16453 | 1.319E−04 | 1.31918 |
| 172 | 0.16552 | 1.343E−04 | 1.34326 |
| 173 | 0.16650 | 1.368E−04 | 1.36769 |
| 174 | 0.16749 | 1.392E−04 | 1.39246 |
| 175 | 0.16847 | 1.418E−04 | 1.41758 |
| 176 | 0.16946 | 1.443E−04 | 1.44304 |
| 177 | 0.17044 | 1.469E−04 | 1.46887 |
| 178 | 0.17143 | 1.495 E−04 | 1.49505 |
| 179 | 0.17241 | 1.522E−04 | 1.52160 |
| 180 | 0.17340 | 1.549E−04 | 1.54851 |
| 181 | 0.17438 | 1.576E−04 | 1.57579 |
| 182 | 0.17537 | 1.603E−04 | 1.60345 |
| 183 | 0.17635 | 1.631E−04 | 1.63148 |
| 184 | 0.17734 | 1.660E−04 | 1.65990 |
| 185 | 0.17833 | 1.689E−04 | 1.68871 |
| 186 | 0.17931 | 1.718E−04 | 1.71791 |
| 187 | 0.18030 | 1.748E−04 | 1.74750 |
| 188 | 0.18128 | 1.777E−04 | 1.77749 |
| 189 | 0.18227 | 1.808E−04 | 1.80789 |
| 190 | 0.18325 | 1.839E−04 | 1.83870 |
| 191 | 0.18424 | 1.870E−04 | 1.86991 |
| 192 | 0.18522 | 1.902E−04 | 1.90155 |
| 193 | 0.18621 | 1.934E−04 | 1.93361 |
| 194 | 0.18719 | 1.966E−04 | 1.96609 |
| 195 | 0.18818 | 1.999E−04 | 1.99900 |
| 196 | 0.18916 | 2.032E−04 | 2.03235 |
| 197 | 0.19015 | 2.066E−04 | 2.06614 |
| 198 | 0.19113 | 2.100E−04 | 2.10037 |
| 199 | 0.19212 | 2.135E−04 | 2.13506 |
| 200 | 0.19310 | 2.170E−04 | 2.17019 |
| 201 | 0.19409 | 2.206E−04 | 2.20579 |
| 202 | 0.19507 | 2.242E−04 | 2.24185 |
| 203 | 0.19606 | 2.278E−04 | 2.27837 |
| 204 | 0.19704 | 2.315E−04 | 2.31537 |
| 205 | 0.19803 | 2.353E−04 | 2.35285 |
| 206 | 0.19901 | 2.391E−04 | 2.39081 |
| 207 | 0.20000 | 2.429E−04 | 2.42926 |
| 208 | 0.20099 | 2.468E−04 | 2.46821 |
| 209 | 0.20197 | 2.508E−04 | 2.50765 |
| 210 | 0.20296 | 2.548E−04 | 2.54760 |
| 211 | 0.20394 | 2.588E−04 | 2.58805 |
| 212 | 0.20493 | 2.629E−04 | 2.62902 |
| 213 | 0.20591 | 2.671E−04 | 2.67051 |

45 / 46

TABLE 4-continued

| Exemplary Table of Values for 10 bits | | | | | Exemplary Table of Values for 10 bits | | | |
|---|---|---|---|---|---|---|---|---|
| D | V | Y | L (cd/m²) | | D | V | Y | L (cd/m²) |
| 214 | 0.20690 | 2.713E−04 | 2.71252 | 5 | 290 | 0.28177 | 7.935E−04 | 7.93542 |
| 215 | 0.20788 | 2.755E−04 | 2.75507 | | 291 | 0.28276 | 8.039E−04 | 8.03862 |
| 216 | 0.20887 | 2.798E−04 | 2.79815 | | 292 | 0.28374 | 8.143E−04 | 8.14295 |
| 217 | 0.20985 | 2.842E−04 | 2.84177 | | 293 | 0.28473 | 8.248E−04 | 8.24842 |
| 218 | 0.21084 | 2.886E−04 | 2.88594 | | 294 | 0.28571 | 8.355E−04 | 8.35505 |
| 219 | 0.21182 | 2.931E−04 | 2.93066 | 10 | 295 | 0.28670 | 8.463E−04 | 8.46285 |
| 220 | 0.21281 | 2.976E−04 | 2.97594 | | 296 | 0.28768 | 8.572E−04 | 8.57183 |
| 221 | 0.21379 | 3.022E−04 | 3.02179 | | 297 | 0.28867 | 8.682E−04 | 8.68200 |
| 222 | 0.21478 | 3.068E−04 | 3.06820 | | 298 | 0.28966 | 8.793E−04 | 8.79337 |
| 223 | 0.21576 | 3.115E−04 | 3.11519 | | 299 | 0.29064 | 8.906E−04 | 8.90595 |
| 224 | 0.21675 | 3.163E−04 | 3.16276 | | 300 | 0.29163 | 9.020E−04 | 9.01976 |
| 225 | 0.21773 | 3.211E−04 | 3.21092 | 15 | 301 | 0.29261 | 9.135E−04 | 9.13480 |
| 226 | 0.21872 | 3.260E−04 | 3.25967 | | 302 | 0.29360 | 9.251E−04 | 9.25109 |
| 227 | 0.21970 | 3.309E−04 | 3.30903 | | 303 | 0.29458 | 9.369E−04 | 9.36864 |
| 228 | 0.22069 | 3.359E−04 | 3.35898 | | 304 | 0.29557 | 9.487E−04 | 9.48746 |
| 229 | 0.22167 | 3.410E−04 | 3.40955 | | 305 | 0.29655 | 9.608E−04 | 9.60757 |
| 230 | 0.22266 | 3.461E−04 | 3.46074 | | 306 | 0.29754 | 9.729E−04 | 9.72897 |
| 231 | 0.22365 | 3.513E−04 | 3.51255 | 20 | 307 | 0.29852 | 9.852E−04 | 9.85168 |
| 232 | 0.22463 | 3.565E−04 | 3.56500 | | 308 | 0.29951 | 9.976E−04 | 9.97571 |
| 233 | 0.22562 | 3.618E−04 | 3.61808 | | 309 | 0.30049 | 1.010E−03 | 10.10108 |
| 234 | 0.22660 | 3.672E−04 | 3.67180 | | 310 | 0.30148 | 1.023E−03 | 10.22779 |
| 235 | 0.22759 | 3.726E−04 | 3.72618 | | 311 | 0.30246 | 1.036E−03 | 10.35585 |
| 236 | 0.22857 | 3.781E−04 | 3.78121 | | 312 | 0.30345 | 1.049E−03 | 10.48529 |
| 237 | 0.22956 | 3.837E−04 | 3.83690 | | 313 | 0.30443 | 1.062E−03 | 10.61612 |
| 238 | 0.23054 | 3.893E−04 | 3.89327 | 25 | 314 | 0.30542 | 1.075E−03 | 10.74834 |
| 239 | 0.23153 | 3.950E−04 | 3.95031 | | 315 | 0.30640 | 1.088E−03 | 10.88197 |
| 240 | 0.23251 | 4.008E−04 | 4.00803 | | 316 | 0.30739 | 1.102E−03 | 11.01703 |
| 241 | 0.23350 | 4.066E−04 | 4.06645 | | 317 | 0.30837 | 1.115E−03 | 11.15352 |
| 242 | 0.23448 | 4.126E−04 | 4.12556 | | 318 | 0.30936 | 1.129E−03 | 11.29147 |
| 243 | 0.23547 | 4.185E−04 | 4.18537 | | 319 | 0.31034 | 1.143E−03 | 11.43087 |
| 244 | 0.23645 | 4.246E−04 | 4.24590 | 30 | 320 | 0.31133 | 1.157E−03 | 11.57176 |
| 245 | 0.23744 | 4.307E−04 | 4.30715 | | 321 | 0.31232 | 1.171E−03 | 11.71414 |
| 246 | 0.23842 | 4.369E−04 | 4.36912 | | 322 | 0.31330 | 1.186E−03 | 11.85803 |
| 247 | 0.23941 | 4.432E−04 | 4.43182 | | 323 | 0.31429 | 1.200E−03 | 12.00343 |
| 248 | 0.24039 | 4.495E−04 | 4.49527 | | 324 | 0.31527 | 1.215E−03 | 12.15037 |
| 249 | 0.24138 | 4.559E−04 | 4.55946 | | 325 | 0.31626 | 1.230E−03 | 12.29886 |
| 250 | 0.24236 | 4.624E−04 | 4.62440 | 35 | 326 | 0.31724 | 1.245E−03 | 12.44891 |
| 251 | 0.24335 | 4.690E−04 | 4.69011 | | 327 | 0.31823 | 1.260E−03 | 12.60054 |
| 252 | 0.24433 | 4.757E−04 | 4.75659 | | 328 | 0.31921 | 1.275E−03 | 12.75376 |
| 253 | 0.24532 | 4.824E−04 | 4.82385 | | 329 | 0.32020 | 1.291E−03 | 12.90859 |
| 254 | 0.24631 | 4.892E−04 | 4.89189 | | 330 | 0.32118 | 1.307E−03 | 13.06505 |
| 255 | 0.24729 | 4.961E−04 | 4.96073 | | 331 | 0.32217 | 1.322E−03 | 13.22314 |
| 256 | 0.24828 | 5.030E−04 | 5.03036 | 40 | 332 | 0.32315 | 1.338E−03 | 13.38288 |
| 257 | 0.24926 | 5.101E−04 | 5.10081 | | 333 | 0.32414 | 1.354E−03 | 13.54430 |
| 258 | 0.25025 | 5.172E−04 | 5.17207 | | 334 | 0.32512 | 1.371E−03 | 13.70739 |
| 259 | 0.25123 | 5.244E−04 | 5.24416 | | 335 | 0.32611 | 1.387E−03 | 13.87219 |
| 260 | 0.25222 | 5.317E−04 | 5.31707 | | 336 | 0.32709 | 1.404E−03 | 14.03870 |
| 261 | 0.25320 | 5.391E−04 | 5.39084 | | 337 | 0.32808 | 1.421E−03 | 14.20695 |
| 262 | 0.25419 | 5.465E−04 | 5.46545 | | 338 | 0.32906 | 1.438E−03 | 14.37694 |
| 263 | 0.25517 | 5.541E−04 | 5.54091 | 45 | 339 | 0.33005 | 1.455E−03 | 14.54869 |
| 264 | 0.25616 | 5.617E−04 | 5.61725 | | 340 | 0.33103 | 1.472E−03 | 14.72223 |
| 265 | 0.25714 | 5.694E−04 | 5.69446 | | 341 | 0.33202 | 1.490E−03 | 14.89756 |
| 266 | 0.25813 | 5.773E−04 | 5.77255 | | 342 | 0.33300 | 1.507E−03 | 15.07471 |
| 267 | 0.25911 | 5.852E−04 | 5.85153 | | 343 | 0.33399 | 1.525E−03 | 15.25369 |
| 268 | 0.26010 | 5.931E−04 | 5.93142 | | 344 | 0.33498 | 1.543E−03 | 15.43451 |
| 269 | 0.26108 | 6.012E−04 | 6.01221 | 50 | 345 | 0.33596 | 1.562E−03 | 15.61720 |
| 270 | 0.26207 | 6.094E−04 | 6.09393 | | 346 | 0.33695 | 1.580E−03 | 15.80177 |
| 271 | 0.26305 | 6.177E−04 | 6.17657 | | 347 | 0.33793 | 1.599E−03 | 15.98824 |
| 272 | 0.26404 | 6.260E−04 | 6.26014 | | 348 | 0.33892 | 1.618E−03 | 16.17663 |
| 273 | 0.26502 | 6.345E−04 | 6.34467 | | 349 | 0.33990 | 1.637E−03 | 16.36695 |
| 274 | 0.26601 | 6.430E−04 | 6.43014 | | 350 | 0.34089 | 1.656E−03 | 16.55922 |
| 275 | 0.26700 | 6.517E−04 | 6.51658 | 55 | 351 | 0.34187 | 1.675E−03 | 16.75346 |
| 276 | 0.26798 | 6.604E−04 | 6.60400 | | 352 | 0.34286 | 1.695E−03 | 16.94970 |
| 277 | 0.26897 | 6.692E−04 | 6.69239 | | 353 | 0.34384 | 1.715E−03 | 17.14794 |
| 278 | 0.26995 | 6.782E−04 | 6.78178 | | 354 | 0.34483 | 1.735E−03 | 17.34820 |
| 279 | 0.27094 | 6.872E−04 | 6.87217 | | 355 | 0.34581 | 1.755E−03 | 17.55051 |
| 280 | 0.27192 | 6.964E−04 | 6.96357 | | 356 | 0.34680 | 1.775E−03 | 17.75488 |
| 281 | 0.27291 | 7.056E−04 | 7.05600 | 60 | 357 | 0.34778 | 1.796E−03 | 17.96133 |
| 282 | 0.27389 | 7.149E−04 | 7.14945 | | 358 | 0.34877 | 1.817E−03 | 18.16989 |
| 283 | 0.27488 | 7.244E−04 | 7.24395 | | 359 | 0.34975 | 1.838E−03 | 18.38056 |
| 284 | 0.27586 | 7.339E−04 | 7.33949 | | 360 | 0.35074 | 1.859E−03 | 18.59338 |
| 285 | 0.27685 | 7.436E−04 | 7.43610 | | 361 | 0.35172 | 1.881E−03 | 18.80835 |
| 286 | 0.27783 | 7.534E−04 | 7.53378 | | 362 | 0.35271 | 1.903E−03 | 19.02551 |
| 287 | 0.27882 | 7.633E−04 | 7.63254 | | 363 | 0.35369 | 1.924E−03 | 19.24486 |
| 288 | 0.27980 | 7.732E−04 | 7.73240 | 65 | 364 | 0.35468 | 1.947E−03 | 19.46644 |
| 289 | 0.28079 | 7.833E−04 | 7.83335 | | 365 | 0.35567 | 1.969E−03 | 19.69025 |

US 11,887,560 B2

| 47 | | 48 | |
|---|---|---|---|
| TABLE 4-continued | | TABLE 4-continued | |

| D | V | Y | L (cd/m²) | | D | V | Y | L (cd/m²) |
|---|---|---|---|---|---|---|---|---|
| 366 | 0.35665 | 1.992E−03 | 19.91632 | | 442 | 0.43153 | 4.558E−03 | 45.58355 |
| 367 | 0.35764 | 2.014E−03 | 20.14468 | | 443 | 0.43251 | 4.606E−03 | 46.06222 |
| 368 | 0.35862 | 2.038E−03 | 20.37534 | | 444 | 0.43350 | 4.655E−03 | 46.54545 |
| 369 | 0.35961 | 2.061E−03 | 20.60832 | 5 | 445 | 0.43448 | 4.703E−03 | 47.03328 |
| 370 | 0.36059 | 2.084E−03 | 20.84364 | | 446 | 0.43547 | 4.753E−03 | 47.52575 |
| 371 | 0.36158 | 2.108E−03 | 21.08134 | 10 | 447 | 0.43645 | 4.802E−03 | 48.02291 |
| 372 | 0.36256 | 2.132E−03 | 21.32141 | | 448 | 0.43744 | 4.852E−03 | 48.52479 |
| 373 | 0.36355 | 2.156E−03 | 21.56390 | | 449 | 0.43842 | 4.903E−03 | 49.03144 |
| 374 | 0.36453 | 2.181E−03 | 21.80882 | | 450 | 0.43941 | 4.954E−03 | 49.54290 |
| 375 | 0.36552 | 2.206E−03 | 22.05620 | | 451 | 0.44039 | 5.006E−03 | 50.05921 |
| 376 | 0.36650 | 2.231E−03 | 22.30605 | | 452 | 0.44138 | 5.058E−03 | 50.58042 |
| 377 | 0.36749 | 2.256E−03 | 22.55840 | | 453 | 0.44236 | 5.111E−03 | 51.10657 |
| 378 | 0.36847 | 2.281E−03 | 22.81327 | 15 | 454 | 0.44335 | 5.164E−03 | 51.63771 |
| 379 | 0.36946 | 2.307E−03 | 23.07068 | | 455 | 0.44433 | 5.217E−03 | 52.17387 |
| 380 | 0.37044 | 2.333E−03 | 23.33067 | | 456 | 0.44532 | 5.272E−03 | 52.71511 |
| 381 | 0.37143 | 2.359E−03 | 23.59324 | | 457 | 0.44631 | 5.326E−03 | 53.26147 |
| 382 | 0.37241 | 2.386E−03 | 23.85843 | | 458 | 0.44729 | 5.381E−03 | 53.81299 |
| 383 | 0.37340 | 2.413E−03 | 24.12626 | | 459 | 0.44828 | 5.437E−03 | 54.36973 |
| 384 | 0.37438 | 2.440E−03 | 24.39674 | 20 | 460 | 0.44926 | 5.493E−03 | 54.93172 |
| 385 | 0.37537 | 2.467E−03 | 24.66992 | | 461 | 0.45025 | 5.550E−03 | 55.49901 |
| 386 | 0.37635 | 2.495E−03 | 24.94581 | | 462 | 0.45123 | 5.607E−03 | 56.07166 |
| 387 | 0.37734 | 2.522E−03 | 25.22443 | | 463 | 0.45222 | 5.665E−03 | 56.64970 |
| 388 | 0.37833 | 2.551E−03 | 25.50582 | | 464 | 0.45320 | 5.723E−03 | 57.23319 |
| 389 | 0.37931 | 2.579E−03 | 25.78999 | | 465 | 0.45419 | 5.782E−03 | 57.82218 |
| 390 | 0.38030 | 2.608E−03 | 26.07697 | 25 | 466 | 0.45517 | 5.842E−03 | 58.41671 |
| 391 | 0.38128 | 2.637E−03 | 26.36679 | | 467 | 0.45616 | 5.902E−03 | 59.01683 |
| 392 | 0.38227 | 2.666E−03 | 26.65947 | | 468 | 0.45714 | 5.962E−03 | 59.62260 |
| 393 | 0.38325 | 2.696E−03 | 26.95504 | | 469 | 0.45813 | 6.023E−03 | 60.23406 |
| 394 | 0.38424 | 2.725E−03 | 27.25352 | | 470 | 0.45911 | 6.085E−03 | 60.85126 |
| 395 | 0.38522 | 2.755E−03 | 27.55495 | | 471 | 0.46010 | 6.147E−03 | 61.47426 |
| 396 | 0.38621 | 2.786E−03 | 27.85934 | 30 | 472 | 0.46108 | 6.210E−03 | 62.10311 |
| 397 | 0.38719 | 2.817E−03 | 28.16672 | | 473 | 0.46207 | 6.274E−03 | 62.73785 |
| 398 | 0.38818 | 2.848E−03 | 28.47713 | | 474 | 0.46305 | 6.338E−03 | 63.37855 |
| 399 | 0.38916 | 2.879E−03 | 28.79059 | | 475 | 0.46404 | 6.403E−03 | 64.02525 |
| 400 | 0.39015 | 2.911E−03 | 29.10712 | | 476 | 0.46502 | 6.468E−03 | 64.67801 |
| 401 | 0.39113 | 2.943E−03 | 29.42676 | | 477 | 0.46601 | 6.534E−03 | 65.33688 |
| 402 | 0.39212 | 2.975E−03 | 29.74953 | 35 | 478 | 0.46700 | 6.600E−03 | 66.00191 |
| 403 | 0.39310 | 3.008E−03 | 30.07546 | | 479 | 0.46798 | 6.667E−03 | 66.67316 |
| 404 | 0.39409 | 3.040E−03 | 30.40459 | | 480 | 0.46897 | 6.735E−03 | 67.35069 |
| 405 | 0.39507 | 3.074E−03 | 30.73692 | | 481 | 0.46995 | 6.803E−03 | 68.03455 |
| 406 | 0.39606 | 3.107E−03 | 31.07251 | | 482 | 0.47094 | 6.872E−03 | 68.72480 |
| 407 | 0.39704 | 3.141E−03 | 31.41137 | | 483 | 0.47192 | 6.942E−03 | 69.42149 |
| 408 | 0.39803 | 3.175E−03 | 31.75354 | 40 | 484 | 0.47291 | 7.012E−03 | 70.12468 |
| 409 | 0.39901 | 3.210E−03 | 32.09905 | | 485 | 0.47389 | 7.083E−03 | 70.83443 |
| 410 | 0.40000 | 3.245E−03 | 32.44792 | | 486 | 0.47488 | 7.155E−03 | 71.55079 |
| 411 | 0.40099 | 3.280E−03 | 32.80018 | | 487 | 0.47586 | 7.227E−03 | 72.27383 |
| 412 | 0.40197 | 3.316E−03 | 33.15588 | | 488 | 0.47685 | 7.300E−03 | 73.00361 |
| 413 | 0.40296 | 3.352E−03 | 33.51503 | | 489 | 0.47783 | 7.374E−03 | 73.74018 |
| 414 | 0.40394 | 3.388E−03 | 33.87767 | 45 | 490 | 0.47882 | 7.448E−03 | 74.48361 |
| 415 | 0.40493 | 3.424E−03 | 34.24383 | | 491 | 0.47980 | 7.523E−03 | 75.23395 |
| 416 | 0.40591 | 3.461E−03 | 34.61355 | | 492 | 0.48079 | 7.599E−03 | 75.99127 |
| 417 | 0.40690 | 3.499E−03 | 34.98684 | | 493 | 0.48177 | 7.676E−03 | 76.75562 |
| 418 | 0.40788 | 3.536E−03 | 35.36376 | | 494 | 0.48276 | 7.753E−03 | 77.52708 |
| 419 | 0.40887 | 3.574E−03 | 35.74432 | | 495 | 0.48374 | 7.831E−03 | 78.30570 |
| 420 | 0.40985 | 3.613E−03 | 36.12857 | 50 | 496 | 0.48473 | 7.909E−03 | 79.09155 |
| 421 | 0.41084 | 3.652E−03 | 36.51652 | | 497 | 0.48571 | 7.988E−03 | 79.88469 |
| 422 | 0.41182 | 3.691E−03 | 36.90823 | | 498 | 0.48670 | 8.069E−03 | 80.68519 |
| 423 | 0.41281 | 3.730E−03 | 37.30372 | | 499 | 0.48768 | 8.149E−03 | 81.49310 |
| 424 | 0.41379 | 3.770E−03 | 37.70303 | | 500 | 0.48867 | 8.231E−03 | 82.30851 |
| 425 | 0.41478 | 3.811E−03 | 38.10618 | | 501 | 0.48966 | 8.313E−03 | 83.13146 |
| 426 | 0.41576 | 3.851E−03 | 38.51322 | 55 | 502 | 0.49064 | 8.396E−03 | 83.96204 |
| 427 | 0.41675 | 3.892E−03 | 38.92418 | | 503 | 0.49163 | 8.480E−03 | 84.80031 |
| 428 | 0.41773 | 3.934E−03 | 39.33909 | | 504 | 0.49261 | 8.565E−03 | 85.64633 |
| 429 | 0.41872 | 3.976E−03 | 39.75800 | | 505 | 0.49360 | 8.650E−03 | 86.50017 |
| 430 | 0.41970 | 4.018E−03 | 40.18093 | | 506 | 0.49458 | 8.736E−03 | 87.36191 |
| 431 | 0.42069 | 4.061E−03 | 40.60792 | | 507 | 0.49557 | 8.823E−03 | 88.23161 |
| 432 | 0.42167 | 4.104E−03 | 41.03901 | 60 | 508 | 0.49655 | 8.911E−03 | 89.10934 |
| 433 | 0.42266 | 4.147E−03 | 41.47423 | | 509 | 0.49754 | 9.000E−03 | 89.99518 |
| 434 | 0.42365 | 4.191E−03 | 41.91363 | | 510 | 0.49852 | 9.089E−03 | 90.88920 |
| 435 | 0.42463 | 4.236E−03 | 42.35723 | | 511 | 0.49951 | 9.179E−03 | 91.79146 |
| 436 | 0.42562 | 4.281E−03 | 42.80509 | | 512 | 0.50049 | 9.270E−03 | 92.70205 |
| 437 | 0.42660 | 4.326E−03 | 43.25723 | | 513 | 0.50148 | 9.362E−03 | 93.62103 |
| 438 | 0.42759 | 4.371E−03 | 43.71369 | 65 | 514 | 0.50246 | 9.455E−03 | 94.54848 |
| 439 | 0.42857 | 4.417E−03 | 44.17451 | | 515 | 0.50345 | 9.548E−03 | 95.48448 |
| 440 | 0.42956 | 4.464E−03 | 44.63974 | | 516 | 0.50443 | 9.643E−03 | 96.42909 |
| 441 | 0.43054 | 4.511E−03 | 45.10941 | | 517 | 0.50542 | 9.738E−03 | 97.38241 |

US 11,887,560 B2

49

TABLE 4-continued

| | | Exemplary Table of Values for 10 bits | |
|---|---|---|---|
| D | V | Y | L (cd/m²) |
| 518 | 0.50640 | 9.834E−03 | 98.34449 |
| 519 | 0.50739 | 9.932E−03 | 99.31543 |
| 520 | 0.50837 | 1.003E−02 | 100.29530 |
| 521 | 0.50936 | 1.013E−02 | 101.28417 |
| 522 | 0.51034 | 1.023E−02 | 102.28213 |
| 523 | 0.51133 | 1.033E−02 | 103.28927 |
| 524 | 0.51232 | 1.043E−02 | 104.30565 |
| 525 | 0.51330 | 1.053E−02 | 105.33136 |
| 526 | 0.51429 | 1.064E−02 | 106.36648 |
| 527 | 0.51527 | 1.074E−02 | 107.41110 |
| 528 | 0.51626 | 1.085E−02 | 108.46530 |
| 529 | 0.51724 | 1.095E−02 | 109.52917 |
| 530 | 0.51823 | 1.106E−02 | 110.60279 |
| 531 | 0.51921 | 1.117E−02 | 111.68624 |
| 532 | 0.52020 | 1.128E−02 | 112.77962 |
| 533 | 0.52118 | 1.139E−02 | 113.88301 |
| 534 | 0.52217 | 1.150E−02 | 114.99650 |
| 535 | 0.52315 | 1.161E−02 | 116.12018 |
| 536 | 0.52414 | 1.173E−02 | 117.25414 |
| 537 | 0.52512 | 1.184E−02 | 118.39847 |
| 538 | 0.52611 | 1.196E−02 | 119.55326 |
| 539 | 0.52709 | 1.207E−02 | 120.71860 |
| 540 | 0.52808 | 1.219E−02 | 121.89459 |
| 541 | 0.52906 | 1.231E−02 | 123.08132 |
| 542 | 0.53005 | 1.243E−02 | 124.27889 |
| 543 | 0.53103 | 1.255E−02 | 125.48739 |
| 544 | 0.53202 | 1.267E−02 | 126.70692 |
| 545 | 0.53300 | 1.279E−02 | 127.93758 |
| 546 | 0.53399 | 1.292E−02 | 129.17946 |
| 547 | 0.53498 | 1.304E−02 | 130.43266 |
| 548 | 0.53596 | 1.317E−02 | 131.69729 |
| 549 | 0.53695 | 1.330E−02 | 132.97344 |
| 550 | 0.53793 | 1.343E−02 | 134.26122 |
| 551 | 0.53892 | 1.356E−02 | 135.56073 |
| 552 | 0.53990 | 1.369E−02 | 136.87207 |
| 553 | 0.54089 | 1.382E−02 | 138.19535 |
| 554 | 0.54187 | 1.395E−02 | 139.53067 |
| 555 | 0.54286 | 1.409E−02 | 140.87814 |
| 556 | 0.54384 | 1.422E−02 | 142.23786 |
| 557 | 0.54483 | 1.436E−02 | 143.60995 |
| 558 | 0.54581 | 1.450E−02 | 144.99451 |
| 559 | 0.54680 | 1.464E−02 | 146.39166 |
| 560 | 0.54778 | 1.478E−02 | 147.80150 |
| 561 | 0.54877 | 1.492E−02 | 149.22415 |
| 562 | 0.54975 | 1.507E−02 | 150.65972 |
| 563 | 0.55074 | 1.521E−02 | 152.10833 |
| 564 | 0.55172 | 1.536E−02 | 153.57009 |
| 565 | 0.55271 | 1.550E−02 | 155.04511 |
| 566 | 0.55369 | 1.565E−02 | 156.53351 |
| 567 | 0.55468 | 1.580E−02 | 158.03542 |
| 568 | 0.55567 | 1.596E−02 | 159.55094 |
| 569 | 0.55665 | 1.611E−02 | 161.08021 |
| 570 | 0.55764 | 1.626E−02 | 162.62334 |
| 571 | 0.55862 | 1.642E−02 | 164.18046 |
| 572 | 0.55961 | 1.658E−02 | 165.75168 |
| 573 | 0.56059 | 1.673E−02 | 167.33714 |
| 574 | 0.56158 | 1.689E−02 | 168.93696 |
| 575 | 0.56256 | 1.706E−02 | 170.55126 |
| 576 | 0.56355 | 1.722E−02 | 172.18018 |
| 577 | 0.56453 | 1.738E−02 | 173.82384 |
| 578 | 0.56552 | 1.755E−02 | 175.48237 |
| 579 | 0.56650 | 1.772E−02 | 177.15591 |
| 580 | 0.56749 | 1.788E−02 | 178.84459 |
| 581 | 0.56847 | 1.805E−02 | 180.54854 |
| 582 | 0.56946 | 1.823E−02 | 182.26789 |
| 583 | 0.57044 | 1.840E−02 | 184.00279 |
| 584 | 0.57143 | 1.858E−02 | 185.75337 |
| 585 | 0.57241 | 1.875E−02 | 187.51977 |
| 586 | 0.57340 | 1.893E−02 | 189.30212 |
| 587 | 0.57438 | 1.911E−02 | 191.10058 |
| 588 | 0.57537 | 1.929E−02 | 192.91528 |
| 589 | 0.57635 | 1.947E−02 | 194.74636 |
| 590 | 0.57734 | 1.966E−02 | 196.59398 |
| 591 | 0.57833 | 1.985E−02 | 198.45827 |
| 592 | 0.57931 | 2.003E−02 | 200.33939 |
| 593 | 0.58030 | 2.022E−02 | 202.23748 |

50

TABLE 4-continued

| | | Exemplary Table of Values for 10 bits | |
|---|---|---|---|
| D | V | Y | L (cd/m²) |
| 594 | 0.58128 | 2.042E−02 | 204.15270 |
| 595 | 0.58227 | 2.061E−02 | 206.08519 |
| 596 | 0.58325 | 2.080E−02 | 208.03511 |
| 597 | 0.58424 | 2.100E−02 | 210.00261 |
| 598 | 0.58522 | 2.120E−02 | 211.98785 |
| 599 | 0.58621 | 2.140E−02 | 213.99098 |
| 600 | 0.58719 | 2.160E−02 | 216.01217 |
| 601 | 0.58818 | 2.181E−02 | 218.05157 |
| 602 | 0.58916 | 2.201E−02 | 220.10935 |
| 603 | 0.59015 | 2.222E−02 | 222.18566 |
| 604 | 0.59113 | 2.243E−02 | 224.28067 |
| 605 | 0.59212 | 2.264E−02 | 226.39455 |
| 606 | 0.59310 | 2.285E−02 | 228.52747 |
| 607 | 0.59409 | 2.307E−02 | 230.67959 |
| 608 | 0.59507 | 2.329E−02 | 232.85108 |
| 609 | 0.59606 | 2.350E−02 | 235.04212 |
| 610 | 0.59704 | 2.373E−02 | 237.25287 |
| 611 | 0.59803 | 2.395E−02 | 239.48352 |
| 612 | 0.59901 | 2.417E−02 | 241.73423 |
| 613 | 0.60000 | 2.440E−02 | 244.00519 |
| 614 | 0.60099 | 2.463E−02 | 246.29658 |
| 615 | 0.60197 | 2.486E−02 | 248.60857 |
| 616 | 0.60296 | 2.509E−02 | 250.94136 |
| 617 | 0.60394 | 2.533E−02 | 253.29512 |
| 618 | 0.60493 | 2.557E−02 | 255.67004 |
| 619 | 0.60591 | 2.581E−02 | 258.06630 |
| 620 | 0.60690 | 2.605E−02 | 260.48411 |
| 621 | 0.60788 | 2.629E−02 | 262.92364 |
| 622 | 0.60887 | 2.654E−02 | 265.38509 |
| 623 | 0.60985 | 2.679E−02 | 267.86866 |
| 624 | 0.61084 | 2.704E−02 | 270.37454 |
| 625 | 0.61182 | 2.729E−02 | 272.90293 |
| 626 | 0.61281 | 2.755E−02 | 275.45403 |
| 627 | 0.61379 | 2.780E−02 | 278.02804 |
| 628 | 0.61478 | 2.806E−02 | 280.62516 |
| 629 | 0.61576 | 2.832E−02 | 283.24561 |
| 630 | 0.61675 | 2.859E−02 | 285.88958 |
| 631 | 0.61773 | 2.886E−02 | 288.55729 |
| 632 | 0.61872 | 2.912E−02 | 291.24894 |
| 633 | 0.61970 | 2.940E−02 | 293.96476 |
| 634 | 0.62069 | 2.967E−02 | 296.70495 |
| 635 | 0.62167 | 2.995E−02 | 299.46973 |
| 636 | 0.62266 | 3.023E−02 | 302.25931 |
| 637 | 0.62365 | 3.051E−02 | 305.07393 |
| 638 | 0.62463 | 3.079E−02 | 307.91380 |
| 639 | 0.62562 | 3.108E−02 | 310.77915 |
| 640 | 0.62660 | 3.137E−02 | 313.67020 |
| 641 | 0.62759 | 3.166E−02 | 316.58719 |
| 642 | 0.62857 | 3.195E−02 | 319.53033 |
| 643 | 0.62956 | 3.225E−02 | 322.49987 |
| 644 | 0.63054 | 3.255E−02 | 325.49605 |
| 645 | 0.63153 | 3.285E−02 | 328.51909 |
| 646 | 0.63251 | 3.316E−02 | 331.56923 |
| 647 | 0.63350 | 3.346E−02 | 334.64673 |
| 648 | 0.63448 | 3.378E−02 | 337.75181 |
| 649 | 0.63547 | 3.409E−02 | 340.88473 |
| 650 | 0.63645 | 3.440E−02 | 344.04574 |
| 651 | 0.63744 | 3.472E−02 | 347.23509 |
| 652 | 0.63842 | 3.505E−02 | 350.45302 |
| 653 | 0.63941 | 3.537E−02 | 353.69979 |
| 654 | 0.64039 | 3.570E−02 | 356.97566 |
| 655 | 0.64138 | 3.603E−02 | 360.28090 |
| 656 | 0.64236 | 3.636E−02 | 363.61575 |
| 657 | 0.64335 | 3.670E−02 | 366.98049 |
| 658 | 0.64433 | 3.704E−02 | 370.37537 |
| 659 | 0.64532 | 3.738E−02 | 373.80068 |
| 660 | 0.64631 | 3.773E−02 | 377.25668 |
| 661 | 0.64729 | 3.807E−02 | 380.74365 |
| 662 | 0.64828 | 3.843E−02 | 384.26186 |
| 663 | 0.64926 | 3.878E−02 | 387.81159 |
| 664 | 0.65025 | 3.914E−02 | 391.39312 |
| 665 | 0.65123 | 3.950E−02 | 395.00674 |
| 666 | 0.65222 | 3.987E−02 | 398.65273 |
| 667 | 0.65320 | 4.023E−02 | 402.33138 |
| 668 | 0.65419 | 4.060E−02 | 406.04299 |
| 669 | 0.65517 | 4.098E−02 | 409.78784 |

US 11,887,560 B2

| 51 | 52 |
|---|---|
| TABLE 4-continued | TABLE 4-continued |

| D | V | Y | L (cd/m²) | | D | V | Y | L (cd/m²) |
|---|---|---|---|---|---|---|---|---|
| 670 | 0.65616 | 4.136E−02 | 413.56624 | | 746 | 0.73103 | 8.262E−02 | 826.22339 |
| 671 | 0.65714 | 4.174E−02 | 417.37849 | | 747 | 0.73202 | 8.337E−02 | 833.73706 |
| 672 | 0.65813 | 4.212E−02 | 421.22488 | | 748 | 0.73300 | 8.413E−02 | 841.31830 |
| 673 | 0.65911 | 4.251E−02 | 425.11573 | | 749 | 0.73399 | 8.490E−02 | 848.96773 |
| 674 | 0.66010 | 4.290E−02 | 429.02134 | | 750 | 0.73498 | 8.567E−02 | 856.68597 |
| 675 | 0.66108 | 4.330E−02 | 432.97202 | 10 | 751 | 0.73596 | 8.645E−02 | 864.47366 |
| 676 | 0.66207 | 4.370E−02 | 436.95808 | | 752 | 0.73695 | 8.723E−02 | 872.33141 |
| 677 | 0.66305 | 4.410E−02 | 440.97986 | | 753 | 0.73793 | 8.803E−02 | 880.25988 |
| 678 | 0.66404 | 4.450E−02 | 445.03765 | | 754 | 0.73892 | 8.883E−02 | 888.25970 |
| 679 | 0.66502 | 4.491E−02 | 449.13179 | | 755 | 0.73990 | 8.963E−02 | 896.33154 |
| 680 | 0.66601 | 4.533E−02 | 453.26260 | | 756 | 0.74089 | 9.045E−02 | 904.47604 |
| 681 | 0.66700 | 4.574E−02 | 457.43041 | 15 | 757 | 0.74187 | 9.127E−02 | 912.69387 |
| 682 | 0.66798 | 4.616E−02 | 461.63555 | | 758 | 0.74286 | 9.210E−02 | 920.98570 |
| 683 | 0.66897 | 4.659E−02 | 465.87835 | | 759 | 0.74384 | 9.294E−02 | 929.35220 |
| 684 | 0.66995 | 4.702E−02 | 470.15916 | | 760 | 0.74483 | 9.378E−02 | 937.79407 |
| 685 | 0.67094 | 4.745E−02 | 474.47831 | | 761 | 0.74581 | 9.463E−02 | 946.31199 |
| 686 | 0.67192 | 4.788E−02 | 478.83615 | | 762 | 0.74680 | 9.549E−02 | 954.90665 |
| 687 | 0.67291 | 4.832E−02 | 483.23302 | 20 | 763 | 0.74778 | 9.636E−02 | 963.57876 |
| 688 | 0.67389 | 4.877E−02 | 487.66928 | | 764 | 0.74877 | 9.723E−02 | 972.32902 |
| 689 | 0.67488 | 4.921E−02 | 492.14528 | | 765 | 0.74975 | 9.812E−02 | 981.15816 |
| 690 | 0.67586 | 4.967E−02 | 496.66137 | | 766 | 0.75074 | 9.901E−02 | 990.06690 |
| 691 | 0.67685 | 5.012E−02 | 501.21792 | | 767 | 0.75172 | 9.991E−02 | 999.05595 |
| 692 | 0.67783 | 5.058E−02 | 505.81528 | | 768 | 0.75271 | 1.008E−01 | 1008.12607 |
| 693 | 0.67882 | 5.105E−02 | 510.45383 | 25 | 769 | 0.75369 | 1.017E−01 | 1017.27800 |
| 694 | 0.67980 | 5.151E−02 | 515.13393 | | 770 | 0.75468 | 1.027E−01 | 1026.51247 |
| 695 | 0.68079 | 5.199E−02 | 519.85596 | | 771 | 0.75567 | 1.036E−01 | 1035.83026 |
| 696 | 0.68177 | 5.246E−02 | 524.62029 | | 772 | 0.75665 | 1.045E−01 | 1045.23213 |
| 697 | 0.68276 | 5.294E−02 | 529.42731 | | 773 | 0.75764 | 1.055E−01 | 1054.71885 |
| 698 | 0.68374 | 5.343E−02 | 534.27740 | | 774 | 0.75862 | 1.064E−01 | 1064.29119 |
| 699 | 0.68473 | 5.392E−02 | 539.17094 | 30 | 775 | 0.75961 | 1.074E−01 | 1073.94996 |
| 700 | 0.68571 | 5.441E−02 | 544.10833 | | 776 | 0.76059 | 1.084E−01 | 1083.69593 |
| 701 | 0.68670 | 5.491E−02 | 549.08996 | | 777 | 0.76158 | 1.094E−01 | 1093.52991 |
| 702 | 0.68768 | 5.541E−02 | 554.11624 | | 778 | 0.76256 | 1.103E−01 | 1103.45271 |
| 703 | 0.68867 | 5.592E−02 | 559.18755 | | 779 | 0.76355 | 1.113E−01 | 1113.46516 |
| 704 | 0.68966 | 5.643E−02 | 564.30431 | | 780 | 0.76453 | 1.124E−01 | 1123.56806 |
| 705 | 0.69064 | 5.695E−02 | 569.46692 | 35 | 781 | 0.76552 | 1.134E−01 | 1133.76227 |
| 706 | 0.69163 | 5.747E−02 | 574.67581 | | 782 | 0.76650 | 1.144E−01 | 1144.04861 |
| 707 | 0.69261 | 5.799E−02 | 579.93138 | | 783 | 0.76749 | 1.154E−01 | 1154.42793 |
| 708 | 0.69360 | 5.852E−02 | 585.23405 | | 784 | 0.76847 | 1.165E−01 | 1164.90110 |
| 709 | 0.69458 | 5.906E−02 | 590.58426 | | 785 | 0.76946 | 1.175E−01 | 1175.46898 |
| 710 | 0.69557 | 5.960E−02 | 595.98243 | | 786 | 0.77044 | 1.186E−01 | 1186.13245 |
| 711 | 0.69655 | 6.014E−02 | 601.42899 | 40 | 787 | 0.77143 | 1.197E−01 | 1196.89237 |
| 712 | 0.69754 | 6.069E−02 | 606.92438 | | 788 | 0.77241 | 1.208E−01 | 1207.74965 |
| 713 | 0.69852 | 6.125E−02 | 612.46904 | | 789 | 0.77340 | 1.219E−01 | 1218.70519 |
| 714 | 0.69951 | 6.181E−02 | 618.06341 | | 790 | 0.77438 | 1.230E−01 | 1229.75989 |
| 715 | 0.70049 | 6.237E−02 | 623.70795 | | 791 | 0.77537 | 1.241E−01 | 1240.91466 |
| 716 | 0.70148 | 6.294E−02 | 629.40310 | | 792 | 0.77635 | 1.252E−01 | 1252.17044 |
| 717 | 0.70246 | 6.351E−02 | 635.14933 | 45 | 793 | 0.77734 | 1.264E−01 | 1263.52815 |
| 718 | 0.70345 | 6.409E−02 | 640.94709 | | 794 | 0.77833 | 1.275E−01 | 1274.98874 |
| 719 | 0.70443 | 6.468E−02 | 646.79685 | | 795 | 0.77931 | 1.287E−01 | 1286.55317 |
| 720 | 0.70542 | 6.527E−02 | 652.69908 | | 796 | 0.78030 | 1.298E−01 | 1298.22238 |
| 721 | 0.70640 | 6.587E−02 | 658.65426 | | 797 | 0.78128 | 1.310E−01 | 1309.99736 |
| 722 | 0.70739 | 6.647E−02 | 664.66286 | | 798 | 0.78227 | 1.322E−01 | 1321.87908 |
| 723 | 0.70837 | 6.707E−02 | 670.72537 | 50 | 799 | 0.78325 | 1.334E−01 | 1333.86853 |
| 724 | 0.70936 | 6.768E−02 | 676.84228 | | 800 | 0.78424 | 1.346E−01 | 1345.96672 |
| 725 | 0.71034 | 6.830E−02 | 683.01407 | | 801 | 0.78522 | 1.358E−01 | 1358.17464 |
| 726 | 0.71133 | 6.892E−02 | 689.24124 | | 802 | 0.78621 | 1.370E−01 | 1370.49332 |
| 727 | 0.71232 | 6.955E−02 | 695.52430 | | 803 | 0.78719 | 1.383E−01 | 1382.92378 |
| 728 | 0.71330 | 7.019E−02 | 701.86376 | | 804 | 0.78818 | 1.395E−01 | 1395.46706 |
| 729 | 0.71429 | 7.083E−02 | 708.26011 | 55 | 805 | 0.78916 | 1.408E−01 | 1408.12422 |
| 730 | 0.71527 | 7.147E−02 | 714.71389 | | 806 | 0.79015 | 1.421E−01 | 1420.89630 |
| 731 | 0.71626 | 7.212E−02 | 721.22561 | | 807 | 0.79113 | 1.434E−01 | 1433.78438 |
| 732 | 0.71724 | 7.278E−02 | 727.79579 | | 808 | 0.79212 | 1.447E−01 | 1446.78954 |
| 733 | 0.71823 | 7.344E−02 | 734.42496 | | 809 | 0.79310 | 1.460E−01 | 1459.91285 |
| 734 | 0.71921 | 7.411E−02 | 741.11367 | | 810 | 0.79409 | 1.473E−01 | 1473.15543 |
| 735 | 0.72020 | 7.479E−02 | 747.86245 | 60 | 811 | 0.79507 | 1.487E−01 | 1486.51839 |
| 736 | 0.72118 | 7.547E−02 | 754.67184 | | 812 | 0.79606 | 1.500E−01 | 1500.00283 |
| 737 | 0.72217 | 7.615E−02 | 761.54240 | | 813 | 0.79704 | 1.514E−01 | 1513.60991 |
| 738 | 0.72315 | 7.685E−02 | 768.47469 | | 814 | 0.79803 | 1.527E−01 | 1527.34075 |
| 739 | 0.72414 | 7.755E−02 | 775.46925 | | 815 | 0.79901 | 1.541E−01 | 1541.19651 |
| 740 | 0.72512 | 7.825E−02 | 782.52667 | | 816 | 0.80000 | 1.555E−01 | 1555.17836 |
| 741 | 0.72611 | 7.896E−02 | 789.64751 | | 817 | 0.80099 | 1.569E−01 | 1569.28748 |
| 742 | 0.72709 | 7.968E−02 | 796.83234 | 65 | 818 | 0.80197 | 1.584E−01 | 1583.52505 |
| 743 | 0.72808 | 8.041E−02 | 804.08176 | | 819 | 0.80296 | 1.598E−01 | 1597.89226 |
| 744 | 0.72906 | 8.114E−02 | 811.39634 | | 820 | 0.80394 | 1.612E−01 | 1612.39034 |
| 745 | 0.73005 | 8.188E−02 | 818.77668 | | 821 | 0.80493 | 1.627E−01 | 1627.02051 |

US 11,887,560 B2

<table>
<tr><td>53</td><td></td><td></td><td></td><td></td><td>54</td></tr>
</table>

| TABLE 4-continued | | | | | TABLE 4-continued | | | |
|---|---|---|---|---|---|---|---|---|
| Exemplary Table of Values for 10 bits | | | | | Exemplary Table of Values for 10 bits | | | |
| D | V | Y | L (cd/m²) | | D | V | Y | L (cd/m²) |
| 822 | 0.80591 | 1.642E−01 | 1641.78399 | | 898 | 0.88079 | 3.269E−01 | 3269.13018 |
| 823 | 0.80690 | 1.657E−01 | 1656.68205 | | 899 | 0.88177 | 3.299E−01 | 3299.03992 |
| 824 | 0.80788 | 1.672E−01 | 1671.71592 | | 900 | 0.88276 | 3.329E−01 | 3329.22857 |
| 825 | 0.80887 | 1.687E−01 | 1686.88689 | | 901 | 0.88374 | 3.360E−01 | 3359.69884 |
| 826 | 0.80985 | 1.702E−01 | 1702.19625 | | 902 | 0.88473 | 3.390E−01 | 3390.45346 |
| 827 | 0.81084 | 1.718E−01 | 1717.64528 | | 903 | 0.88571 | 3.421E−01 | 3421.49517 |
| 828 | 0.81182 | 1.733E−01 | 1733.23529 | | 904 | 0.88670 | 3.453E−01 | 3452.82676 |
| 829 | 0.81281 | 1.749E−01 | 1748.96761 | | 905 | 0.88768 | 3.484E−01 | 3484.45106 |
| 830 | 0.81379 | 1.765E−01 | 1764.84357 | | 906 | 0.88867 | 3.516E−01 | 3516.37089 |
| 831 | 0.81478 | 1.781E−01 | 1780.86453 | | 907 | 0.88966 | 3.549E−01 | 3548.58913 |
| 832 | 0.81576 | 1.797E−01 | 1797.03183 | | 908 | 0.89064 | 3.581E−01 | 3581.10868 |
| 833 | 0.81675 | 1.813E−01 | 1813.34685 | | 909 | 0.89163 | 3.614E−01 | 3613.93247 |
| 834 | 0.81773 | 1.830E−01 | 1829.81099 | | 910 | 0.89261 | 3.647E−01 | 3647.06346 |
| 835 | 0.81872 | 1.846E−01 | 1846.42564 | | 911 | 0.89360 | 3.681E−01 | 3680.50463 |
| 836 | 0.81970 | 1.863E−01 | 1863.19222 | | 912 | 0.89458 | 3.714E−01 | 3714.25901 |
| 837 | 0.82069 | 1.880E−01 | 1880.11216 | | 913 | 0.89557 | 3.748E−01 | 3748.32965 |
| 838 | 0.82167 | 1.897E−01 | 1897.18689 | | 914 | 0.89655 | 3.783E−01 | 3782.71964 |
| 839 | 0.82266 | 1.914E−01 | 1914.41788 | | 915 | 0.89754 | 3.817E−01 | 3817.43208 |
| 840 | 0.82365 | 1.932E−01 | 1931.80660 | | 916 | 0.89852 | 3.852E−01 | 3852.47012 |
| 841 | 0.82463 | 1.949E−01 | 1949.35454 | | 917 | 0.89951 | 3.888E−01 | 3887.83695 |
| 842 | 0.82562 | 1.967E−01 | 1967.06319 | | 918 | 0.90049 | 3.924E−01 | 3923.53576 |
| 843 | 0.82660 | 1.985E−01 | 1984.93407 | | 919 | 0.90148 | 3.960E−01 | 3959.56982 |
| 844 | 0.82759 | 2.003E−01 | 2002.96871 | | 920 | 0.90246 | 3.996E−01 | 3995.94239 |
| 845 | 0.82857 | 2.021E−01 | 2021.16866 | | 921 | 0.90345 | 4.033E−01 | 4032.65679 |
| 846 | 0.82956 | 2.040E−01 | 2039.53547 | | 922 | 0.90443 | 4.070E−01 | 4069.71636 |
| 847 | 0.83054 | 2.058E−01 | 2058.07072 | | 923 | 0.90542 | 4.107E−01 | 4107.12448 |
| 848 | 0.83153 | 2.077E−01 | 2076.77601 | | 924 | 0.90640 | 4.145E−01 | 4144.88457 |
| 849 | 0.83251 | 2.096E−01 | 2095.65294 | | 925 | 0.90739 | 4.183E−01 | 4183.00009 |
| 850 | 0.83350 | 2.115E−01 | 2114.70314 | | 926 | 0.90837 | 4.221E−01 | 4221.47450 |
| 851 | 0.83448 | 2.134E−01 | 2133.92824 | | 927 | 0.90936 | 4.260E−01 | 4260.31135 |
| 852 | 0.83547 | 2.153E−01 | 2153.32990 | | 928 | 0.91034 | 4.300E−01 | 4299.51418 |
| 853 | 0.83645 | 2.173E−01 | 2172.90979 | | 929 | 0.91133 | 4.339E−01 | 4339.08659 |
| 854 | 0.83744 | 2.193E−01 | 2192.66960 | | 930 | 0.91232 | 4.379E−01 | 4379.03221 |
| 855 | 0.83842 | 2.213E−01 | 2212.61104 | | 931 | 0.91330 | 4.419E−01 | 4419.35473 |
| 856 | 0.83941 | 2.233E−01 | 2232.73582 | | 932 | 0.91429 | 4.460E−01 | 4460.05783 |
| 857 | 0.84039 | 2.253E−01 | 2253.04569 | | 933 | 0.91527 | 4.501E−01 | 4501.14528 |
| 858 | 0.84138 | 2.274E−01 | 2273.54240 | | 934 | 0.91626 | 4.543E−01 | 4542.62085 |
| 859 | 0.84236 | 2.294E−01 | 2294.22773 | | 935 | 0.91724 | 4.584E−01 | 4584.48837 |
| 860 | 0.84335 | 2.315E−01 | 2315.10346 | | 936 | 0.91823 | 4.627E−01 | 4626.75172 |
| 861 | 0.84433 | 2.336E−01 | 2336.17142 | | 937 | 0.91921 | 4.669E−01 | 4669.41478 |
| 862 | 0.84532 | 2.357E−01 | 2357.43342 | | 938 | 0.92020 | 4.712E−01 | 4712.48152 |
| 863 | 0.84631 | 2.379E−01 | 2378.89131 | | 939 | 0.92118 | 4.756E−01 | 4755.95591 |
| 864 | 0.84729 | 2.401E−01 | 2400.54696 | | 940 | 0.92217 | 4.800E−01 | 4799.84198 |
| 865 | 0.84828 | 2.422E−01 | 2422.40224 | | 941 | 0.92315 | 4.844E−01 | 4844.14381 |
| 866 | 0.84926 | 2.444E−01 | 2444.45906 | | 942 | 0.92414 | 4.889E−01 | 4888.86551 |
| 867 | 0.85025 | 2.467E−01 | 2466.71934 | | 943 | 0.92512 | 4.934E−01 | 4934.01124 |
| 868 | 0.85123 | 2.489E−01 | 2489.18502 | | 944 | 0.92611 | 4.980E−01 | 4979.58519 |
| 869 | 0.85222 | 2.512E−01 | 2511.85806 | | 945 | 0.92709 | 5.026E−01 | 5025.59161 |
| 870 | 0.85320 | 2.535E−01 | 2534.74043 | | 946 | 0.92808 | 5.072E−01 | 5072.03478 |
| 871 | 0.85419 | 2.558E−01 | 2557.83414 | | 947 | 0.92906 | 5.119E−01 | 5118.91905 |
| 872 | 0.85517 | 2.581E−01 | 2581.14120 | | 948 | 0.93005 | 5.166E−01 | 5166.24879 |
| 873 | 0.85616 | 2.605E−01 | 2604.66365 | | 949 | 0.93103 | 5.214E−01 | 5214.02842 |
| 874 | 0.85714 | 2.628E−01 | 2628.40356 | | 950 | 0.93202 | 5.262E−01 | 5262.26241 |
| 875 | 0.85813 | 2.652E−01 | 2652.36299 | | 951 | 0.93300 | 5.311E−01 | 5310.95529 |
| 876 | 0.85911 | 2.677E−01 | 2676.54405 | | 952 | 0.93399 | 5.360E−01 | 5360.11161 |
| 877 | 0.86010 | 2.701E−01 | 2700.94886 | | 953 | 0.93498 | 5.410E−01 | 5409.73600 |
| 878 | 0.86108 | 2.726E−01 | 2725.57957 | | 954 | 0.93596 | 5.460E−01 | 5459.83311 |
| 879 | 0.86207 | 2.750E−01 | 2750.43834 | | 955 | 0.93695 | 5.510E−01 | 5510.40765 |
| 880 | 0.86305 | 2.776E−01 | 2775.52735 | | 956 | 0.93793 | 5.561E−01 | 5561.46439 |
| 881 | 0.86404 | 2.801E−01 | 2800.84881 | | 957 | 0.93892 | 5.613E−01 | 5613.00814 |
| 882 | 0.86502 | 2.826E−01 | 2826.40496 | | 958 | 0.93990 | 5.665E−01 | 5665.04375 |
| 883 | 0.86601 | 2.852E−01 | 2852.19805 | | 959 | 0.94089 | 5.718E−01 | 5717.57614 |
| 884 | 0.86700 | 2.878E−01 | 2878.23034 | | 960 | 0.94187 | 5.771E−01 | 5770.61028 |
| 885 | 0.86798 | 2.905E−01 | 2904.50415 | | 961 | 0.94286 | 5.824E−01 | 5824.15118 |
| 886 | 0.86897 | 2.931E−01 | 2931.02179 | | 962 | 0.94384 | 5.878E−01 | 5878.20392 |
| 887 | 0.86995 | 2.958E−01 | 2957.78560 | | 963 | 0.94483 | 5.933E−01 | 5932.77361 |
| 888 | 0.87094 | 2.985E−01 | 2984.79796 | | 964 | 0.94581 | 5.988E−01 | 5987.86545 |
| 889 | 0.87192 | 3.012E−01 | 3012.06126 | | 965 | 0.94680 | 6.043E−01 | 6043.48465 |
| 890 | 0.87291 | 3.040E−01 | 3039.57792 | | 966 | 0.94778 | 6.100E−01 | 6099.63651 |
| 891 | 0.87389 | 3.067E−01 | 3067.35037 | | 967 | 0.94877 | 6.156E−01 | 6156.32637 |
| 892 | 0.87488 | 3.095E−01 | 3095.38108 | | 968 | 0.94975 | 6.214E−01 | 6213.55964 |
| 893 | 0.87586 | 3.124E−01 | 3123.67255 | | 969 | 0.95074 | 6.271E−01 | 6271.34178 |
| 894 | 0.87685 | 3.152E−01 | 3152.22729 | | 970 | 0.95172 | 6.330E−01 | 6329.67830 |
| 895 | 0.87783 | 3.181E−01 | 3181.04784 | | 971 | 0.95271 | 6.389E−01 | 6388.57478 |
| 896 | 0.87882 | 3.210E−01 | 3210.13677 | | 972 | 0.95369 | 6.448E−01 | 6448.03685 |
| 897 | 0.87980 | 3.239E−01 | 3239.49668 | | 973 | 0.95468 | 6.508E−01 | 6508.07022 |

US 11,887,560 B2

55

TABLE 4-continued

| | Exemplary Table of Values for 10 bits | | |
|---|---|---|---|
| D | V | Y | L (cd/m²) |
| 974 | 0.95567 | 6.569E−01 | 6568.68063 |
| 975 | 0.95665 | 6.630E−01 | 6629.87391 |
| 976 | 0.95764 | 6.692E−01 | 6691.65593 |
| 977 | 0.95862 | 6.754E−01 | 6754.03264 |
| 978 | 0.95961 | 6.817E−01 | 6817.01005 |
| 979 | 0.96059 | 6.881E−01 | 6880.59422 |
| 980 | 0.96158 | 6.945E−01 | 6944.79129 |
| 981 | 0.96256 | 7.010E−01 | 7009.60746 |
| 982 | 0.96355 | 7.075E−01 | 7075.04901 |
| 983 | 0.96453 | 7.141E−01 | 7141.12226 |
| 984 | 0.96552 | 7.208E−01 | 7207.83362 |
| 985 | 0.96650 | 7.275E−01 | 7275.18956 |
| 986 | 0.96749 | 7.343E−01 | 7343.19663 |
| 987 | 0.96847 | 7.412E−01 | 7411.86143 |
| 988 | 0.96946 | 7.481E−01 | 7481.19065 |
| 989 | 0.97044 | 7.551E−01 | 7551.19105 |
| 990 | 0.97143 | 7.622E−01 | 7621.86945 |
| 991 | 0.97241 | 7.693E−01 | 7693.23276 |
| 992 | 0.97340 | 7.765E−01 | 7765.28795 |
| 993 | 0.97438 | 7.838E−01 | 7838.04207 |
| 994 | 0.97537 | 7.912E−01 | 7911.50226 |
| 995 | 0.97635 | 7.986E−01 | 7985.67571 |
| 996 | 0.97734 | 8.061E−01 | 8060.56972 |
| 997 | 0.97833 | 8.136E−01 | 8136.19165 |
| 998 | 0.97931 | 8.213E−01 | 8212.54893 |
| 999 | 0.98030 | 8.290E−01 | 8289.64909 |
| 1000 | 0.98128 | 8.367E−01 | 8367.49974 |
| 1001 | 0.98227 | 8.446E−01 | 8446.10856 |
| 1002 | 0.98325 | 8.525E−01 | 8525.48333 |
| 1003 | 0.98424 | 8.606E−01 | 8605.63189 |
| 1004 | 0.98522 | 8.687E−01 | 8686.56220 |
| 1005 | 0.98621 | 8.768E−01 | 8768.28228 |
| 1006 | 0.98719 | 8.851E−01 | 8850.80025 |
| 1007 | 0.98818 | 8.934E−01 | 8934.12431 |
| 1008 | 0.98916 | 9.018E−01 | 9018.26275 |
| 1009 | 0.99015 | 9.103E−01 | 9103.22396 |
| 1010 | 0.99113 | 9.189E−01 | 9189.01642 |
| 1011 | 0.99212 | 9.276E−01 | 9275.64869 |
| 1012 | 0.99310 | 9.363E−01 | 9363.12944 |
| 1013 | 0.99409 | 9.451E−01 | 9451.46742 |
| 1014 | 0.99507 | 9.541E−01 | 9540.67150 |
| 1015 | 0.99606 | 9.631E−01 | 9630.75061 |
| 1016 | 0.99704 | 9.722E−01 | 9721.71382 |
| 1017 | 0.99803 | 9.814E−01 | 9813.57027 |
| 1018 | 0.99901 | 9.906E−01 | 9906.32922 |
| 1019 | 1.00000 | 1.000E+00 | 10000.00000 |
| 1020 | | | Reserved |
| 1021 | | | Reserved |
| 1022 | | | Reserved |
| 1023 | | | Reserved |

In the foregoing specification, embodiments of the invention have been described with reference to numerous specific details that may vary from implementation to implementation. Thus, the sole and exclusive indicator of what is the invention, and is intended by the applicants to be the invention, is the set of claims that issue from this application, in the specific form in which such claims issue, including any subsequent correction. Any definitions expressly set forth herein for terms contained in such claims shall govern the meaning of such terms as used in the claims. Hence, no limitation, element, property, feature, advantage or attribute that is not expressly recited in a claim should limit the scope of such claim in any way. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

It is claimed:

1. A non-transitory computer-readable medium storing instructions that, when executed by a processor, cause the processor to perform operations, the operations comprising:

56

receiving image data with luminance values representing absolute luminance values L to be encoded;

encoding the image data into reference encoded image data; and

outputting the reference encoded image data,

wherein the encoding comprises mapping absolute luminance values into digital code values, the luminance values of the received image data being represented by the digital code values in the reference encoded image data;

wherein the mapping is based at least in part on an inverse of a functional model of:

$$Y = \left( \frac{\max\left[ (V^{1/m} - c_1), 0 \right]}{c_2 - c_3 V^{1/m}} \right)^{1/n},$$

wherein:

Y is a normalized value of a corresponding one of the absolute luminance values L, wherein $0 \le Y \le 1$,

V is a normalized value of a corresponding one of the digital code values D that are output as reference encoded image data, wherein $0 \le V \le 1$, and

n, m, $c_1$, $c_2$, and $c_3$ are predetermined values, with:

$$n = \frac{2610}{4096} \times \frac{1}{4} \approx 0.1593017578125;$$

$$m = \frac{2523}{4096} \times 128 \approx 78.84375;$$

$$c_1 = c_3 - c_2 + 1 = \frac{3424}{4096} \approx 0.8359375;$$

$$c_2 = \frac{2413}{4096} \times 32 \approx 18.8515656; \text{ and}$$

$$c_3 = \frac{2392}{4096} \times 32 \approx 18.6875.$$

2. The non-transitory computer-readable medium of claim 1, wherein the digital code values D are 8, 10, or 12 bits code values.

3. A non-transitory computer-readable medium storing instructions that, when executed by a processor, cause the processor to perform operations, the operations comprising:

receiving encoded image data; and

decoding the image data, characterized in that the decoding comprises mapping digital code values in the encoded image data to normalized luminance values based at least in part on a functional model of:

$$Y = \left( \frac{\max\left[ (V^{1/m} - c_1), 0 \right]}{c_2 - c_3 V^{1/m}} \right)^{1/n},$$

wherein:

Y is a normalized luminance value, wherein $0 \le Y \le 1$,

V is a normalized value of a corresponding one of the digital code values D of the encoded image data, wherein $0 \le V \le 1$, and

n, m, $c_1$, $c_2$, and $c_3$ are predetermined values, with:

$$n = \frac{2610}{4096} \times \frac{1}{4} \approx 0.1593017578125;$$

US 11,887,560 B2

57

58

-continued

$$m = \frac{2523}{4096} \times 128 \simeq 78.84375;$$

$$c_1 = c_3 - c_2 + 1 = \frac{3424}{4096} \simeq 0.8359375;$$

$$c_2 = \frac{2413}{4096} \times 32 \simeq 18.8515656; \text{ and}$$

$$c_3 = \frac{2392}{4096} \times 32 \simeq 18.6875.$$

**4**. The non-transitory computer-readable medium of claim **3**, wherein the digital code values D are 8, 10, or 12 bits code values.

\* \* \* \* \*

# EXHIBIT 2

US010297008B2

(12) **United States Patent**
Demos

(10) Patent No.: **US 10,297,008 B2**
(45) **Date of Patent:** **May 21, 2019**

(54) **METHOD AND SYSTEM FOR IMPROVING COMPRESSED IMAGE CHROMA INFORMATION**

(75) Inventor: **Gary A. Demos**, Culver City, CA (US)

(73) Assignee: **Dolby Laboratories Licensing Corporation**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1579 days.

(21) Appl. No.: **13/325,695**

(22) Filed: **Dec. 14, 2011**

(65) **Prior Publication Data**

US 2012/0087408 A1 Apr. 12, 2012

**Related U.S. Application Data**

(60) Continuation of application No. 13/197,281, filed on Aug. 3, 2011, now Pat. No. 8,737,466, which is a division of application No. 12/913,045, filed on Oct. 27, 2010, which is a division of application No. 12/176,267, filed on Jul. 18, 2008, now Pat. No. 7,961,784, which is a division of application No. 09/905,039, filed on Jul. 12, 2001, now abandoned.

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 7/12* | (2006.01) |
| *G06T 3/40* | (2006.01) |
| *H04N 19/124* | (2014.01) |
| *G06T 9/00* | (2006.01) |
| *H04N 19/61* | (2014.01) |
| *H04N 19/126* | (2014.01) |
| *H04N 19/186* | (2014.01) |

(52) **U.S. Cl.**
CPC ............ *G06T 3/4015* (2013.01); *G06T 9/007* (2013.01); *H04N 7/12* (2013.01); *H04N 19/124* (2014.11); *H04N 19/126* (2014.11); *H04N 19/186* (2014.11); *H04N 19/61* (2014.11)

(58) **Field of Classification Search**
CPC ................................................... H04N 19/124
USPC ............. 375/240.01, 240.03, 240.25, 240.26
IPC ....................................................... H04N 7/12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,654,696 | A | 3/1987 | Dayton et al. |
| 4,800,375 | A | 1/1989 | Silverstein et al. |
| 4,903,317 | A | 2/1990 | Nishihara et al. |
| 5,073,820 | A | 12/1991 | Nakagawa et al. |
| 5,132,783 | A | 7/1992 | Hieda |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2127151 A1 | 3/1995 |
| DE | 19714886 A1 | 11/1997 |

(Continued)

OTHER PUBLICATIONS

Office Action issued in U.S. Appl. No. 09/905,039 on Sep. 2, 2004, 5 pages.

(Continued)

*Primary Examiner* — Young Lee

(57) **ABSTRACT**

Methods, systems, and computer programs for improving compressed image chroma information. In one aspect of the invention, a resolution for a red color component of a color video image is used that is higher than the resolution for a blue color component of the color video image. Another aspect includes utilizing a lower or higher value of a quantization parameter (QP) for one or more chroma channels as compared to the luminance channel. Another aspect is use of a logarithmic representation of a video image to benefit image coding. Another aspect uses more than two chroma channels to represent a video image.

**21 Claims, 4 Drawing Sheets**



US 10,297,008 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,189,530 | A | 2/1993 | Fujii |
| 5,231,484 | A | 7/1993 | Gonzales et al. |
| 5,294,974 | A | 3/1994 | Naimpally et al. |
| 5,333,212 | A | 7/1994 | Ligtenberg |
| 5,374,958 | A | 12/1994 | Yanagihara |
| 5,408,270 | A | 4/1995 | Lim |
| 5,426,463 | A | 6/1995 | Reininger et al. |
| 5,438,374 | A | 8/1995 | Yan |
| 5,440,344 | A | 8/1995 | Asamura et al. |
| 5,442,407 | A | 8/1995 | Iu |
| 5,446,498 | A | 8/1995 | Boon |
| 5,465,119 | A | 11/1995 | Demos |
| 5,475,435 | A | 12/1995 | Yonemitsu et al. |
| 5,489,944 | A | 2/1996 | Jo |
| 5,555,030 | A | 9/1996 | Takamoto et al. |
| 5,661,524 | A | 8/1997 | Murdock et al. |
| 5,668,600 | A | 9/1997 | Lee |
| 5,684,544 | A | 11/1997 | Astle |
| 5,691,777 | A | 11/1997 | Kassatly |
| 5,737,032 | A | 4/1998 | Stenzel et al. |
| 5,742,343 | A | 4/1998 | Haskell et al. |
| 5,748,903 | A | 5/1998 | Agarwal |
| 5,812,194 | A | 9/1998 | Wilkinson |
| 5,825,421 | A | 10/1998 | Tan |
| 5,825,680 | A | 10/1998 | Wheeler et al. |
| 5,835,498 | A | 11/1998 | Kim et al. |
| 5,852,565 | A | 12/1998 | Demos |
| 5,877,754 | A | 3/1999 | Keith et al. |
| 5,914,749 | A | 6/1999 | Bawolek et al. |
| 5,920,353 | A | 7/1999 | Diaz et al. |
| 5,930,386 | A | 7/1999 | Saito |
| 5,933,360 | A | 8/1999 | Larson |
| 5,988,863 | A | 11/1999 | Demos |
| 6,031,937 | A | 2/2000 | Graffagnino |
| 6,069,914 | A | 5/2000 | Cox |
| 6,115,421 | A | 9/2000 | Katta et al. |
| 6,163,574 | A | 12/2000 | Yagasaki |
| 6,172,768 | B1 | 1/2001 | Yamada et al. |
| 6,215,824 | B1 | 4/2001 | Assuncao |
| 6,236,727 | B1 | 5/2001 | Ciacelli et al. |
| 6,268,886 | B1 | 7/2001 | Choi |
| 6,301,304 | B1 | 10/2001 | Jing et al. |
| 6,327,602 | B1 | 12/2001 | Kim |
| 6,332,194 | B1 | 12/2001 | Bloom et al. |
| 6,430,222 | B1 | 8/2002 | Okada |
| 6,434,196 | B1 | 8/2002 | Sethuraman et al. |
| 6,442,203 | B1 | 8/2002 | Demos |
| 6,507,615 | B1 | 1/2003 | Tsujii et al. |
| 6,535,251 | B1 | 3/2003 | Ribas-Corbera |
| 6,629,104 | B1 | 9/2003 | Parulski et al. |
| 6,650,708 | B1 | 11/2003 | Ohgose |
| 6,654,417 | B1 | 11/2003 | Hui |
| 6,654,420 | B1 | 11/2003 | Snook |
| 6,728,317 | B1 | 4/2004 | Demos |
| 6,816,552 | B2 | 11/2004 | Demos |
| 6,957,350 | B1 | 10/2005 | Demos |
| 7,113,152 | B2 | 9/2006 | Ben-David et al. |
| 7,961,784 | B2 | 6/2011 | Demos |
| 8,737,466 | B2 | 5/2014 | Demos |
| 2001/0028725 | A1 | 10/2001 | Nakagawa et al. |
| 2002/0154693 | A1 | 10/2002 | Demos et al. |
| 2002/0186766 | A1 | 12/2002 | Adelaide |
| 2003/0112863 | A1 | 6/2003 | Demos |
| 2003/0112871 | A1 | 6/2003 | Demos |
| 2003/0112873 | A1 | 6/2003 | Demos |
| 2004/0005004 | A1 | 1/2004 | Demos |
| 2005/0254649 | A1 | 11/2005 | Demos |
| 2011/0038411 | A1 | 2/2011 | Demos |
| 2011/0286517 | A1 | 11/2011 | Demos |
| 2011/0286518 | A1 | 11/2011 | Demos |
| 2011/0286519 | A1 | 11/2011 | Demos |
| 2012/0033729 | A1 | 2/2012 | Demos |
| 2012/0087409 | A1 | 4/2012 | Demos |

FOREIGN PATENT DOCUMENTS

| EP | 511778 | A2 | 11/1992 |
| EP | 531041 | A1 | 3/1993 |
| EP | 534350 | A2 | 3/1993 |
| EP | 0595562 | | 5/1994 |
| EP | 634871 | A2 | 1/1995 |
| EP | 1369820 | A2 | 12/2003 |
| GB | 2266635 | | 3/1993 |
| GB | 2266635 | | 11/1993 |
| JP | 62264784 | A | 11/1987 |
| JP | 62283776 | A | 12/1987 |
| JP | 03092888 | A | 4/1991 |
| JP | 04311195 | A | 11/1992 |
| JP | 04323960 | A | 11/1992 |
| JP | 6165150 | A | 6/1994 |
| JP | 6350995 | A | 12/1994 |
| JP | 7170516 | A | 7/1995 |
| JP | 10004497 | A | 1/1998 |
| JP | 11-18089 | | 1/1999 |
| JP | 1188879 | A | 3/1999 |
| JP | 11239351 | A | 8/1999 |
| JP | 2001008209 | A | 1/2001 |
| JP | 2001045476 | A | 2/2001 |
| JP | 2001086356 | A | 3/2001 |
| JP | 2001177731 | A | 6/2001 |
| JP | 2001252088 | A | 9/2001 |
| WO | WO9504433 | A1 | 2/1995 |
| WO | WO 1995/035628 | | 12/1995 |
| WO | WO9728507 | A1 | 8/1997 |
| WO | WO 1998/027736 | | 6/1998 |
| WO | WO 1998/036573 | | 8/1998 |
| WO | WO9920040 | A1 | 4/1999 |
| WO | WO03071119 | A2 | 1/2003 |
| WO | WO03041041 | A2 | 5/2003 |
| WO | WO2004004310 | A2 | 1/2004 |

OTHER PUBLICATIONS

Office Action issued in U.S. Appl. No. 09/905,039 on Dec. 23, 2004, 7 pages.
Office Action issued in U.S. Appl. No. 09/905,039 on Apr. 8, 2005, 8 pages.
Office Action issued in U.S. Appl. No. 09/905,039 on Feb. 16, 2006, 6 pages.
Office Action issued in U.S. Appl. No. 09/905,039 on Aug. 8, 2007, 11 pages (Examiner's Answer to Appeal Brief).
Office Action issued in U.S. Appl. No. 09/905,039 on Apr. 23, 2008, 10 pages.
Office Action issued in U.S. Appl. No. 12/176,267 on Aug. 24, 2009, 14 pages.
Office Action issued in U.S. Appl. No. 12/176,267 on Feb. 2, 2010, 7 pages.
Office Action issued in U.S. Appl. No. 12/176,267 on May 19, 2010, 10 pages.
Office Action issued in U.S. Appl. No. 12/176,267 on Sep. 27, 2010, 10 pages.
Office Action issued in U.S. Appl. No. 12/176,267 on Dec. 10, 2010, 9 pages (Restriction Requirement).
Office Action issued in U.S. Appl. No. 12/176,267 on Feb. 23, 2011, 7 pages.
Patent Abstracts of Japan, vol. 1995, No. 03 (Apr. 28, 2005) re: JP 06350995.
PCT International Search Report issued in PCT/US02/22205 on Jan. 28, 2003, 7 pages.
PCT Written Opinion issued in PCT/US02/22205 on Apr. 2, 2003, 7 pages.
PCT International Preliminary Examination Report issued in PCT/US02/22205 on Mar. 2, 2004, 7 pages.
Pinkerton, Janet, "Digital video stymied by content protection," Dealscope Consumer Electronics Marketplace, Philadelphia, Jan. 1999, vol. 4, issue 1, p. 32.
Puri et al., "Temporal Resolution Scalable Video Coding," Image Processing. 1994 International Conference, IEEE, pp. 947-951 (1994).

# US 10,297,008 B2

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

Singapore Office Action, Application Serial No. 200601486-4, dated Aug. 17, 2006, 9 pages.
Singapore Office Action, Application Serial No. 200601486-4, dated Jul. 9, 2007, 7 pages.
Singapore Office Action issued in 200601486-4 on May 22, 2008, 6 pages.
Singapore Office Action, Search and Examination Report issued on Dec. 2, 2009 in Singapore Patent Application No. 200805819-0.
Vincent, A., et al., "Spatial Prediction in Scalable Video Coding," International Broadcasting Convention, IEEE Conference Publication No. 413, RAI International Congress and Exhibition Centre, Amsterdam, The Netherlands, Sep. 14-18, 1995, pp. 244-249.
Wyszecki and Stiles, "Color Science: Concepts and Methods, Quantitative Data and Formulae," John Wiley and Sons, 2nd Edition, p. 485-489 (1982).
EPO Office Action for Application No. 10 007 124.0-2223 dated Aug. 18, 2011, 4 pages.
EPO Office Action for Application No. 10 007 124.0-2223 dated Nov. 30, 2011, 4 pages.
Japanese Office Action and translation for Application No. 2008-206699 dated May 17, 2011, 5 pages.
Japanese Notification of Reason(s) for Refusal and translation for Application No. 2008-206699 dated Dec. 27, 2011, 4 pages.
U.S. Non-Final Office Action for U.S. Appl. No. 13/272,316 dated Jan. 10, 2012, 28 pages.
Aravind, R. et al., "Packet Loss Resilience of MPEG-2 Scalable Video Coding Algorithms," IEEE Transactions on Circuits and Systems for Video Technology 6(5): 426-435 (Oct. 1996).
Australian Examination Report, Application Serial No. 2002316676 dated Oct. 4, 2006, 1 page.
Australian Notice of Acceptance of Application, Application Serial No. 2002316676 dated May 9, 2007, 16 pages.
Australian Deed of Letters Patent and the published specification for the granted patent for Australian Patent No. AU 20022316676 B2; Granted Sep. 6, 2007, 41 pages.
Australian Examination Report, Application Serial No. 2007203288, dated Aug. 27, 2007, 4 pages.
Australian Examination Report, Application Serial No. 2007203288, dated Sep. 20, 2007, 2 pages.
Australian Notice of Acceptance, Application Serial No. 2007203288, dated Nov. 19, 2007, 16 pages.
Australian Deed of Letters Patent and the published specification for the granted patent for Australian Patent No. 200703288; Granted Mar. 13, 2008, 47 pages.
Australian Examination Report, Application Serial No. 2007231887 dated Sep. 17, 2008, 2 pages.
Australian Notice of Acceptance of Application, Application Serial No. 2007231887 dated Oct. 2, 2008, 12 pages.
Australian Deed of Letters Patent and the published specification for the granted patent for Australian Patent No. 2007231887; Granted Jan. 29, 2009, 44 pages.
Bloomfield, L., "Copy Protection—déjà vu," Broadcast Engineering 40(11): 14-15 (Oct. 1998).
Canadian Office Action issued in 2452506 on Apr. 19, 2006, 3 pages.
Canadian Notice of Allowance issued in 2452506, dated Dec. 6, 2007, 2 pages.
Canadian Office Action issued in 2,621,107 on Nov. 3, 2009, 3 pages.
Canadian Office Action issued in 2,621,107 on Apr. 21, 2009 3 pages.
Canadian Office Action, Application Serial No. 2439727, dated Aug. 15, 2007, 3 pages.
Canadian Patent Grant, Canadian Application No. 2,452,506, dated Apr. 8, 2008, 3 pages.
Chinese Office Action issued in 02813792.2 on Mar. 11, 2005, 13 pages.
Chinese Grant Certificate and Patent No. ZL 02813792.2, dated Apr. 5, 2006, 27 pages.

Demos, G., A Comparison of Hierarchical High Definition Imagry Coding Schema,: DemoGraFX Corp. IEEE, pp. 68-75 (1992).
Demos, G., "An Example Representation for Image Color and Dynamic Range Which is Scalable, Interoperable, and Extensible," 135th Technical Conference, Society of Motion Picture and Televison Engineers, Oct. 1993, Los Angeles, CA, 22 pages.
Demos, G., "Temporal and Resolution Layering in Advanced Tele-vision," SPIE 2663: 52-68 (Nov. 1995).
Demos, G., "The Use of Logarithmic and Density Units for Pixels," SMPTE Journal 100(10): Oct. 1990, pp. 805-816 (1990).
English language abstract for JP 06165150, published Jun. 10, 1994, entitled: "Dynamic Picture Coding/Decoding Device", 1 page.
European Search Report, Application Serial No. 02747000.4, dated May 13, 2008, 3 pages.
European Search Report issued on Mar. 8, 2010, in EP 08075656.2, 7 pages.
European Search Report (Partial) issued in 08075656.2 on Dec. 10, 2009, 4 pages.
European Search Report and Opinion issued on Sep. 1, 2010 in EP 10007124.0, 4 pages.
H.261, ITU-T Telecommunication Standardization Sector of ITU, Line Transmission of non-telephone signals. Video Codec for Audiovisual Services at p X64 kbits, (03/93), 28 pages.
H.263, ITU-T Telecommunication Standardization Sector of ITU, Series H: Audiovisual and Multimedia Systems, Infrastructure of audiovisual services—coding of moving video. Video coding for low bit rate communication, (Jan. 2005), 226 pages.
H.263, Appendix III, ITU-T Telecommunication Standardization Sector of ITU, Series H: Audiovisual and Multimedia Systems, Infrastructure of audiovisual services—coding of moving video. Video coding for low bit rate communication, Appendix III: Examples for H.263 encoder/decoder implementations, (Jun. 2001), 48 pages.
IEEE Standard Specification for the Implementations of 8x8 Inverse Discrete Cosine Transforms, IEEE Std 1180-1990, The Institute of Electrical and Electronics Engineers, Inc.; United States of America, 12 pages (1991).
Indian Office Action issued in 00056/DELNP/2004 on Apr. 8, 2011, 2 pages.
ISO/IEC 14496-2 International Standard, Information technology—coding of audio-visual objects—Part 2: visual, 2nd Edition, Dec. 1, 2001, 536 pages.
ISO/IEC 14496-2 International Standard, Information technology—coding of audio-visual objects—Part 2: visual, 2nd Edition, Amend-ment 2: Streaming video profile, Feb. 1, 2002, 64 pages.
ISO/IEC JTC 1, "Coding of audio-visual objects—Part 2: Visual," ISO/IEC 14496-2 (MPEG-4 Part 2), Dec. 1999, 348 pages.
Japanese Office Action, Application Serial No. 2003-512824, dated Mar. 18, 2008, 4 pages.
Japanese Office Action with translation, Application No. 2003-512824, dated Oct. 15, 2008, 4 pages.
Korean Office Action issued in 10-2004-7000367 on Jan. 20, 2009, and English translation (8 pages).
Lim, Jae S., "A migration path to a better digital television system," SMPTE Journal 103(1): 2-6 (Jan. 1, 1994).
Mexican Patent No. 277175 issued on Jul. 9, 2010, 41 pages.
Notice of Allowance issued in U.S. Appl. No. 12/176,267 on Apr. 29, 2011, 7 pages.
Office Action issued in U.S. Appl. No. 09/798,346, dated Apr. 3, 2006, 12 pages.
Office Action issued in U.S. Appl. No. 09/798,346, dated Aug. 23, 2007, 8 pages.
Office Action issued in U.S. Appl. No. 09/798,346, dated Nov. 27, 2006, 7 pages.
Office Action issued in U.S. Appl. No. 09/905,035 on May 23, 2003, 4 pages (Restriction Requirement).
Office Action issued in U.S. Appl. No. 09/905,039 on Jul. 17, 2003, 9 pages.
Office Action issued in U.S. Appl. No. 09/905,039 on Jan. 15, 2004, 6 pages.
Office Action issued in U.S. Appl. No. 09/905,039 on Apr. 5, 2004, 7 pages.
Bjontegaard et al., "Definition of New Coding Elements from Telenor," 10. VCEG Meeting; May 16, 2000-May 19, 2000; Osaka,

# US 10,297,008 B2

Page 4

(56)     **References Cited**

OTHER PUBLICATIONS

JP; (Video Codingexperts Group of ITU-T SG.16), No. q15j28, May 9, 2000, EP030003057, ISSN: 0000-0466.

Bjontegaard et al., "H.26L Test Model Long Term No. 4 (TML-4) draft)", ITU-IT Study Group 16, Video Coding Experts Group Question 15, SCEG Meeting, May 16-18, 2000, Osaka, Japan, q15j72d).doc Jun. 16, 2000, Section 3.1, Section 4.3.3, Retrieved from the Internet <URL: http://wftp3.itu.int/av-arch/video-site/0005_ Osa/q15j72d0.doc>, 30 pages.

Bjontegaard et al., "Use of Higher QP for Chroma AC Coefficients," 11. VCEG Meeting; Aug. 22, 2000-Aug. 25, 2000; Portland, Oregon, US;(Video Coding Experts Group of ITU-T SG.16), No. q15k29, Aug. 16, 2000 (Aug. 16, 2000), XP030003122, ISSN: 0000-0463, 2 pages.

Communication Pursuant to Article 94(3) EPC issued in EP 12160436. 7-2223 on Nov. 9, 2012, 8 pages.

Communication Pursuant to Article 94(3) EPC issued in EP 12160438.3 - 2223 on Oct. 9, 2012, 8 pages.

Communication Pursuant to Article 94(3) EPC issued in EP 12161238.6 - 2223 on Nov. 16, 2012, 8 pages.

Communication Pursuant to Article 94(3) EPC issued in EP 12161242.8 - 2223 on Nov. 16, 2012, 8 pages.

Communication Pursuant to Article 94(3) EPC issued in EP 12161246. 9-2223 on Oct. 9, 2012, 8 pages.

Communication Pursuant to Article 94(3) EPC issued in EP 12161251. 9-2223 on Oct. 9, 2012, 8 pages.

Communication Pursuant to Article 94(3) EPC issued in Ep 12161254. 3-2223 on Nov. 20, 2012, 8 pages.

D10 q15kT0.doc—announcement of 11th meeting—Portland, Oregon; Sullivan, "Announcement of the Eleventh Meeting of the Experts Group for ITU-T Q.15/SG16—Advanced Video Coding Portland, Oregon, USA, Aug. 22-25, 2000" 12 pages, Aug. 8, 2000.

D11 ql5kT1r1—meeting plan; Eleventh Meeting of ITU-T Q.15/ SG16 Advanced Video Coding Experts Group, Aug. 22-24, 2000 Meeting Plan (See Also Figure 1), Aug. 23, 2000, 4 pages.

D12 Meeting Report of the 11th meeting, Portland Oregon; ITU—Telecommunications Standardization Sector Study Group 6, Video Coding Experts Group (Question 15), Document Q15-K-60d1, Nov. 9, 2000, 39 pages.

D13 web page of ITU; wftp3.itu.int—/av-arch/ [online] Feb. 23, 2013 [retrieved Mar. 15, 2013]. Retrieved from the Internet: <URL: http://wftp3.itu.int/av-arch/>, 1 page.

D14 Lindbergh, "Transfer of standards.pictel.com to ITU" email dated Apr. 4, 2003, [retrieved Mar. 15, 2013]. Retrieved from the Internet: <URL: http://wftp3.itu.int/av-arch/>, 3 pages.

D15 Richardson, "H.264 and MPEG-4 Video Compression," Chapter 4: The MPEG-4 and H.264 Standards, pp. 85-98, Oct. 17, 2003.

D16 Letter dated Sep. 14, 2009 from Hubert Plugge of the EPO to Mr Franz Zinkler concerning EP application 08018793.3, 2 pages.

D8 web page showing all VCEG meeting document folders from Feb. 2002; wftp3.itu.int - /av-arch/video-site/ [online] [retrieved on Mar. 15, 2013]. Retrieved from the Internet <URL: http://wftp3. itu.int/av-arch/video-site/>, 2 pages.

D9 website of VCEG meeting documents for the Portland, Oregon meeting; wftp3.itu.int - /av-arch/video-site/0008_Por/ [online] Mar. 13, 2001 [retrieved on Mar. 1, 2013]. Retrieved from the Internet <URL: http://wftp3.itu.int/av-arch/video-site/0008_Por/>, 2 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12160431.8 dated May 17, 2013, 88 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12160433.4 dated May 17, 2013, 88 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12160436.7 dated May 17, 2013, 87 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12160438.3 dated May 17, 2013, 87 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12161238.6 dated May 17, 2013, 88 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12161242.8 dated May 17, 2013, 87 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12161246.9 dated May 17, 2013, 87 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12161251.9 dated May 17, 2013, 87 pages.

EPO "Summons to attend oral proceedings pursuant to Rule 115(1) EPC" for European Application No. 12161254.3 dated May 17, 2013, 88 pages.

EPO Office Action for Application No. 12160431.8 dated Aug. 21, 2012, 8 pages.

European Search Report for EP App. No. 13180372.8 dated Aug. 7, 2014, 12 pages.

European Search Report issued in 12160431.8-2223 on Jul. 27, 2012, 4 pages.

European Search Report issued in 12160433.4-2223 on Jul. 27, 2012, 4 pages.

European Search Report issued in 12160436.7-2223 on Aug. 1, 2012, 4 pages.

European Search Report issued in 12160438.3-2223 on Aug. 1, 2012, 4 pages.

European Search Report issued in 12161238.6-2223 on Jul. 30, 2012, 4 pages.

European Search Report issued in 12161242.8-2223 on Jul. 30, 2012, 4 pages.

European Search Report issued in 12161246.9-2223 on Aug. 1, 2012, 4 pages.

European Search Report issued in 12161251.9-2223 on Aug. 1, 2012, 4 pages.

European Search Report issued in 12161254.3-2223 on Jul. 30, 2012, 4 pages.

H.262. ITU-T Telecommunication Standardization Sector of ITU, Transmission of Non-Telephone Signals, Information Technology—Generic Coding of Moving Pictures and Associated Audio Information: Video, p. vi and p. 5, Jul. 1995.

ISO/IEC 14496-2 International Standard, Information technology—coding of audio-visual objects-Part 2: visual, p. xvi and p. 7, dated 2001.

Japanese Office Action and translation, Application No. 2008-20669, dated Jul. 17, 2012, 4 pages.

Japanese Office Action for Application No. 2010-269367, Feb. 27, 2013 6 pages.

Minutes of the oral proceedings in EP Application No. 12160431.8, dated Feb. 10, 2014, 7 pages.

Minutes of the oral proceedings in EP Application No. 12160433.4, dated Feb. 10, 2014, 8 pages.

Minutes of the oral proceedings in EP Application No. 12160436.7, dated Feb. 7, 2014, 5 pages.

Minutes of the oral proceedings in EP Application No. 12160438.3, dated Feb. 10, 2014, 6 pages.

Minutes of the oral proceedings in EP Application No. 12161238.6, dated Feb. 7, 2014, 6 pages.

Minutes of the oral proceedings in EP Application No. 12161242.8, dated Feb. 10, 2014, 10 pages.

Minutes of the oral proceedings in EP Application No. 12161246.9, dated Feb. 10, 2014, 5 pages.

Minutes of the oral proceedings in European Application No. 12161251.9, dated Feb. 10, 2014, 5 pages.

Minutes of the oral proceedings in European Application No. 12161254.3, dated Feb. 7, 2014, 6 pages.

Office Action in European Application No. 12160431.8 dated Feb. 10, 2014, 17 pages.

Office Action in European Application No. 12160433.4 dated Feb. 10, 2014, 16 pages.

Office Action in European Application No. 12160436.7 dated Feb. 7, 2014, 15 pages.

# US 10,297,008 B2

Page 5

(56) **References Cited**

OTHER PUBLICATIONS

Office Action in European Application No. 12160438.3, dated Feb. 10, 2014, 16 pages.

Office Action in European Application No. 12161238.6, dated Feb. 7, 2014, 17 pages.

Office Action in European Application No. 12161242.8, dated Feb. 10, 2014, 17 pages.

Office Action in European Application No. 12161246.9, dated Feb. 12, 2014, 15 pages.

Office Action in European Application No. 12161251.9, dated Feb. 10, 2014, 16 pages.

Office Action in European Application No. 12161254.3, dated Feb. 7, 2014, 15 pages.

Office Action in Japanese Application No. 2010-269367, dated Aug. 7, 2013, 8 pages [includes English translation].

Office Action in Japanese Application No. 2012-285980, dated Aug. 7, 2013, 10 pages [includes English translation].

Office Action in Japanese Application No. 2012-285984, dated Aug. 7, 2013, 10 pages [includes English translation].

Office Action in Japanese Application No. 2012-285987, dated Aug. 7, 2013, 8 pages [includes English translation].

Office Action in Japanese Application No. 2012-285993, dated Aug. 7, 2013, 8 pages [includes English translation].

Office Action in Japanese Application No. 2012-285999, dated Aug. 7, 2013, 9 pages [includes English translation].

Office Action in Japanese Application No. 2012-286002, dated Aug. 7, 2013, 11 pages [includes English translation].

Office Action in Japanese Application No. 2012-286007, dated Aug. 7, 2013, 9 pages [includes English translation].

Office Action in Japanese Application No. 2012-286013, dated Aug. 7, 2013, 8 pages [includes English translation].

Rijkse, K. et al., "Report of General Video Ad Hoc Committee," 11.LBC Meeting; Oct. 17, 1995—Oct. 20, 1995; Darmstadt; (ITU Low Bitratecoding Group), No. LBC-95-251, Oct. 17, 1995, 54 pages.

Singapore Search and Examination Report for Application No. 201203639-8, dated Feb. 27, 2013, 18 pages.

Singapore Search and Examination Report for Application No. 201303747-8, dated Feb. 14, 2014, 14 pages.

Singapore Search and Examination Report for Application No. 201303748-6, dated Feb. 14, 2014, 16 pages.

U.S. Examiner's Answer for U.S. Appl. No. 12/913,045 dated Apr. 14, 2014, 6 pages.

U.S. Final Office Action for U.S. Appl. No. 12/913,045, dated Jul. 9, 2013, 8 pages.

U.S. Final Office Action for U.S. Appl. No. 13/197,211, dated Mar. 6, 2014, 6 pages.

U.S. Final Office Action for U.S. Appl. No. 13/197,211, dated Oct. 22, 2013, 5 pages.

U.S. Final Office Action for U.S. Appl. No. 13/197,248, dated Oct. 24, 2013, 7 pages.

U.S. Final Office Action for U.S. Appl. No. 13/197,281, dated Sep. 9, 2013, 5 pages.

U.S. Final Office Action for U.S. Appl. No. 13/272,316, dated Aug. 29, 2013, 7 pages.

U.S. Final Office Action for U.S. Appl. No. 13/272,316, dated Jan. 2, 2015, 8 pages.

U.S. Final Office Action for U.S. Appl. No. 13/272,316, dated May 7, 2012, 6 pages.

U.S. Final Office Action for U.S. Appl. No. 13/325,773 dated May 15, 2012, 7 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 12/913,045 dated Apr. 19, 2013, 6 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 13/197,248, dated Jul. 1, 2013, 6 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 13/272,316 dated Mar. 29, 2012, 15 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 13/272,316, dated Feb. 24, 2014, 9 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 13/325,773 dated Apr. 13, 2012, 38 pages.

Decision on Appeal for United States Application No. 13/325,733, Jun. 16, 2015, 6 pages.

Record of Oral Hearing for United States U.S. Appl. No. 13/325,773, Jun. 23, 2015, 7 pages.

U.S. Final Office Action for U.S. Appl. No. 13/272,316, dated Jun. 3, 2014, 10 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 13/272,316 dated Jun. 10, 2015, 10 pages.

Notice of Allowance for U.S. Appl. No. 13/325,773, dated Sep. 8, 2015, 5 pages.

Kasson et al., "An analysis of selected computer interchange color spaces," ACM, (TOG), US, 11(4): 373-405, Oct. 1992, 33 pages.

Singapore Office Action, Application No. 2013037478, dated Jun. 7, 2016, 7 pages.

U.S. Examiner's Answer to Appeal Brief for U.S. Appl. No. 13/197,211, dated Sep. 9, 2014, 8 pages.

U.S. Examiner's Answer to Appeal Brief for U.S. Appl. No. 13/197,248, dated Jun. 25, 2014, 12 pages.

U.S. Final Office Action for U.S. Appl. No. 13/272,316, dated Sep. 23, 2015, 8 pages.

U.S. Final Office Action for U.S. Appl. No. 13/325,773, dated Mar. 10, 2016, 8 pages.

U.S. Final Office Action for U.S. Appl. No. 14/827,731, dated Mar. 10, 2016, 10 pages.

U.S. Final Office Action for U.S. Appl. No. 14/827,830, dated Feb. 26, 2016, 9 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 13/325,773 dated Nov. 24, 2015, 8 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 14/827,731, dated Nov. 13, 2015, 9 pages.

U.S. Non-Final Office Action for U.S. Appl. No. 14/827,830 dated Oct. 26, 2015, 9 pages.

European Communication pursuant to Article 94(3) EPC in European Application No. 13180372.8, dated Aug. 2, 2016, 20 pages.

Written submissions of the oral arguments in India Patent Application No. 56/DELNP/2004, dated Aug. 1, 2017, 25 pages.



**FIG. 1**



**FIG. 2**



**FIG. 3**



401
Determine an optimal luminance representation Y for an image
402
Determine n (n≥3) additional chroma channels
403
Determine whether to differentially code added chroma channels
404
Select res. for chroma channels w/respect to luminance; opt. reduce res.
405
Compress the Y+ n chroma image signals
406
Decompress the Y+ n chroma images
407
If resolution was reduced, restore to original resolution
408
Combine each chroma channel with its differential counterpart, if any
409
Convert to viewable color space, or use in additional processing

FIG. 4

US 10,297,008 B2

**1**

# METHOD AND SYSTEM FOR IMPROVING COMPRESSED IMAGE CHROMA INFORMATION

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of, and claims the benefit of priority to, U.S. patent application Ser. No. 13/197,281, filed Aug. 3, 2011, which is a divisional of and claims priority to U.S. application Ser. No. 12/913,045, filed on Oct. 27, 2010, which is a divisional of and claims priority to U.S. application Ser. No. 12/176,267, filed on Jul. 18, 2008, now U.S. Pat. No. 7,961,784, which is a divisional of and claims priority to U.S. application Ser. No. 09/905,039, filed on Jul. 12, 2001, now abandoned. The disclosures of these applications are incorporated by reference in their entirety.

## TECHNICAL FIELD

This invention relates to video compression, and more particularly to methods, systems, and computer programs for improving compressed image chroma information in MPEG-like video compression systems.

## BACKGROUND

MPEG Background

MPEG-2 and MPEG-4 are international video compression standards defining a video syntax that provides an efficient way to represent image sequences in the form of more compact coded data. The language of the coded bits is the "syntax." For example, a few tokens can represent an entire block of samples (e.g., 64 samples for MPEG-2). Both MPEG standards also describe a decoding (reconstruction) process where the coded bits are mapped from the compact representation into an approximation of the original format of the image sequence. For example, a flag in the coded bitstream signals whether the following bits are to be preceded with a prediction algorithm prior to being decoded with a discrete cosine transform (DCT) algorithm. The algorithms comprising the decoding process are regulated by the semantics defined by these MPEG standards. This syntax can be applied to exploit common video characteristics such as spatial redundancy, temporal redundancy, uniform motion, spatial masking, etc. In effect, these MPEG standards define a programming language as well as a data format. An MPEG decoder must be able to parse and decode an incoming data stream, but so long as the data stream complies with the corresponding MPEG syntax, a wide variety of possible data structures and compression techniques can be used (although technically this deviates from the standard since the semantics are not conformant). It is also possible to carry the needed semantics within an alternative syntax.

These MPEG standards use a variety of compression methods, including intraframe and interframe methods. In most video scenes, the background remains relatively stable while action takes place in the foreground. The background may move, but a great deal of the scene is redundant. These MPEG standards start compression by creating a reference frame called an "intra" frame or "I frame". I frames are compressed without reference to other frames and thus contain an entire frame of video information. I frames provide entry points into a data bitstream for random access, but can only be moderately compressed. Typically, the data

**2**

representing I frames is placed in the bitstream every 12 to 15 frames (although it is also useful in some circumstances to use much wider spacing between I frames). Thereafter, since only a small portion of the frames that fall between the reference I frames are different from the bracketing I frames, only the image differences are captured, compressed, and stored. Two types of frames are used for such differences—predicted or P frames, and bi-directional interpolated or B frames.

P frames generally are encoded with reference to a past frame (either an I frame or a previous P frame), and, in general, are used as a reference for subsequent P frames. P frames receive a fairly high amount of compression. B frames provide the highest amount of compression but require both a past and a future reference frame in order to be encoded. Bi-directional frames are never used for reference frames in standard compression technologies.

Macroblocks are regions of image pixels. For MPEG-2, a macroblock is a 16×16 pixel grouping of four 8×8 DCT blocks, together with one motion vector for P frames, and one or two motion vectors for B frames. Macroblocks within P frames may be individually encoded using either intra-frame or inter-frame (predicted) coding. Macroblocks within B frames may be individually encoded using intra-frame coding, forward predicted coding, backward predicted coding, or both forward and backward (i.e., bi-directionally interpolated) predicted coding. A slightly different but similar structure is used in MPEG-4 video coding.

After coding, an MPEG data bitstream comprises a sequence of I, P, and B frames. A sequence may consist of almost any pattern of I, P, and B frames (there are a few minor semantic restrictions on their placement). However, it is common in industrial practice to have a fixed pattern (e.g., IBBPBBPBBPBBPBB).

MPEG Color Space Representation

MPEG-1, MPEG-2, and MPEG-4 all utilize a Y, U, V color space for compression. There is a choice of luminance equation, but a typical conversion transformation between RGB (red-green-blue) to a YUV representation is expressed as:

$$Y=0.59\ G+0.29\ R+0.12\ B$$

$$U=R-Y$$

$$V=B-Y$$

The Y luminance factors for green range from 0.55 up to 0.75, depending upon the color system. The factors for red range from 0.2 to 0.3, and the factors for blue range from 0.05 to 0.15.

This transformation can be cast as a matrix transformation, which is a linear operator intended for use on linear signals. However, this simple transformation is performed in MPEG 1, 2, and 4 in the non-linear video space, yielding various artifacts and problems.

It is typical in MPEG to reduce the resolution of the U and V chroma channels to achieve higher compression. The most commonly used reduction of resolution is to use half resolution both vertically and horizontally. MPEG-2 supports full resolution chroma, as well as half resolution horizontally. However, the most commonly used MPEG-2 profiles, Main Profile at Main Level (MP @ ML) and Main Profile at High Level (MP @ HL), use half resolution horizontally and vertically. MPEG-4 versions 1 and 2 use half resolution vertically and horizontally. Note that full chroma resolution is often called 4:4:4, half chroma horizontal resolution is often called 4:2:2, and half vertical and horizontal resolution

**3**

is often called 4:2:0. (It should be noted that the 4:x:x nomenclature is flawed in its meaning and derivation, but it is common practice to use it to describe the chroma resolution relationship to luminance.)

The filter which reduces the horizontal and vertical chroma resolution under the various MPEG standards is applied to non-linear video signals as transformed into the U and V color representation. When the inverse transformation is applied to recover RGB, the non-linear signals and the filters interact in such a way as to produce artifacts and problems. These problems can be generalized as "crosstalk" between the Y luminance and the U and V chroma channels, along with spatial aliasing.

Further information on linear versus non-linear representations and transformations may be found in "The Use of Logarithmic and Density Units for Pixels" by Gary Demos, presented at the October 1990 SMPTE conference, and published in the SMPTE Journal (October 1991, vol. 100, no. 10). See also "An Example Representation for Image Color and Dynamic Range which is Scalable, Interoperable, and Extensible" by Gary Demos, presented at the October 1993 SMPTE conference and published in the proceedings and preprints. These papers describe the benefits of logarithmic and linear spaces at various stages of the image compression processing pipeline, and are hereby incorporated by reference.

Chroma Sub-Sampling

The reason for reducing chroma resolution for U and V is that the human visual system is less sensitive to changes in U and V than it is to changes in luminance, Y. Since Y is mostly green, and U and V are mostly red, and blue respectively, this can also be described as a human visual sensitivity being higher for green than for red and blue. However, although U and V are treated the same in MPEG-1, MPEG-2, and MPEG-4, the human visual system is more sensitive to U (with its red component) than to V (with its blue component).

This difference in chroma sensitivity is embodied in the 1951 NTSC-2 color standard that is used for television. NTSC-2 uses a YIQ color space, where I and Q are similar to U and V (with slightly different weightings). That is, the I channel primarily represents red minus luminance and the Q channel primarily represents blue minus luminance. In NTSC-2, the luminance is given 4.5 MHz of analog bandwidth, and the I chroma channel is given 1.5 MHz of analog bandwidth. The Q channel, representing the blue-yellow axis, is given only 0.5 MHz of analog bandwidth.

Thus, the NTSC-2 television system allocates three times as much information to the I channel than it does to the Q channel, and three times as much information to the Y luminance channel than to the I channel. Therefore, the bandwidth ratio between the Y luminance channel and the Q (blue minus luminance) channel is nine. These MPEG YUV and NTSC-2 relationships are summarized in the following table:

| Ratio of Chroma Resolution to Luminance | | | | |
|---|---|---|---|---|
| Ratio | YUV 4:4:4 | YUV 4:2:2 | YUV 4:2:0 | NTSC-2 |
| Red, U, and I pixels to Y | 1:1 | 2:1 | 4:1 | 3:1 |
| Blue, V, and Q pixels to Y | 1:1 | 2:1 | 4:1 | 9:1 |

**4**

Clearly there is a greater difference in treatment between the luminance channel and the U and V channels under the MPEG standards than the luminance and I and Q channels in the NTSC-2 standard.

SUMMARY

The invention is directed to methods, systems, and computer programs for improving compressed image chroma information.

More particularly, in one aspect of the invention, a color video image may be improved by increasing the red resolution for an RGB representation (or the U resolution for a YUV representation) above the resolution used for blue (or V). Using lower resolution for the blue color component means less information needs to be compressed, such as in a motion compensated color video image compression system. This aspect of the invention includes a method, system, and computer program for compressing image chroma information of a color video image in a video image compression system by selecting a resolution for a red color component of the color video image that is higher than the resolution of a blue color component of the color video image.

Another aspect of the invention is a technique for reducing the level of chroma noise that results from any given value of the quantization parameter (QP) used during compression, thereby improving image quality. This is accomplished by utilizing a lower value of QP for the U (=R−Y) channel than for the Y channel. Similarly, the quality of the V (=B−Y) channel may also be improved by utilizing a lower QP value for the V channel than for the Y channel.

Another aspect of the invention is a technique useful when higher compression is required. In this aspect, a positive QP bias is applied to the QP value for the Y channel for use with either or both of the U and V chroma channels.

Another aspect of the invention is use of a logarithmic representation to benefit image coding. Logarithmic coding, when feasible, can improve coding efficiency for YUV color space representations of images originally represented as linear RGB pixel values. At other processing steps, a conversion to and from linear representations can be beneficial.

Another aspect of the invention is a method for improving the video characteristics of a color video image in a video compression system, including: selecting a set of image channels to represent the color video image, including a luminance channel and n chroma channels, where n is at least three; and compressing the luminance channel and the n additional chroma channels to a compressed video image.

The details of one or more embodiments of the invention are set forth in the accompanying drawings and the description below. Other features, objects, and advantages of the invention will be apparent from the description and drawings, and from the claims.

DESCRIPTION OF DRAWINGS

FIG. **1** is a flowchart showing an illustrative method (which may be computer implemented) for increasing the resolution for U above the resolution used for V in a YUV color space representation.

FIG. **2** is a flowchart showing an illustrative method (which may be computer implemented) for applying a QP bias for chroma channels.

FIG. **3** is a flowchart showing an illustrative method (which may be computer implemented) for logarithmic coding of luminance and chroma information.

US 10,297,008 B2

**5**

FIG. **4** is a flowchart showing an illustrative method (which may be computer implemented) for coding additional chroma channels in an image compression system.

Like reference symbols in the various drawings indicate like elements.

DETAILED DESCRIPTION

Improved Color Coding Precision

As the quality of images improves with respect to the attributes of reduced noise, extended dynamic range, and extended color range, human sensitivity to color also increases. In particular, it has been observed that red in an RGB representation (or U in a YUV representation) often requires higher precision and clarity than is commonly used in video compression.

Unless blue is being used for processing (such as blue-screen special effects compositing or image analysis), human sensitivity to the blue-yellow chroma axis, as embodied by either blue or V, is adequately addressed by half resolution sampling horizontally and vertically. Thus, one quarter of the total number of pixels of an image provides sufficient quality for representing the blue or V chroma axis. However, unlike blue and V, one-half resolution coding of red and/or U is sometimes insufficient in quality with respect to large wide-dynamic range displays and projectors.

Thus, an image may be improved by increasing the red resolution for an RGB representation (or the U resolution for a YUV representation) above the resolution used for blue (or V). Using lower resolution for the blue color component means less information needs to be compressed, such as in a motion compensated color video image compression system.

In accordance with the invention, there are three preferred methods of maintaining increased red (or U) resolution with respect to a downfiltered blue (or V) resolution:

1) Use full resolution for red and/or U;

2) Use one-half resolution on only one chroma axis, either vertically or horizontally, for red and/or U; or

3) Use a filtered resolution between full size and one-half, such as ⅔ or ¾, on one or both chroma axes for red and/or U.

FIG. **1** is a flowchart showing an illustrative method (which may be computer implemented) utilizing higher resolution for U than the resolution used for V in a YUV color space representation (a similar method may be applied to an RGB color space representation):

Step **101**: In an image compression system utilizing a YUV color space representation, downsize filter the V (=B−Y) channel of an input image to one-half resolution horizontally, and optionally to one-half resolution vertically.

Step **102**: Downsize filter the U (=R−Y) channel of the image to a resolution higher than the V (=B−Y) channel, preferably being one of:

a) full resolution;

b) between one-half and full resolution horizontally, but full resolution vertically;

c) between one-half and full resolution horizontally and vertically;

d) between one-half and full resolution vertically, but full resolution horizontally.

Step **103**: Compress the YUV image (having luminance Y and the downsize filtered U and V chroma information) using an MPEG-like compression system.

Step **104**: Decompress the images into Y, U, and V channels (usually in a different computer).

**6**

Step **105**: Convert the U and V channels to full resolution, using the appropriate resolution increase (i.e., the reciprocal of the downsize filter factor used in Step **101** above for V and Step **102** above for U).

Step **106**: Optionally, convert the YUV picture to an RGB image for viewing, analysis, or further processing.

Differential QP Bias for Chroma

Co-pending U.S. patent application Ser. No. 09/798,346, entitled "High Precision Encoding and Decoding of Video Images" and assigned to the assignee of the present invention (which is hereby incorporated by reference), teaches various aspects of the use of the quantization parameter (QP) during compression. Another aspect of the present invention is a technique for reducing the level of chroma noise that results from any given value of the quantization parameter (QP) used during compression, thereby improving image quality. This is accomplished by utilizing a lower value of QP for the U (=R−Y) channel than for the Y channel. Similarly, the quality of V (=B−Y) may also be improved by utilizing a lower QP value for the V channel than for the Y channel.

A simple method of implementing a reduced chroma QP value is to subtract a constant value from the QP value used for the Y (luminance) channel. Alternatively, a separate constant value (lower than the QP value for Y) might be used for each of U and V. For example, "2" might be subtracted from the QP value for Y to yield the QP value for U, and "1" might be subtracted from the QP value for Y to yield the QP value for V. Any useful value of the amount to subtract can be used, limited only by a minimum value of "1" for the applied QP value.

This method works for constant QP values (variable bit rate). It also works as well for variable QP values (e.g., in both constant and variable bit rate motion compensated compression systems), since the instantaneous QP value can be biased by subtracting a specified difference value from the QP value for Y to yield a QP value for each of U and V.

Further, the range of these differential chroma-biased QP values can be extended using the extended QP range function or lookup, as described in the "High Precision Encoding and Decoding of Video Images" Patent Application referenced above.

It is necessary to signal the U and V bias values from the encoder to the decoder unless a pre-arranged value is used. These can be specified once, for example, for each session, group of pictures (GOP), frame, or image region.

FIG. **2** is a flowchart showing an illustrative method (which may be computer implemented) for applying a QP bias for chroma channels:

Step **201**: In an image compression system, reduce the QP value for each of the U and V chroma channels by a selected value (which may be different for each channel).

Step **202**: Utilize this reduced QP value for the U and V chroma channel compressions, respectively.

Step **203**: Optionally, if variable QP values are used, ensure that the reduced U and V QP value is at least "1".

Step **204**: Unless a pre-set bias is to be used, signal or convey the QP value reduction amount to the decoder as often as it may change (once at a minimum).

Step **205**: Decompress (usually in a different computer) the signal using the appropriate QP value for U and V (again ensuring that the reduced QP value is at least "1").

Step **206**: Optionally, view the decompressed images, or use the images for additional processing or analysis.

Another aspect of the invention is a technique used when higher compression is required. In this aspect, a positive QP bias is applied to the QP value for the Y channel

7

for use with either or both of the U and V chroma channels (preferably checking against a QP maximum value of a compression system, if any). Separate bias can be used for each of the U and V channels. Otherwise, the steps of such an embodiment would be similar to those shown in FIG. 2.

Logarithmic Coding of Luminance and Chroma

The paper entitled "The Use of Logarithmic and Density Units for Pixels," referenced above, describes the benefits of a logarithmic representation for dynamic range. Log representations of a matching dynamic range are somewhat similar to commonly used video transfer functions. Even though similar, the logarithmic representation is more optimal in extensibility, calibration usage, and in orthogonality of color channels than are the various commonly used video representations.

Another aspect of the invention is use of a logarithmic representation to benefit image coding. It has been discovered that logarithmic coding, when feasible, can improve coding efficiency for YUV color space representations of images originally represented as linear RGB pixel values (such as at the sensor of a camera). At other processing steps, a conversion to and from linear representations can be beneficial.

As described in the "High Precision Encoding and Decoding of Video Images" Patent Application referenced above, chroma crosstalk with luminance is minimized when:

$$Y \log = \text{Log}(Wr*R + Wg*G + Wb*B)$$

$$U = \text{Log}(R) - Y \log$$

$$V = \text{Log}(B) - Y \log$$

where Wr, Wg, and Wb are the linear weightings for the red, green, and blue components of luminance, and where R, G, and B represent a linear light space. These relationships are useful in applying this aspect of the invention.

FIG. 3 is a flowchart showing an illustrative method (which may be computer implemented) for logarithmic coding of luminance and chroma information:

Step 301: In an image compression system, perform the following transformation on input (e.g., directly from a video camera) linear R, G, and B pixel values:

$$Y \log = \text{Log}(Wr*R + Wg*G + Wb*B)$$

$$U = \text{Log}(R) - Y \log$$

$$V = \text{Log}(B) - Y \log$$

where Wr, Wg, and Wb are the linear weightings for the red, green, and blue components of luminance.

Step 302: Optionally, reduce the resolution of the U and V chroma channels (as described above).

Step 303: Perform motion-compensated compression on this Y, U, and V representation of the moving image.

Step 304: Decompress the compressed images to restore Y, U, and V color components of the moving image (usually in a different computer).

Step 305: If optional Step 302 was applied, reverse the resolution reduction to restore full U and V resolution.

Step 306: Restore the linear R, G, and B pixel values using the following transformation:

$$R = \text{anti-log}(Y + U)$$

$$B = \text{anti-log}(Y + V)$$

$$G = (\text{anti-log}(Y) - Wr*R - Wb*B)/Wg$$

8

Step 307: Optionally, convert to other video RGB representations (alternatively, may be done in lieu of Step 306 rather than in addition to Step 306).

Additional Chroma Axes

In extended dynamic range and extended contrast range images, it may be beneficial to augment visible wavelength channels with additional channels of image information, both visible and non-visible.

The range of colors available from any given set of red, green, and blue primaries does not include all possible visible colors. The combining of proportions of red, green, and blue primary colors to create other visible colors such as yellow, orange, cyan, and brown, is a property of the human visual system known as the "metamerism".

As pointed out in the paper entitled "An Example Representation for Image Color and Dynamic Range which is Scalable, Interoperable, and Extensible", referenced above, it is possible to add additional color primaries to the three primaries of red, green, and blue. In particular, cyan, magenta, and yellow color primaries help to extend the color gamut beyond the range available from most common red, green, and blue primary values. Further, violet and ultraviolet (which brightens phosphorescent colors) can also be conveyed.

Beyond the visible colors, invisible infrared wavelengths have proven useful in penetrating clouds and haze, and in seeing in the dark. Ultraviolet wavelengths can also be useful for seeing low-amplitude visible image details, such as fingerprints and surface coatings.

Further, even in the visible wavelengths, various materials (e.g., smog and underwater algae) often reduce the amount of contrast or dynamic range of some wavelengths. This is why smog can appear brown, giving a brown tint to all objects in the distance, having reduced the blue contrast and dynamic range. This is also why underwater photography can appear green, blue-green, or blue, since the red end of the visible spectrum is reduced in contrast and dynamic range.

The logarithmic relationships between Y, U, and V, as described above, will optimize the coding of color relationships for visible light.

In this aspect of the invention, additional chroma channels are added to the channels encoding three primary wavelengths, typically embodied by RGB or YUV representations. Further, when using a YUV color space, it is also possible to change the makeup of the Y (luminance) channel to favor the highest amplitude image signals. Thus, for example, the green visible channel might be coded using its own chroma channel, with luminance moving to other wavelength regions. This concept can be extended to where Y luminance is infrared, with red, green, and blue (and perhaps other visible and non-visible primaries) each having their own chroma channels.

In accordance with this aspect of the invention, for each new chroma channel, the following should be determined:

1) Should the channel be coded differentially from one or more other channels (usually from luminance, such as U=R−Y)?

2) Should the channel be given full resolution with respect to luminance, or can resolution be reduced without impairing the image quality for a given intended usage?

The determination in 1) is based upon the correlation of each coded channel with other channels. For example, ultraviolet or far-infrared wavelength images may be relatively uncorrelated to visible wavelengths, or to each other. In such a case, these channels might be coded without reference to other channels. However, any visible wave-

**9**

lengths are highly correlated, and thus can almost always benefit from being coded with respect to each other.

Based upon these determinations, a set of image channels can be selected, usually exceeding (or replacing and exceeding) the three primary channels (e.g., YUV). For example, the set of selected image channels may comprise a Y' luminance channel, and n chroma channels, such as a U' first chroma channel, a V' second chroma channel, and an X' third chroma channel.

Using this example, and applying motion compensated compression, the selected value of Y' would be coded with full resolution, and the various other chroma channels (U', V', X') would be differentially or independently coded. All channels can utilize the same motion vector and macroblock motion compensation structure as would be used for conventional YUV representations, except that there would be additional channels. Each such channel would utilize an appropriate resolution with respect to Y (as determined in step 2 above). In addition, a QP bias (as described above) can be independently applied to each chroma channel, to ensure that the desired compression chroma quality is achieved.

Even when applied only to visible wavelengths, additional chroma channels can ensure not only extended color range and more accurate color, but also allow additional clarity, detail, and noise fidelity to be applied to such highly visible colors as magenta, orange, yellow, and aqua-cyan. These benefits can be particularly significant for wide-dynamic range and wide-contrast range images.

FIG. **4** is a flowchart showing an illustrative method (which may be computer implemented) for coding additional chroma channels in an image compression system:

Step **401**: In an image compression system, determine an optimal luminance representation for an image, selected based upon widest dynamic range and highest resolution, including optional non-visible wavelength image signals.

Step **402**: Determine n additional chroma channels to represent the image, where n is at least three.

Step **403**: Optionally, for each chroma channel, determine whether it is beneficial to code differentially with respect to luminance and/or one or more other chroma channels.

Step **404**: Determine the resolution desired for each chroma channel image signal from an input with respect to the luminance image signal, such resolution being equal to or less than the resolution of the luminance, and optionally apply a resolution reduction.

Step **405**: Compress the Y+n chroma image signals using motion compensated compression.

Step **406**: Decompress the Y+n chroma images (usually in a different computer).

Step **407**: If resolution reduction was applied, restore the original resolutions of the chroma channels.

Step **408**: Combine each chroma channel with its differential counterpart, if any, from Step **403** above.

Step **409**: Optionally, perform any of the following:

a) Convert the chroma channels to a viewing space, such as RGB, or to spaces having more than three primaries, and view as a true-color image;

b) Perform the conversion of a) but view as a false-color image (such as mapping infrared to green);

c) Use the chroma channels without conversion for processing and/or analysis.

As another option, each chroma channel may have a biased QP value applied (either increasing or decreasing), relative to the QP value used for the luminance channel, to

**10**

achieve a desired level of quality for each chroma channel (i.e., trading off chroma noise versus higher degree of compression).

Implementation

The invention may be implemented in hardware or software, or a combination of both (e.g., programmable logic arrays). Unless otherwise specified, the algorithms included as part of the invention are not inherently related to any particular computer or other apparatus. In particular, various general purpose machines may be used with programs written in accordance with the teachings herein, or it may be more convenient to construct more specialized apparatus (e.g., integrated circuits) to perform particular functions. Thus, the invention may be implemented in one or more computer programs executing on one or more programmable computer systems each comprising at least one processor, at least one data storage system (including volatile and non-volatile memory and/or storage elements), at least one input device or port, and at least one output device or port. Program code is applied to input data to perform the functions described herein and generate output information. The output information is applied to one or more output devices, in known fashion.

Each such program may be implemented in any desired computer language (including machine, assembly, or high level procedural, logical, or object oriented programming languages) to communicate with a computer system. In any case, the language may be a compiled or interpreted language.

Each such computer program is preferably stored on or downloaded to a storage media or device (e.g., solid state memory or media, or magnetic or optical media) readable by a general or special purpose programmable computer, for configuring and operating the computer when the storage media or device is read by the computer system to perform the procedures described herein. The inventive system may also be considered to be implemented as a computer-readable storage medium, configured with a computer program, where the storage medium so configured causes a computer system to operate in a specific and predefined manner to perform the functions described herein.

A number of embodiments of the invention have been described. Nevertheless, it will be understood that various modifications may be made without departing from the spirit and scope of the invention. For example, some of the steps described above may be order independent, and thus can be performed in an order different from that described. Accordingly, other embodiments are within the scope of the following claims.

What is claimed is:

**1**. A method for a decoder, the method comprising:

receiving, at the decoder, at least a luminance QP (quantization parameter) value and a first chroma QP bias value, wherein the decoder comprises a luminance channel, a U chroma channel and a V chroma channel;

utilizing, with the decoder, the luminance QP value and the first chroma QP bias value to determine a first chroma QP value for the U chroma channel by adding the first chroma QP bias value to the luminance QP value; and

decompressing an image region of a video image using the luminance QP value and the first chroma QP value.

**2**. The method of claim **1**,

wherein the first chroma QP value is less than a predetermined maximum value, and

wherein the first chroma QP value is greater than a predetermined minimum value.

US 10,297,008 B2

**11**

**3**. The method of claim **1**, further comprising:

receiving, at the decoder, a second chroma QP bias value;

utilizing, with the decoder, the luminance QP value and the second chroma QP bias value to determine a second chroma QP value for the V chroma channel by adding the second chroma QP bias value to the luminance QP value; and

decompressing the image region of the video image using at least the second chroma QP value.

**4**. The method of claim **3**, wherein the first chroma QP bias value used to determine the first chroma QP value for the U chroma channel differs from the second chroma QP bias value used to determine the second chroma QP value for the V chroma channel.

**5**. The method of claim **4**, further comprising configuring the first chroma QP bias value to be greater than zero or less than zero.

**6**. The method of claim **5**, further comprising configuring the second chroma QP bias value to be greater than zero or less than zero.

**7**. The method of claim **1**, further comprising configuring the QP bias value to be greater than zero or less than zero.

**8**. The method of claim **1**, wherein the image region is inter-frame predicted.

**9**. The method of claim **1**, further comprising:

utilizing, with the decoder, a range of differential chroma-biased QP values,

wherein the range of the differential chroma-biased QP values comprises the QP bias value.

**10**. The method of claim **9**, further comprising:

extending the range of the differential chroma-biased QP values with an extended QP range function or a lookup table comprising the differential chroma-biased QP values.

**11**. The method of claim **10**, wherein the lookup table comprises a non-linear lookup table.

**12**. The method of claim **10**, wherein at least some of the differential chroma-biased QP values comprise regionally-varying QP values that vary over an image.

**13**. A video system comprising:

a decoder;

a data storage system;

a processor configured to interact with the data storage system and the decoder to execute instructions to:

receive, at the decoder, at least a luminance QP (quantization parameter) value and a first chroma QP bias value, wherein the decoder comprises a luminance channel, a U chroma channel and a V chroma channel;

utilize, with the decoder, the luminance QP value and the first chroma QP bias value to determine a first chroma QP value for the U chroma channel by adding the first chroma QP bias value to the luminance QP value; and

decompress an image region of a video image using the luminance QP value and the first chroma QP value.

**14**. A computer program, stored on a non-transitory computer-readable storage medium, for a video image system including a processor and a decoder that are configured to utilize quantization parameters for a color video image, the computer program comprising instructions to cause the processor in the video image system to execute instructions to:

receive, at a decoder, at least a luminance QP (quantization parameter) value and a first chroma QP bias value,

**12**

wherein the decoder comprises a luminance channel, a U chroma channel and a V chroma channel;

utilize, with the decoder, the luminance QP value and the first chroma QP bias value to determine a first chroma QP value for the U chroma channel by adding the first chroma QP bias value to the luminance QP value; and

decompress an image region of a video image using the luminance QP value and the first chroma QP value.

**15**. The computer program of claim **14**, further comprising instructions to cause the processor in the video image system to execute instructions to:

receive, at the decoder, a second chroma QP bias value;

utilize, with the decoder, the luminance QP value and the second chroma QP bias value to determine a second chroma QP value for the V chroma channel by adding the second chroma QP bias value to the luminance QP value; and

decompress the image region of the video image using at least the second chroma QP value.

**16**. The computer program of claim **15**, further comprising instructions to cause the processor in the video image system to execute instructions to:

wherein the first chroma QP bias value used to determine the first chroma QP value for the U chroma channel differs from the second chroma QP bias value used to determine the second chroma QP value for the V chroma channel.

**17**. The computer program of claim **16**, further comprising instructions to cause the processor in the video image system to execute instructions to configure the first chroma QP bias value to be greater than zero or less than zero.

**18**. The computer program of claim **17**, further comprising instructions to cause the processor in the video image system to execute instructions to configure the second chroma QP bias value to be greater than zero or less than zero.

**19**. The computer program of claim **14**, further comprising instructions to cause the processor in the video image system to execute instructions to utilize, with the decoder, a range of differential chroma-biased QP values,

wherein the range of the differential chroma-biased QP values comprises the QP bias value.

**20**. The computer program of claim **19**, further comprising instructions to cause the processor in the video image system to execute instructions to:

extend the range of the differential chroma-biased QP values with an extended QP range function or a lookup table comprising the differential chroma-biased QP values.

**21**. A method for a decoder, the method comprising:

receiving, at the decoder, at least a luminance QP (quantization parameter) value and a first chroma QP bias value, wherein the decoder comprises a luminance channel, a red chroma channel and a blue chroma channel;

utilizing, with the decoder, the luminance QP value and the first chroma QP bias value to determine a first chroma QP value for the red chroma channel by adding the first chroma QP bias value to the luminance QP value; and

decompressing an image region of a video image using the luminance QP value and the first chroma QP value.

\* \* \* \* \*