UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23645-RAR

DOLBY LABORATORIES
LICENSING CORP.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Dolby Laboratories Licensing Corp. discloses that it is a wholly owned subsidiary of its parent corporation, Dolby Laboratories, Inc., which is a publicly held corporation.

Dated: September 23, 2024                                Respectfully submitted,

*/s/ Samuel A. Danon*  
Samuel A. Danon (FBN 892671)  
sdanon@HuntonAK.com  
Tom K. Schulte (FBN 1025692)  
tschulte@HuntonAK.com  
HUNTON ANDREW KURTH LLP  
333 SE 2nd Avenue, Suite 2400  
Miami, Florida 33131  
T. (305) 810-2500  
F. (305) 810-2460  

Garrard R. Beeney*  
Marc De Leeuw*  
Stephen J. Elliott*  
beeneyg@sullcrom.com  
deleeuwm@sullcrom.com  
elliotts@sullcrom.com  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004  
T. (212) 558-4000  

*Counsel for Plaintiff*

*\*motion for PHV admission to be filed*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2024, I filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF, which will send notice of the same to all counsel and parties of record.

*/s/ Samuel A. Danon*