**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23645-RAR

DOLBY LABORATORIES
LICENSING CORP.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

Please take notice that Tom K. Schulte of the law firm Hunton Andrews Kurth LLP, located at 333 SE 2nd Avenue, Suite 2400, Miami, FL 33131, hereby appears as counsel for Plaintiff Dolby Laboratories Licensing Corp., and requests that all papers and notices be served on him at the following address: tschulte@huntonak.com.

Dated: September 23, 2024            Respectfully submitted,

/s/ Tom K. Schulte
Samuel A. Danon (FBN 892671)
sdanon@HuntonAK.com
Tom K. Schulte (FBN 1025692)
tschulte@HuntonAK.com
HUNTON ANDREW KURTH LLP
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
T. (305) 810-2500
F. (305) 810-2460

Garrard R. Beeney*
Marc De Leeuw*
Stephen J. Elliott*
beeneyg@sullcrom.com
deleeuwm@sullcrom.com
elliotts@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
T. (212) 558-4000

*Counsel for Plaintiff*

*motion for PHV admission to be filed*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2024, I filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF, which will send notice of the same to all counsel and parties of record.

/s/ Tom K. Schulte