AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DOLBY LABORATORIES LICENSING CORP., <br><br> *Plaintiff(s)* <br> v. <br><br> BLU PRODUCTS, INC., <br><br> *Defendant(s)* | Civil Action No. 24-cv-23465-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        BLU PRODUCTS, INC.
        8600 NW 36th Street, Suite 300
        Doral, Florida 33166

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Samuel A. Danon
        Hunton Andrews Kurth LLP
        333 SE 2nd Avenue, Suite 2400
        Miami, Florida 33131
        Counsel for Plaintiff

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     09/23/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts